## **Exhibit 1**

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO<br>Boulder County Justice Center<br>1777 6th Street<br>Boulder, Colorado 80302<br>Tel: (303) 441-3740 | DATE FILED<br>September 30, 2025 3:59 PM<br>FILING ID: DDF49397F245B<br>CASE NUMBER: 2025CV30778 |
| **Plaintiff:** LUMOS SOLAR, INC., a Delaware corporation,<br><br>**v.**<br><br>**Defendant:** INTERTEK TESTING SERVICES NA, INC., a New York corporation. | ▲COURT USE ONLY▲ |
| ***Attorneys for Plaintiff:***<br>Rudy E. Verner, Atty. Reg. # 34286<br>Andrew Fischer, Atty. Reg. # 55054<br>BERG HILL GREENLEAF RUSCITTI LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>Tel:   (303) 402-1600<br>Email: rev@bhgrlaw.com<br>Email: andrew.fischer@bhgrlaw.com | Case No.: 2025CV30778<br><br>Div.: _____      Ctrm.: _____ |
| **FIRST AMENDED COMPLAINT** ||

Plaintiff, Lumos Solar, Inc., by and through its undersigned counsel, BERG HILL GREENLEAF RUSCITTI LLP, submits the following First Amended Complaint against Defendant, Intertek Testing Services NA, Inc.

## PARTIES

1.      Plaintiff Lumos Solar, Inc. ("Lumos") is a Delaware corporation with a principal place of business located at 555 Aspen Ridge Drive, Unit B, Lafayette, Colorado 80026-4201.

2.      Defendant Intertek Testing Services NA, Inc. d/b/a Intertek Testing Services ("Intertek") is a New York corporation with a principal place of business located at 3933 US Route 11, Cortland, New York 13045. Intertek is a subsidiary corporation of Intertek Group, PLC ("Intertek Group"), a multinational inspection, product testing and certification company headquartered in London, United Kingdom. Intertek Group and its subsidiaries provide services through a network of more than 1,000 laboratories across 100 countries including the United States, China and Vietnam.

## JURISDICTION AND VENUE

3.      This Court possesses personal jurisdiction over Intertek pursuant to C.R.S. § 13-1-124 because Intertek transacted business in the State of Colorado and committed one or more tortious acts within the State of Colorado.

4.      Venue is proper in this Court pursuant to C.R.C.P. 98(c)(1) because Intertek is a nonresident of the State of Colorado and was served with process outside the State of Colorado. Accordingly, Lumos may designate venue in Boulder County, Colorado.

## GENERAL ALLEGATIONS

5.      Lumos is a Colorado-based supplier of solar panels to both commercial and residential customers nationwide. Founded in 2006, Lumos specializes in the design and manufacture of solar panels that combine high functionality with architectural aesthetics.

6.      Intertek engages in testing, inspection and certification of products and commodities to, primarily, North American safety standards. By its own Certification Agreement—the contract Intertek requires customers to sign prior to providing inspection and certification services—Intertek represents that it "provides a service for evaluating whether products provided by the Applicant comply with designated standards or specified requirements." Section 2.1 of the company's standard Certification Agreement states, "Intertek is an independent laboratory providing testing and evaluation services to determine whether representative samples of a product comply with designated national and international standards, specifications, and/or codes."

7.      In its contract with its customers, Intertek agrees to perform the testing and evaluation services with due care.

8.      Intertek represents that it has sufficient experience, training, expertise and knowledge to properly and adequately provide the applicable product testing and evaluation services.

9.      Intertek's customers, in the course of their business, rely on Intertek's professed expertise, its representation that it will actually perform the applicable product testing and evaluation services, and its representation that it will properly and adequately perform the applicable testing and evaluation services.

10.     Intertek understands and recognizes that third parties, such as the distributors and purchasers of its customers' products, in the course of their business, rely on Intertek's professed expertise and representations that it will properly and adequately perform the applicable testing and evaluation services and that it will in fact perform such services.

11.     Generally, once a customer enters into a contractual relationship for product testing, Intertek requires the customer to send samples of the product to Intertek for testing in Intertek's laboratories. Engineers then perform a series of tests on the product that cover the requisite facets

2

of the applicable standards. The tests are performed according to written protocols developed by Intertek and/or its laboratories, based upon the applicable standards.

12.    When a product is found to comply with all facets of a standard during each phase of testing, Intertek's testing engineers will advise the customer of compliance. Intertek then issues final Test Reports and an Authorization to Mark ("ATM") to the customer. The ATM is a written document from Intertek that authorizes the customer to apply Intertek's ETL Listed Mark ("ETL Mark") to its product. Customers generally place the ETL Mark on the product packaging or, in some instances, on the product itself.

13.    The ETL Mark is Intertek's self-described proof of product compliance to North American safety standards.[1] The ETL Mark provides assurance to consumers and code officials in the United States and Canada that a product is safe and performs to industry-recognized standards. It also confirms that a program of ongoing audits ensures continued compliance.[2]

14.    Intertek advertises that retailers across the United States accept the ETL Mark as proof of product safety.[3] Intertek further advertises that its certification marks ensure that the product or service has gone through a rigorous quality control process and has been independently verified.[4] Intertek's ETL Mark is a specific representation that the product in question has actually been tested to all required facets of the applicable safety standard and found to comply therewith.

15.    Intertek understands and expects that its customers, retailers and the ultimate end users of the products will rely on Intertek's certifications.

16.    By virtue of the services it provides, Intertek is in the business of supplying information for the guidance of others in their business transactions.

**Lumos contracts with Intertek to certify its Vision Module solar panels to applicable North American safety standards**.

17.    In 2021 and 2022, Lumos designed a new solar panel system called the "Vision Module System."

18.    In July of 2022, after visiting its factory and performing other due diligence, Lumos decided to engage Victor New Energy Company Limited ("Victor New Energy") to manufacture its Vision Module solar panels. Victor New Energy is a Vietnamese company with manufacturing facilities in Hai Phong City, Vietnam.

19.    In the United States, all solar panels used for grid interconnection must be certified to specific safety standards by an independent testing lab. Those independent labs, also known as Nationally Recognized Testing Laboratories ("NRTLs"), are private labs authorized to test, certify,

---

[1] https://www.intertek.com/product-certification-marks/etl/
[2] *Id*.
[3] *Id*.
[4] https://www.intertek.com/product-certification-marks/

and coordinate the application of certification marks to a manufacturer's products, indicating compliance with applicable safety standards. The Occupational Safety and Health Administration ("OSHA") publishes a current list of NRTLs. At all relevant times, Intertek was listed as one of the OSHA-approved NRTLs.

20.     Before selling its Vision Module solar panels to customers, Lumos was required to obtain certification by a NRTL to the following safety standards:

- Photovoltaic (PV) Module Safety Qualification - Part 1: Requirements For Construction [UL 61730-1:2017 Ed.1+R:30Apr2020]" ("UL 61730-1");

- Photovoltaic (PV) Module Safety Qualification - Part 2: Requirements For Testing [UL 617302:2017 Ed.1+R:30Apr2020] ("UL 61730-2" and together with UL 61730-1, "UL 61730");

- Photovoltaic (PV) Module Safety Qualification - Part 1: Requirements For Construction [CSA C22.2#61730-1:2019 Ed.2] ("CSA C22.2-1");

- Photovoltaic (PV) Module Safety Qualification - Part 2: Requirements For Testing [CSA C22.2#61730-2:2019 Ed.2] ("CSA C22.2-2" and together with UL 61730-1, UL 61730-2, and CSA C22.2-1, the "Safety Standards").

21.     Lumos inquired with Intertek regarding its ability to test to the Safety Standards.

22.     Intertek represented to Lumos that it could perform all testing required by the Safety Standards, including UL 61730.

23.     Intertek represented to Lumos that it would perform all the required testing in accordance with applicable industry standards.

24.     Intertek represented to Lumos that it was qualified, experienced and able to test the solar panels to the Safety Standards.

25.     Lumos ultimately agreed to have Intertek perform the required assessment of Victor New Energy's factory and follow up testing services in reliance on these express representations.

26.     On June 9, 2022, Lumos and Intertek entered into a Certification Agreement for Applicants and Manufacturers ("Certification Agreement"). A true and correct copy of the Certification Agreement is attached as Exhibit 1. The Certification Agreement states that Intertek "is an independent laboratory providing testing and evaluation services to determine whether representative samples of a product comply with designated national and international standards, specification, and/or codes."

27.     Under the Certification Agreement, Intertek expressly agreed to:

(a) test and evaluate Lumos's solar products for compliance with the Safety Standards and certification requirements, and to perform such testing in accordance with Intertek's established procedures, industry standards, and the requirements of the agreement;

(b) determine whether Lumos's products met applicable Safety Standards and certification requirements and, if so, to issue an Authorization to Mark ("ATM") permitting Lumos to affix Intertek's certification marks to compliant products;

(c) conduct factory audits, inspections, and follow-up service reporting to ensure ongoing compliance with certification and Safety Standards at Lumos's approved manufacturing facilities;

(d) monitor Lumos's ongoing compliance with certification requirements, including review of construction data reports, listing reports, and inspection reports, and to promptly notify Lumos of any deficiencies or non-conformities identified during testing, inspection, or audit activities.

28.     Intertek agreed to perform these services with due care.

29.     Beginning in late 2021, Intertek performed tests on product samples Lumos provided to Intertek. The tests were performed at Intertek's testing facilities in Shanghai, China; Lake Forest, California; and Middleton, Wisconsin.

30.     Following these tests, Intertek issued a Listing Constructional Data Report ("CDR/Listing Report") (Report No. 210901251HAN-0001S), which, among other things, identified the standards to which the Lumos solar panels were tested. A true and correct copy of the CDR/Listing Report is attached as Exhibit 2. Intertek certified that the product samples complied with all applicable standards and codes, previously defined as the Safety Standards.

31.     The Safety Standards are the same standards to which the solar panels must be tested when Intertek conducts quarterly audits of Victor New Energy's manufacturing facility and production line.

**Victor New Energy begins to manufacture Vision Module solar panels; Intertek issues an ATM after conducting an initial factory assessment and follow-up service inspection.**

32.     On or about July 14, 2022, Lumos's manufacturer, Victor New Energy, began to manufacture the first run of Vision Module solar panels in response to Purchase Order No. 122 ("PO122"). Victor New Energy first produced a run of sample solar panels between July 14, 2022, and August 9, 2022. It then produced runs of two different models of solar panels, the S-Type and L-Type. The S-Type solar panels were manufactured between August 10, 2022, and September 20, 2022. The L-Type solar panels were manufactured between August 10, 2022, and October 11, 2022.

33.    Intertek conducted an Initial Factory Assessment ("IFA") at Victor New Energy on August 23, 2022. The IFA was conducted during Victor New Energy's first production runs of Lumos's S-Type and L-Type solar panels.

34.    As part of the IFA, an Intertek field representative observes the manufacturing process at the customer's manufacturing facility and confirms that the tests required by the applicable safety standards are being performed and that representative samples of the product meet all requirements set forth in the CDR/Listing Report, including the Safety Standards.

35.    Following the IFA of Victor New Energy, Intertek issued an Initial Factory Assessment Report. In the report, Intertek representative An Nguyen certified that he observed Victor New Energy performing the production line tests required by the CDR/Listing Report. A true and correct copy of the Initial Factory Assessment and Product Inspection Check List is attached as Exhibit 3. A true and correct copy of the August 23, 2022, Initial Factory Assessment Report is attached as Exhibit 4. A "module output power test" was the only test listed on the Initial Factory Assessment Report.

36.    Mr. Nguyen certified that Victor New Energy maintains adequate records of production line test results and records any production line test failures. He certified that the Victor New Energy personnel conducting the tests are trained to do so and that Victor New Energy maintains training records. And he certified that written test procedures are near the test area for testing personnel to reference. Mr. Nguyen listed "Electrical Safety Analyzer (Model: 9860D)" as the only equipment utilized by Victor New Energy to perform the production line tests.

37.    In the field representative's summary, Mr. Nguyen stated that "[g]enerally, the quality system of the factory is well prepared to manufacture ETL listed product" and recommended the Victor New Energy Factory be approved for "Authority to Mark (ATM) release."

38.    The Initial Factory Assessment Report noted no instances of solar modules failing the tests required by CDR/Listing Report.

39.    On August 30, 2022, Intertek performed its first quarterly audit of Victor New Energy's manufacturing process, also known as a Follow-Up Services inspection. The purpose of the Follow-Up Services inspection is to verify that the manufactured products comply with all requirements of the CDR/Listing Report, defined as the "Intertek Requirements". The Intertek Requirements are "(a) the requirements contained in the Listing Report [including the Safety Standards]; (b) the standard(s), if any, applicable to the Product; (c) the terms of this Certification Agreement; and (d) any third-party requirements separately applied as a condition of the Listing." If a product fails to conform to the Intertek Requirements, Intertek withdraws the customer's right to apply its certification mark.

40.    Intertek representative An Nguyen performed the first Follow-Up Services inspection. A true and correct copy of his August 30, 2022, Follow Up Service Inspection Report ("August 30 FUS Inspection Report") is attached as Exhibit 5.

41.    In his report, Mr. Nguyen certified that the solar panels inspected during his visit were in *full compliance* with the CDR/Listing Report—including the Safety Standards—and that the manufacturer conducted all production line tests and procedures specified in the CDR/Listing Report. The tests specified in the August 30 FUS Inspection Report included the module output power test referenced in the Initial Factory Assessment Report, as well as a wet insulation-resistance test, bypass diode functionality test, and visual inspection test.

42.    The August 30 FUS Inspection Report noted no instances of solar modules failing the tests required by CDR/Listing Report.

43.    On October 6, 2022, Intertek issued Lumos an ATM, which authorized Lumos to affix Intertek's ETL Listed Mark ("ETL Mark") to its solar panels. The ETL Mark certifies to purchasers and inspectors of the solar panels that the panels passed the safety testing program implemented by Intertek, met all applicable standards and codes, and are safe for installation and integration to the electrical grid.

44.    In reliance on the Initial Factory Assessment Report, the August 30 FUS Inspection Report and Intertek's issuance of the ATM, Lumos arranged for shipment to the United States of the Vision Module solar panels manufactured under PO122. The panels were shipped between October 6, 2022, and November 22, 2022. Once in the United States, Lumos's frame manufacturer completed assembly of the solar panel modules and Lumos then distributed the modules to customers throughout the country.

**Victor New Energy manufactures second run of Vision Module solar panels; Intertek conducts second follow-up service inspection.**

45.    On or about December 8, 2022, Victor New Energy began to manufacture the second run of Vision Module solar panels under Purchase Order No. 180 ("PO180"). As before, Victor New Energy produced runs of two different models of solar panels, the S-Type and L-Type. Both the S-Type and L-Type solar panels were manufactured between December 8, 2022, and March 29, 2023.

46.    On January 5, 2023, Intertek performed its second Follow-Up Services inspection of the Victor New Energy facility. Intertek representative Khoa Duong performed the inspection. A true and correct copy of his January 5, 2023, Follow Up Service Inspection Report ("January 5 FUS Inspection Report") is attached as Exhibit 6.

47.    Mr. Duong certified that the solar panels inspected during his visit were in *full compliance* with the CDR/Listing Report—including the Safety Standards—and that the manufacturer was conducting all production line tests specified in the CDR/Listing Report. In other words, Mr. Duong certified that the wet insulation-resistance test, module output power test, bypass diode functionality test, and visual inspection tests were performed *and* that the solar panels manufactured during his inspection passed those tests.

48.    Mr. Duong's report authorized Lumos to continue to affix Intertek's ETL Mark to the solar panels, certifying that the panels produced under PO180 passed all applicable safety tests and complied with all applicable standards and codes, including UL 61730.

49.    In reliance on the January 5 FUS Inspection Report, Lumos arranged for shipment to the United States of the Vision Module solar panels manufactured under PO180. The panels were shipped between January 4, 2023, and March 9, 2023. Once in the United States, Lumos's frame manufacturer completed assembly of the solar panel modules and Lumos then distributed the modules to customers throughout the country.

**Lumos discovers a manufacturing defect in the solar panels manufactured under PO122 and PO180.**

50.    A bypass diode is a safety device within a solar panel that prevents power loss and overheating, known as hot-spotting, by providing an alternative path for electrical current to flow around shaded or damaged solar cells. Diodes are wired in parallel with groups of series-connected cells, typically in the module's junction box, and activate when a cell string becomes reverse-biased due to partial shading, allowing the rest of the panel to continue producing power. A malfunctioning or improperly wired bypass diode can result in damage to the solar cells, reduce the module's power output, and cause a fire.

51.    Lumos Vision Modules have three junction boxes on each module. For the bypass diodes to function properly, each junction box must have two wires soldered to it, creating a complete circuit. If the junction boxes are not connected with two wires, one on each side of the diode, the circuit is not complete, and the bypass diode cannot function.

52.    On February 12, 2024, one of Lumos's customers, Kamehameha School in Honolulu, Hawaii, alerted Lumos to instances of electrical arcing that led to hot spots and fires in two recently installed Lumos solar modules. The fires caused cracking and holes in the solar panels. The modules in question were produced in the Victor New Energy factory under PO122 and/or PO180. A true and correct photo of one of the fire-damaged solar panels is reproduced here:



53.    After examining the panel and performing a failure analysis, Lumos's engineers determined that the root cause of the fire was improper circuit wiring which resulted in a failure to connect the junction boxes containing the bypass diodes.

54.    Lumos instructed Kamehameha School to immediately de-energize its solar array to avoid further potential fire risk.

55.    Four weeks later, Lumos customer Cherry Street Energy reported electrical arcing and fires in five solar panels installed at Porsche North America's headquarters in Atlanta, Georgia ("Porsche NA"). As with Kamehameha School's solar panels, the fires burned holes and caused cracking in the solar panels. The modules in question were produced in the Victor New Energy factory under PO122 and/or PO180. A true and correct photo of one of the fire-damaged solar modules at Porsche NA is reproduced here:



56.    After examination, Lumos's engineers learned that the panels installed at Porsche NA's headquarters contained the same improper circuit wiring which resulted in a failure to connect the junction boxes containing the bypass diodes, rendering the bypass diodes inoperable.

57.    Lumos instructed Porsche NA to immediately de-energize its solar array to avoid further property damage and fire risk.

58.     Lumos contacted Victor New Energy regarding the circuit wiring issue. Victor New Energy acknowledged in communications with Lumos that a defect in the solar panel wiring impacted all panels produced under PO122 and PO180.

**Lumos issues a product recall involving 2,600 solar panels and processes warranty claims of impacted customers.**

59.     Lumos subsequently discovered that 26 additional customers had received solar panels containing defective circuit wiring.

60.     On April 4, 2024, Lumos issued a product recall to all impacted customers. A true and correct copy of the recall notice is attached as <u>Exhibit 7</u>. The recall included a total of 2,600 panels.

61.     Lumos's panels carried a limited warranty that obligated Lumos to provide replacements for all panels containing the manufacturing defect. Lumos processed 26 warranty claims, incurring approximately $900,000 in warranty-related expenses.

62.     Lumos's limited warranty did not reimburse the costs to remove defective panels or install replacements. A number of Lumos's customers threatened legal action to recover their removal and re-installation costs as well as the costs to supply electricity to their buildings while their solar systems were off-line.

63.     In an attempt to mitigate its damages and head off the lawsuits, Lumos extended a credit toward the purchase of new solar panels to all customers impacted by the recall. Lumos has extended a total of $1,600,000 in credits to date.

**Intertek's Vice President of Certification admits no plausible explanation exists for the solar panels passing the tests required for certification; Intertek refuses to reimburse Lumos for its damages.**

64.     On or about April 23, 2025, Intertek's Regional Vice President of North American Certification, Matthew Snyder, contacted Lumos's CEO, Scott Franklin, regarding the recall. Mr. Snyder informed Mr. Franklin that Lumos should have notified Intertek of the product defects, but that Lumos had properly issued a recall notice and instructed its customers to de-energize their solar panel systems.

65.     Mr. Franklin pressed Mr. Snyder on why the obvious wiring defect was not detected during Intertek's IFA or Follow-Up Services inspections. In a telephone conversation on May 15, 2025, Mr. Snyder admitted that no plausible explanation exists for how the solar panels could have passed the required tests for certification.

66.     Mr. Snyder repeated this statement in a subsequent call with Mr. Franklin and Intertek's counsel on June 23, 2025, speculating that Intertek's inspectors may have simply credited the statements of Victor New Energy employees that the solar panels had passed the tests.

67.     Intertek subsequently claimed that it conducted an internal investigation and that all required testing under the CDR/Listing Report had been performed. However, Intertek failed to produce any test data records from the IFA or Follow-Up Services inspections confirming its claim.

68.     Victor New Energy did not perform a bypass diode functionality test on solar panels produced under PO122 or PO180.

69.     Victor New Energy did not possess the required equipment to test bypass diode functionality.

70.     On June 9, 2025, Lumos sent Intertek written notice of the inspection failure and demanded reimbursement for damages associated with the recall.

71.     Intertek refused to reimburse Lumos for its damages.

**Intertek fraudulently certified that the solar panels complied with the Safety Standards.**

72.     Intertek knew that the purpose of the testing under the IFA and Follow-Up Services inspections was, among other things, to determine whether the bypass diodes in the solar panels' junction boxes were functioning properly. The CDR/Listing Report issued by Intertek required a "bypass diode functionality test" to be performed on all modules in accordance with UL 61730.

73.     Intertek knew or should have known at the time of testing that bypass diodes in a module's junction box must be wired in parallel with groups of series-connected cells.

74.     Intertek knew or should have known at the time of testing that a panel containing three junction boxes but only four wire ribbons would render some or all of the bypass diodes installed in the panel inoperable.

75.     Intertek knew or should have known that an improperly wired bypass diode can result in electrical arcing, damage to the solar cells, and fire.

76.     Intertek further knew or should have known that testing of the bypass diodes was necessary to ensure the solar panels did not have serious defects that could expose purchasers of the panels to the risk of fire, property damage, and serious injury.

77.     Intertek knew or recklessly disregarded the fact that Victor New Energy did not possess the required equipment to test bypass diode functionality.

78.     Intertek knew or recklessly disregarded the fact that the only equipment available to Victor New Energy to perform the production line tests, the Electrical Safety Analyzer (Model: 9860D), did not have the capability to record test data results.

79.     Intertek knew or recklessly disregarded the fact that Victor New Energy failed to maintain records of production line test results and records of any production line test failures.

80.     Intertek knew or recklessly disregarded the fact that the Victor New Energy personnel conducting the tests were not adequately trained.

81.     Intertek knew or recklessly disregarded the fact that Victor New Energy did not maintain adequate training records.

82.      In light of the circuit wiring defect found to exist in the solar panels, it was impossible for any of the panels produced under PO122 and PO180 during the period Intertek performed its IFA or Follow-Up Services inspections to have passed a bypass diode functionality test.

83.     Notwithstanding the risk of property damage, fire and injury posed to purchasers or users of the solar panels, Intertek certified, and thus affirmatively represented to Lumos, that it had tested the solar panels and found them to comply with all Intertek Requirements, including the Safety Standards. In other words, Intertek represented that the solar panel modules inspected during its visits passed all tests required for certification to national safety standards, including the bypass diode functionality test required under UL61730.

84.     In issuing the Initial Factory Assessment Report, the August 30 FUS Inspection Report, and the January 5 FUS Inspection Report, Intertek intentionally misrepresented that the submitted samples complied with the Intertek Requirements, including all Safety Standards. Intertek knew that the solar panels' bypass diodes had not been tested or failed to confirm that the tests were being performed properly. In doing so, Intertek showed an utter indifference and conscious disregard for the safety of others or their property. A single bypass diode test performed on a single solar panel would have revealed the defective circuit wiring.

85.     In issuing the Initial Factory Assessment Report, the August 30 FUS Inspection Report, and the January 5 FUS Inspection Report, Intertek was careless or negligent in ascertaining whether the submitted samples complied with the Intertek Requirements, including the Safety Standards.

86.     Intertek intended for Lumos to rely on its representations when issuing the Initial Factory Assessment Report, the August 30 FUS Inspection Report, and the January 5 FUS Inspection Report.

87.     At all times that Lumos contracted with Intertek for testing of the solar panels, Intertek represented that its inspectors had sufficient training and experience to properly perform the required testing and that its inspectors would actually perform the testing.

88.     At all times that Lumos contracted with Intertek for testing of the solar panels, Intertek knew that Lumos and the purchasers of Lumos's solar panels, would rely on Intertek's representations that its inspectors had sufficient training and experience to properly perform the required testing and that its inspectors would actually perform the testing.

89.    By issuing the Initial Factory Assessment Report and permitting application of the ETL Mark to the solar panels, Intertek represented that the solar panels complied with all facets of the Intertek Requirements, including the Safety Standards. This representation was false.

90.    By issuing the August 30 FUS Inspection Report and January 5 FUS Inspection Report and permitting continued application of the ETL Mark to the solar panels, Intertek represented that the solar panels complied with all facets of the Intertek Requirements, including the Safety Standards. This representation, too, was false.

91.    At the time Intertek represented that the solar panels complied with all facets of the Safety Standards and permitted application of its ETL Mark, Intertek intended for Lumos to use the information in its business with third parties.

92.    At the time Intertek represented that the solar panels complied with all facets of the Safety Standards and permitted application of its ETL Mark, Intertek knew that Lumos, as well as third party purchasers of Lumos's solar panels, would rely on the information in the course of their business transactions. Lumos did in fact rely on Intertek's certification, manufacturing and shipping 2,600 solar panels for sale in the United States.

93.    As an entity in the business of supplying information for the guidance of others in their business transactions, Intertek had a duty not to provide false information to Lumos. Intertek breached that duty as described above.

94.    As a direct and proximate result of the breaches, actions and/or omissions of Intertek described herein, Lumos has incurred and will continue to incur damages, including:

(a)    All costs associated with the investigation of the defective panels;

(b)    All costs associated with the recall of the solar panels;

(c)    All costs associated with the customer warranty claims;

(d)    All monies paid or liabilities incurred to issue credits to impacted customers toward future purchases of Lumos solar panels;

(e)    Loss of past and future profits from the sale of solar panels;

(f)    Loss of goodwill and harm to business reputation;

(g)    All costs, attorneys' fees and expenses incurred to address Intertek's contractual and tortious breaches.

95.    As a direct and proximate results of the breaches, actions and/or omissions of Intertek, Lumos's business relations with its customers have been irreparably harmed, causing past and future pecuniary harm.

96.     As a direct and proximate results of the breaches, actions and/or omissions of Intertek, Lumos may incur attorneys' fees, costs and damages in defending litigation filed by consumers who purchased the defective solar panels.

**Intertek's practice of fraudulently certifying products has impacted other consumers in the past.**

97.     Intertek's fraudulent certification of Lumos's products is not an isolated incident. In fact, Intertek has previously been found liable for similar misconduct. For example, in *Brand Marketing Group LLC v. Intertek Testing Services, N.A., Inc.*, 801 F.3d 347 (3d. Cir. 2015) ("*Brand Marketing*"), a jury found Intertek liable for negligently misrepresenting a product's safety compliance after conducting faulty testing and issuing a false certification. In that case, Intertek certified a line of heaters as meeting applicable safety standards when they did not, causing the product's retailer to halt sales and leaving the plaintiff with significant financial losses. The jury awarded the plaintiff over $1 million in compensatory damages along with $5 million in punitive damages due to Intertek's egregious conduct.

98.     Intertek's fraudulent or negligent testing practices have thus harmed other consumers in the past, and Intertek's "testing" of Lumos's products constitutes part of a pattern or practice of failing to actually provide its advertised testing and certification services while accepting payment for such services.

**FIRST CLAIM FOR RELIEF**
**(Breach of Contract)**

99.     Plaintiff incorporates all previous allegations as though fully set forth herein.

100.    The Certification Agreement is a valid and enforceable contract.

101.    Lumos performed its obligations under the Certification Agreement.

102.    Intertek breached its duties under the Certification Agreement by failing to perform its testing and certification services with due care. In particular, Intertek failed to actually perform, or failed to properly perform, the required UL 61730 tests on Lumos's solar panels—most critically, the bypass diode functionality test—and/or failed to detect the clear non-compliance of the panels. Intertek issued certifications and reports attesting that the panels met the UL 61730 standard when in fact they did not and could not meet the standard. By certifying defective panels, Intertek committed a material breach of the Certification Agreement.

103.    As a direct and proximate result of Intertek's breaches described above, Lumos suffered damages in an amount to be proven at trial.

**SECOND CLAIM FOR RELIEF**
**(Negligent Misrepresentation)**

104.    Plaintiff incorporates all previous allegations as though fully set forth herein.

14

105.    Intertek, both prior to contracting and in the course of providing its product testing and certification services, supplied false information to Lumos for the guidance of Lumos in its business transactions. Specifically, Intertek represented that it would perform all the required testing in accordance with the Safety Standards and that it had the requisite expertise to perform the testing. After contracting, Intertek communicated factory assessment reports, inspection reports and certification results indicating that Lumos's solar panels were compliant with UL 61730 and had passed all required safety tests. These communications were intended to guide Lumos's decisions regarding the manufacture, sale, and distribution of the panels, and Lumos in fact did use this information in its business decisions.

106.    The information provided by Intertek was materially false and misleading. Intertek's inspectors and reports misrepresented the true status of the solar panels in multiple ways, including but not limited to: (a) representing that all requisite tests (including the UL 61730 bypass diode functionality test) had been performed on the panels and that the panels passed those tests; (b) representing that the panels fully complied with the UL 61730 safety standard and were safe for installation and use in residential and commercial environments; and (c) omitting and failing to disclose the fact that the panels suffered from defective circuit wiring and therefore did not comply with UL 61730's requirements. Each of these representations or omissions was a statement of material fact, or concealment of material fact, concerning the quality, safety, and compliance of Lumos's product.

107.    Intertek made the above misrepresentations without exercising reasonable care or competence in obtaining or communicating the information. Intertek had no reasonable grounds to believe that the information it supplied was true under the circumstances. A competent testing process would have revealed the defective circuit wiring and the panels' non-compliance. Instead, Intertek either failed to perform the required test or performed it so carelessly that it failed to detect an obvious defect. Thus, Intertek's representations were made without an adequate basis or proper investigation, rendering them negligent. Intertek's testing procedures fell below the standard of care expected of a professional testing laboratory, and its assurances of compliance constitute a breach of its duty of due care.

108.    Intertek knew, or reasonably should have known, that Lumos would rely on Intertek's test results and certifications in conducting its business. It is central to Intertek's business model that clients like Lumos (and downstream customers of Lumos) rely on the testing and certification services to ensure products are safe and marketable. Intertek provided its reports and the ETL Mark with the understanding that Lumos would trust this information as a guarantee of the panels' safety and compliance with all applicable standards and codes and would proceed with sales and installation of the panels based on Intertek's representations.

109.    Lumos justifiably relied on the false information supplied by Intertek. Lumos had no practical means to independently verify the safety tests that Intertek was hired to perform at Victor New Energy in Vietnam; it was entitled to and did rely on Intertek's claimed expertise and certification process. In reliance on Intertek's representations that the panels were UL 61730 compliant, Lumos accepted the panels from the manufacturer, shipped them to customers, and represented them as safe, UL-certified products. Had Lumos known the true facts—namely, that

15

the panels had a latent safety defect and had not actually passed the required UL 61730 tests—Lumos would not have distributed or sold the panels.

110.    As a direct and proximate result of Intertek's negligent misrepresentations, Lumos suffered damages in an amount to be proven at trial.

### THIRD CLAIM FOR RELIEF
### (Fraudulent Misrepresentation)

111.    Plaintiff incorporates all previous allegations as though fully set forth herein.

112.    In the course of providing testing and certification for Lumos's solar panels, Intertek intentionally misrepresented material facts about the panels' safety compliance and the testing that had been performed, and concealed material facts, all of which Intertek knew to be false (or was utterly reckless in not knowing their falsity). As detailed above, Intertek falsely represented that the panels met the UL 61730 standard and passed all required tests and failed to disclose the critical defect which meant the panels did not meet the standard. These misrepresentations concerned facts material to Lumos's decision to accept and distribute the panels, and to the safety of the panels in the field.

113.    Intertek had knowledge that its representations regarding certification were false or knew that it did not have sufficient knowledge to determine if the representations were true or false, thus acting with reckless disregard.

114.    Intertek made the above false representations and omissions with the intent to induce Lumos (and others in the stream of commerce) to rely on them. Intertek knew that by certifying the panels and allowing its ETL Mark to be applied to the products, Lumos would be induced to believe that its product was safe and met all applicable safety and code requirements. Intertek intended that Lumos would rely on the certifications in its transactions with third parties. Intertek's misrepresentations were made willfully and deliberately, for the purpose of prompting Lumos to act on the false assumption that the panels were UL-certified and free of defects.

115.    Lumos actually and justifiably relied on Intertek's fraudulent misrepresentations when it shipped the panels to the United States and sold them to its customers. Lumos had a right to rely on Intertek's certifications and Lumos did so rely, unaware that Intertek's testing process had failed to detect a fundamental defect in the panels' construction.

116.    As a direct and proximate result of Intertek's intentional misrepresentations, Lumos suffered damages in an amount to be proven at trial. Furthermore, Intertek's conduct was willful, wanton, and in reckless disregard of the rights of Lumos and the safety of end-users of the panels.

### FOURTH CLAIM FOR RELIEF
### (Violation of Colorado Consumer Protection Act, C.R.S. § 6-1-101 et seq.)

117.    Plaintiff incorporates all previous allegations as though fully set forth herein.

118.     Intertek engaged in a deceptive trade practice in the course of its business when it knowingly or recklessly made false representations as to the approval or certification of Lumos's solar panels in violation of C.R.S. § 6-1-105(1)(b). Intertek falsely represented that the panels met UL 61730 and other applicable safety standards by authorizing the ETL Mark to be affixed to the solar panels when, in fact, the panels were noncompliant and had not passed the required tests. Intertek's certification falsely implied official approval of the panels' safety when they did not actually conform to governing North American safety standards.

119.     Intertek engaged in a deceptive trade practice in the course of its business when it advertised, offered, or provided services with the intent not to supply them as advertised in violation of C.R.S. § 6-1-105(1)(i). Intertek markets and offers its product testing and certification services as a means of ensuring a product's compliance with North American safety standards, but Intertek does not actually perform the services it advertises. By issuing ETL certifications without conducting or properly verifying the required tests, Intertek sold a false promise—it advertised that Lumos's panels would be tested and certified to UL standards yet delivered certifications without performing the actual tests. Intertek's knowing or reckless decision to certify the panels in those circumstances despite issuing a CDL/Listing Report identifying the tests required to achieve certification shows an intent not to supply the services advertised. Moreover, *Brand Marketing* shows that Intertek's deceptive practices have previously impacted other consumers.

120.     Intertek engaged in the above deceptive trade practices in the conduct of its business—namely, in providing product testing and certification services as a commercial enterprise. The misrepresentations and omissions were made in the course of trade and commerce, as they concern the certification of consumer goods (solar panels) offered for sale in Colorado's marketplace. Intertek's deceptive conduct was committed knowingly or, at minimum, recklessly. Intertek had actual knowledge of, or consciously disregarded, the falsity of its representations. By its own later admission, there was "no plausible explanation" for how the defective panels could have passed the required tests, demonstrating that Intertek either knew the panels had not actually passed or willfully shut its eyes to the truth. Intertek also knew that Lumos and its customers were relying on Intertek's testing and the integrity of the ETL certification in proceeding with sales and installations. Despite this knowledge, Intertek deliberately issued the certification (and permitted use of its ETL Mark) without valid basis, in reckless disregard of the truth and of the safety risks to others.

121.     Intertek's deceptive practices had a significant impact on the public as actual or potential consumers of Lumos's solar panels. Intertek's misrepresentation was directed to the market for solar panels generally, taking the form of a false certification that the panels were safe, suitable for sale in the United States and approved for connection to the grid. By inducing Lumos to introduce its false certification into the stream of commerce, Intertek exposed numerous actual and potential purchasers to its deceptive practice. Lumos distributed the falsely certified, defective panels to customers throughout the country (including Colorado), ultimately recalling approximately 2,600 panels across at least 26 customer sites. These customers include public or quasi-public installations (for example, a school in Hawaii and a corporate headquarters in Atlanta) in settings that directly affect members of the public. Intertek's misconduct placed end-users of the panels at risk: the defective panels caused fires and electrical arcing incidents, posing a tangible

threat to public safety and property. Intertek's false assurance of safety thus had the capacity to deceive and negatively impact a large number of people, not just Lumos.

122.    Intertek's conduct also threatened the integrity of the marketplace and the public's ability to rely on product safety certifications. The general consuming public relies on marks like Intertek's "ETL Listed" mark as confirmation that a product has undergone independent testing to UL standards. Intertek itself advertises and holds out the ETL Mark as "proof of product compliance to North American safety standards" and a symbol recognized by consumers and code officials as indicating that a product is safe. By knowingly granting its ETL certification to noncompliant solar panels, Intertek undermined public trust. Consumers in Colorado and elsewhere who purchased or installed Lumos panels were misled into believing the product was UL-compliant and safe due to the ETL Mark, when in fact it was defective and posed a danger to consumers. Intertek's practices therefore impact the public at large, in that they erode confidence in safety certifications as well as OSHA's NRTL program.

123.    As a direct and proximate result of Intertek's deceptive trade practices, Lumos suffered an injury in fact to its interest in receiving truthful and non-deceptive information from a federally sanctioned testing laboratory involved in certifying the safety of consumer goods and products.

124.    As a direct and proximate result of Intertek's deceptive trade practices, Lumos sustained damages in an amount to be proven at trial.

WHEREFORE, Plaintiff Lumos Solar, Inc. prays for judgement in its favor and against Defendant Intertek Testing Services NA, Inc., on its claims for breach of contract, negligent misrepresentation, fraudulent misrepresentation, and violation of the Colorado Consumer Protection Act. Plaintiff requests an award of all damages to which it is entitled under the law, including but not limited to actual damages, special damages, treble damages under C.R.S. § 6-1-113(2)(a), attorneys' fees and costs under C.R.S. § 6-1-113(2)(b) or other statutory or common law rules, pre-judgment and post-judgment interest as provided by law, and such other and further relief as this Court deems proper and equitable under the circumstances.

### PLAINTIFF HEREBY DEMANDS A JURY TRIAL OF ALL ISSUES SO TRIABLE IN THIS MATTER

Respectfully submitted this 30th day of September, 2025.

BERG HILL GREENLEAF & RUSCITTI LLP

*[Pursuant to C.R.C.P. 121, § 1-26(7), the signed original is on file at BERG HILL GREENLEAF RUSCITTI LLP]*

*/s/ Rudy E. Verner*
Rudy E. Verner, Att'y Reg. # 34286
Andrew C. Fischer, Att'y Reg. # 55054

*Attorneys for Plaintiff Lumos Solar, Inc.*

Plaintiff's Address
555 Aspen Ridge Drive, Unit B
Lafayette, CO 80026-4201



**Total Quality. Assured.**

## Certification Agreement for Applicants and Manufacturers

**THIS AGREEMENT** made the _____9_____ day of _____June_____ _____22_____

DATE FILED
September 30, 2025 3:59 PM
FILING ID: DDF49397F245B
CASE NUMBER: 2025CV30778

**INTERTEK TESTING SERVICES NA, INC.** having offices at

545 E. Algonquin Rd, Arlington Heights, IL 60005 USA ("Intertek")

and **"Company",** having principle place of business at

| Company Legal Entity Name | Lumos Solar, Inc |
|---|---|
| Street<br>City, State/Province, Postal Code<br>Country | 555 Aspen Ridge Dr, Unit B, Lafayette, CO 80026 |

Company is entering the Certification Agreement as a(n):   ■ Applicant*    □ Manufacturer*.

*\* See definitions below. If the entity is both the Applicant and Manufacturer, please check both boxes.*
 *If the Applicant and Manufacturer are different, please check the box that is applicable.*

<u>**RECITALS**</u>

Intertek provides a service for evaluating whether products provided by the Applicant comply with designated standards or specified requirements. Subject to the terms of this Certification Agreement, products found to be in compliance by Intertek may be eligible for inclusion on a list maintained by Intertek for Products to display a Certification Mark owned by Intertek.

The Applicant desires to submit or has submitted certain devices, equipment, materials, or systems manufactured by the Applicant or the Manufacturer if different, to Intertek for evaluation in order that the product may be considered for Listing and Labeling by Intertek.

If the submitted product is found to be eligible for Certification, this Certification Agreement shall be executed by Intertek and the Applicant (and the Manufacturer, if applicable) setting forth the terms and conditions to which the parties hereto must adhere.

**NOW THEREFORE**, for and in consideration of the mutual covenants herein expressed and other lawful and valuable consideration, the parties hereto agree as follows:

**1.** <u>**DEFINITIONS**</u>

**1.1** **Applicant.** The term Applicant shall mean the company who submitted the product for evaluation and certification and owns rights to Listing Reports.
**1.2** **Manufacturer.** The term Manufacturer shall mean the company who carries out or controls certain stages in the manufacture, assessment, handling, and storage of a product that enables it to accept responsibility for continued compliance of the product with the relevant requirements and undertakes all obligations to apply the certification labels.
**1.3** **Company.** The term Company shall mean both Applicant and/or Manufacturer.
**1.4** **Authorization to Mark.** The term Authorization to Mark ("ATM") shall mean a written document from Intertek that authorizes the Manufacturer to apply an Intertek certification mark to a specific product.
**1.5** **Certification Mark.** The term Certification Mark ("Mark") shall refer to any common law or registered trademark owned by Intertek, or its affiliates, used in the certification of Product.
**1.6** **Follow-up Service.** The term Follow-up Service shall refer to the process of monitoring the Company's compliance with the Intertek Requirements.

**EXHIBIT 1**



**Certification Agreement for Applicants and Manufacturers**

1.7 **Intertek Requirements.** The term Intertek Requirements shall mean (a) the requirements contained in the Listing Report; (b) the standard(s), if any, applicable to the Product; (c) the terms of this Certification Agreement; and (d) any third party requirements separately applied as a condition of the Listing.

1.8 **Labeling.** The term Labeling shall refer to the process of applying the Mark to the Product, whether the Mark is applied to the Product by a separable label, directly on the product, or by other media as authorized by Intertek.

1.9 **Listing.** The term Listing shall mean the process of preparing and including the Product in the published directory of Intertek certified products.

1.10 **Listing Report.** The term Listing Report shall mean the document prepared by Intertek, also known as Constructional Data Report (CDR), which identifies the Company, the Product, the requirements specific for the Product, including but not limited to, identification of standard(s), test protocols and the type and form of Mark which must be used on or in connection with the Product and related information.

1.11 **Product.** The term Product ("Product") shall mean an Applicant's device, equipment, material, or system that has been submitted for testing or evaluation, and found to be in compliance with Intertek Requirements and approved for Listing.

2. <u>**CERTIFICATION**</u>

2.1 **Testing and Evaluation.** Intertek is an independent laboratory providing testing and evaluation services to determine whether representative samples of a product comply with designated national and international standards, specifications, and/or codes. Intertek does not publish standards, specifications, and/or codes, or warrant to the Company that the standard used for the evaluation is adequate. Company understands and agrees that Intertek has only tested or evaluated the submitted Product samples and does not guarantee or warrant the quality or compliance of all units of the Product manufactured or produced by the Applicant and/or the Manufacturer. Company further acknowledges that as an independent laboratory, Intertek assumes no responsibility for the design of the Product.

2.2 **Company Obligations.** Company understands its obligations pursuant to this Certification Agreement in order to maintain eligibility for Listing, and warrants that it shall comply with the following provisions:

(a) Company agrees to notify Intertek, without delay, of changes that may affect its ability to comply with this Certification Agreement or maintain eligibility for Listing. Changes may include, but are not limited to:

- Modifications or changes to the Product such that the Product no longer meets the requirements of the Listing Report for the Product
- Modifications to the Production Method
- Changes to the legal, commercial, organizational status or ownership
- Changes to Company or Manufacturer address
- Major Changes to the Quality Management System of the Company

If the Company wishes to make such modifications or changes, the Company must first either obtain the approval of Intertek or discontinue use of the Mark. The Product may no longer be eligible for Listing if the above modifications or changes to the Product, or the Company, have occurred after Intertek's testing or evaluation.

(b) Upon request, the Company agrees that it shall retain or make available a sample of the certified Product from the most current production.

(c) Company agrees to notify Intertek in writing of any product recall or reports that it receives of serious personal injury or property damage involving the Product.

(d) Company shall notify Intertek of any labeled Product which has left the control of the Company that does not comply with Intertek Requirements.

(e) Company warrants that a quality control program is, or will be, established and maintained to ensure Product compliance with the Intertek Requirements.

(f) If re-evaluation and/or investigation of the product is required as a result of modification to the Product without prior notification by the Company and approval by Intertek, the Applicant

**EXHIBIT 1**                    SFT-ETL-OP-19e    Revised  8 May 2018



**Total Quality. Assured.**

## Certification Agreement for Applicants and Manufacturers

    shall be subject to applicable fees for these services.

(g) If the company provides copies of the certification documents to others, the documents shall be reproduced in their entirety.

(h) Company agrees to fully cooperate with Intertek in any investigation of complaint including, but not limited to, promptly providing sample(s), photograph(s), schematic(s), and documentation related to product production, inventory, and shipment.

(i) Company shall maintain written records of all complaints made known to it relating to compliance with certification requirements and the actions taken with respect to such complaints and any deficiencies found in products that affect compliance with the requirements for certification. Company will promptly provide these records to Intertek upon request.

**2.3** **Reservation of Rights.** Intertek reserves the right, upon reasonable written notice to the Applicant, to reevaluate the Product at the Applicant's expense. This re-evaluation may be the result of Follow-up Service (Variation Notice), a revision of the applicable standard (Standard Update Notice ("SUN")), new information regarding the characteristics of the material used in the Product, or other information (including administrative changes) that raises a question concerning the conformance of the Product to Intertek Report Requirements. Such reevaluation may require Intertek to review the Listing Report, reevaluate the product and update our records and be subject to applicable fees.

**2.4** **Revision or Withdrawal of the Intertek Requirements.** Intertek reserves the right, upon reasonable notice to the Applicant, to revise or withdraw the Intertek Requirements to the extent required by applicable statutory guidelines or standards. If the Intertek Requirements are revised, the Company shall be entitled to continue Listing and Labeling of the Product upon a demonstration to the satisfaction of Intertek that the Product complies with the revised Intertek Requirements. If the Intertek Requirements are withdrawn, the Company's right to the Listing and Labeling of the Product shall terminate pursuant to the terms of Article 6 of this Certification Agreement. In the case of a revision or withdrawal of Intertek Requirements, Intertek shall provide a notice specifying a reasonable date by which the Product must meet the revised Intertek Requirements or for such termination.

**2.5** **Third Parties.** Applicant agrees that Intertek has entered into a contractual relationship with the Applicant to perform testing or evaluation services on the Product. Intertek agrees to perform such services with due care. Intertek does not guarantee or warrant that third parties will accept or recognize the results obtained by Intertek or the Intertek certification of the Product.

## 3. LISTING AND LABELING

**3.1** **Ownership of the Mark.** Ownership of the Mark and all trademark rights in the Mark remain in Intertek, even if it is used on the Product. The Mark shall only be applied to a Product that complies with the Intertek Requirements and such Mark shall be applied as specified in the Listing Report. The Mark may be applied only to those models and brands that are specifically named in the Listing Report at the factory receiving active Follow-up Service and as noted on the Authorization to Mark. Except as provided herein and as indicated in Article 3.2, any other use of the Mark, or the Intertek name, on the Product is expressly prohibited.

**3.2** **Advertising.** Intertek shall allow the Company to refer to Intertek and the Mark in advertising and promotional material for the Product, contingent upon the Company obtaining the prior, express, written approval of Intertek.

**3.3** **Follow-up Service.** As a part of the Listing and Labeling of the Product, the Company shall cooperate with the Intertek representatives who conduct Follow-up Service and make all necessary arrangements for the participation of observers. Follow-up Service may include factory audits at any time during business hours and such Intertek representatives, shall have free, unannounced, and immediate access to the Company's premises wherein the Product, or components thereof, may be fabricated, processed, finished, stored, or located. Intertek representatives shall comply with factory policies as required while on premises. Follow-up Service is intended to allow Intertek to monitor the Company's compliance with maintaining continuing

**EXHIBIT 1**



**Total Quality. Assured.**

## Certification Agreement for Applicants and Manufacturers

conformity of the Product to the Intertek Requirements, and to control the use of Intertek's Marks. The factory audits are not intended to satisfy or otherwise replace Company's responsibility to maintain its quality control program and to ensure that the Product remains in compliance with the Intertek Requirements. Follow-up Service may also include Company questionnaires, and/or the Company's warranty of conformity.

**4.    INDEMNIFICATION AND LIABILITY**

**4.1    Indemnification.** Company agrees to hold Intertek harmless and to defend and indemnify Intertek against any liability, loss, or damage from claims, demands, costs (including legal fees), or judgments arising out of any negligent or intentional acts of the Company, or claims from third parties relating to the Product or arising from the use of the Mark.

**4.2    Liability.** Intertek will not, under any circumstances, be liable to the Company for any indirect, special, punitive, or consequential damages, or any third party claims which may arise as a result of the services provided in this Certification Agreement. The maximum aggregate liability of Intertek for damages in connection with this Certification Agreement shall not exceed the latest annual fee paid to Intertek by the Company.

**5.    FAILURE TO COMPLY WITH INTERTEK REQUIREMENTS**

**5.1    Remedial Action.** In the event that Intertek detects any deviation or variance in the Product from Intertek Requirements, or improper or unauthorized use of the Mark or Intertek name, Intertek will notify the Applicant and require the Company, at its own expense, to undertake corrective action to ensure that the Product complies with Intertek Requirements. Intertek reserves the right, in its sole discretion, to take additional actions as it deems necessary, including but not limited to:
(a)    Suspension or revocation of the Listing and the right to label the Product;
(b)    Withdrawal of the supply of labels and removal of the Mark from non-conforming or unauthorized products;
(c)    Payment of penalty fees (as defined in general information package) and any costs associated with the product investigation by the Applicant;
(d)    Removal of the Product from the published directory of Intertek certified products;
(e)    Termination of this Certification Agreement pursuant to Article 6;
(f)    Notification of regulatory authorities and the public;
(g)    Compliance with any applicable statutes, rules, or regulations.

**5.2    Injunctive Relief.** Company acknowledges that the manufacture, sale, delivery, shipment, distribution, or promotion of the Product utilizing a Mark would mislead or endanger the public if such Product is not eligible to use the Mark or does not comply with the Intertek Requirements. Company further acknowledges that a breach of this Certification Agreement cannot be adequately compensated by money damages. Company agrees that in the event of a breach of the Certification Agreement, Intertek shall have the right to seek a temporary restraining order to the Company, together with an action for a preliminary and permanent injunction, and such other and further relief as may be provided by law.

**5.3    Suspension.** Upon Company's failure to comply with any of the requirements of this Certification Agreement or Listing Report, Intertek may issue a letter of suspension which shall notify the Applicant of the nature of the failure and the period of suspension of the Company's right of Labeling. The Applicant is obligated to notify its Manufacturer of the suspension and insure both the Applicant and Manufacturer adhere to all requirements in the letter of suspension including remedial actions. A reinstatement fee may be applied. In the event that the Company fails to take corrective action to resolve the cause of suspension, this Certification Agreement shall be terminated pursuant to Article 6.

**5.4    Public Notice.** In the event that Intertek has confirmed evidence that the Product in the marketplace has a significant non-conformity, Intertek will contact the Applicant and act in support of remedial steps taken by the Company to address the non-conformity, including, if necessary, public notification and/or a product recall undertaken by the Company. In the event that the

**EXHIBIT 1**



Total Quality. Assured.

## Certification Agreement for Applicants and Manufacturers

Company does not take action to address a significant non-conformity related to the Product, Intertek reserves the right to contact appropriate government agencies, other parties in the supply chain and/or issue public notifications advising of the non-conformity pursuant to Article 5.1(f) above.

**6. TERMINATION OF THE AGREEMENT**

**6.1 Termination By Either Party.** Either party may, for any reason, terminate this Certification Agreement, as to any Product, upon not less than sixty (60) days written notice to the other party. Such notice shall designate a termination date and the notice period shall be deemed to commence upon the date of mailing of the notice to the other party by registered or certified mail, return receipt requested or by courier with confirmed delivery.

**6.2 Intertek Right To Terminate.** Intertek may terminate this Certification Agreement, as to any Product, without prejudice to any other rights or remedies that Intertek may have, upon either of the following:

(a) Immediately upon written notice, if Intertek determines that the Product fails to comply with the Intertek Requirements and such defect was not cured within a reasonable period of time;

(b) Company is in default pursuant to Article 7.3;

(c) Thirty (30) days after the Company receives written notice in the event of: (i) the filing of a voluntary or involuntary petition in bankruptcy by the Company; (ii) the making of any arrangement or composition with creditors by the Company; (iii) the appointment of a receiver for the Company; or (iv) the voluntary or involuntary liquidation of the business of the Company. The Company will notify Intertek within seven (7) days of notice of one of these events.

**6.3 Company Obligations Upon Termination.** Upon termination of this Certification Agreement, Company shall:

(a) Discontinue the use of the Mark on the Product or Company's promotional material or advertising.

(b) Allow Intertek to perform a final factory inspection to record final production status and to recover all unused Intertek Certification Marks upon notification of termination of the Authorization to Mark. Fees for a final inspection will be billed in accordance with Article 7.3 of this Certification Agreement.

(c) Promptly return to Intertek all Marks, Labeling material, and the Listing Report, and warrant in writing the date of last use of the Mark.

(d) Continue to honor the terms of Article 4 of this Certification Agreement concerning indemnification and liability, which terms shall survive the termination of this Certification Agreement.

(e) Pay any remaining outstanding charges owing to Intertek immediately.

(f) Applicant is obligated to notify its Manufacturer of the termination and insure both the Applicant and Manufacturer comply with all requirements in this section.

**7. ADMINISTRATIVE PROVISIONS**

**7.1 Confidentiality.** Without written authorization from the Applicant, Intertek will not voluntarily disclose to third parties confidential and proprietary information which Applicant provides to Intertek. This obligation shall not apply to information which is already available to the public, or acquired from other sources without confidentiality restrictions, or is required to be disclosed by Intertek to Regulatory Authorities responsible for the acceptance of the Product. Intertek agrees that this obligation to maintain confidentiality shall survive the termination of this Certification Agreement.

**7.2 Subpoena.** If Intertek is served with a Subpoena, Court Order, or similar document requesting the disclosure of confidential or proprietary information supplied to Intertek by the Company, Intertek shall promptly notify the Applicant. In the event that the Applicant chooses to contest the request, Intertek shall cooperate with the Applicant. The responsibility for contesting the request shall rest

**EXHIBIT 1**



**Certification Agreement for Applicants and Manufacturers**

solely with the Applicant. If the Applicant declines to contest the request or is not successful in contesting the request, Intertek will provide the requested information. Any costs incurred by Intertek in responding to the request, including reasonable attorney's fees, shall be reimbursed by the Applicant immediately upon invoicing by Intertek.

7.3   **Fees.** Certification fees will be prepaid or billed to the Applicant or a designated payor. Payment shall be due upon presentation of invoices. The Applicant shall be considered in default if the charges are not paid within thirty (30) days, unless other payment terms have been agreed upon. Intertek reserves the right to adjust the billing rate for Certification, and to issue reasonable charges in the event additional costs are incurred by Intertek as a result of Company's failure to adhere to the Intertek Requirements. Additional costs include, but are not limited to, penalty fees for misuse of Mark and costs associated with the product investigation. Certification fees are non-refundable.

7.4   **No Assignment.** The rights running to the Company under this Certification Agreement may not be assigned to or acquired by any other person or corporation without Intertek's written authorization.

7.5   **Term.** This Certification Agreement shall continue in effect for a period of one (1) year from the date first above written and shall automatically be renewed thereafter for periods of one (1) year, unless the termination rights provided for in this Certification Agreement are exercised.

7.6   **Jurisdiction.** This Certification Agreement shall be interpreted in accordance with and governed by the laws of the jurisdiction within which the Intertek office stated in the opening paragraph is located. If the Client is located in China, any dispute or claim arising from or in connection with this Certification Agreement, its breach, its performance or non- performance shall be submitted to the China International Economic and Trade Arbitration Commission ("CIETAC") Beijing Office for arbitration which shall be conducted in accordance with the Commission's arbitration rules in effect at the time of applying for arbitration. The arbitral tribunal shall consist of three (3) arbitrators. Intertek on the one part and the Client on the other part shall each appoint one arbitrator. The parties shall appoint the third arbitrator. If the parties fail to agree on the third arbitrator within fifteen (15) days from the date on which the respondent receives the notice of arbitration, the parties hereby designate the Chairman of CIETAC as the appointing authority hereunder provided that the Chairman shall select an arbitrator who satisfies the qualifications in the preceding sentence. The language to be used in the arbitral proceedings shall be Chinese and English. Each version shall have the equal validity and legal effect. The arbitral award is final and binding upon both parties.

**This Agreement is accepted and duly executed by:**

| Intertek Testing Services NA, Inc. | |
|---|---|
| By | *Llувia Medina* |
| Authorized Intertek Signatory    for | |
| Print Name | L. Matthew Snyder |
| Title | Director of Certification |
| Date | 6/28/2022 |

| Company Lumos Solar, Inc | |
|---|---|
| By | *[signature]* |
| Proprietor, Partner or Authorized Officer - Signature | |
| Print Name | Keith Yzquierdo |
| Title | Director of Design and Engineering |
| Date | Marcy 17, 2022 |

**EXHIBIT 1**



**Listing Constructional Data Report (CDR)**

| 1.0 Reference and Address | | | |
|---|---|---|---|
| Report Number | 210901251HAN-001S | Original Issued: 19-Jul-2022 | Revised: 4-Feb-2024 |

DATE FILED
September 30, 2025 3:59 PM
FILING ID: DDF49397F245B
CASE NUMBER: 2025CV30778

**Standard(s)**

Photovoltaic (PV) Module Safety Qualification - Part 1: Requirements For Construction [UL 61730-1:2017 Ed.1+R:30Apr2020]

Photovoltaic (PV) Module Safety Qualification - Part 2: Requirements For Testing [UL 61730-2:2017 Ed.1+R:30Apr2020]

Photovoltaic (PV) Module Safety Qualification - Part 1: Requirements For Construction [CSA C22.2#61730-1:2019 Ed.2]

Photovoltaic (PV) Module Safety Qualification - Part 2: Requirements For Testing [CSA C22.2#61730-2:2019 Ed.2]

| Applicant | Lumos Solar, Inc. | Manufacturer 1 | Victor New Energy Company Limited |
|---|---|---|---|
| Address | 555 Aspen Ridge Dr Unit B Lafayette, CO 80026 | Address | KM34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, 18000 |
| Country | USA | Country | Vietnam |
| Contact | Keith Yzquierdo<br>Scott Franklin | Contact | Stella Huang<br>Harvey Flagsun |
| Phone | +1-917-587-8462<br>+1-303-502-7036 | Phone | +86-512-53724676<br>+86-182-62684986 |
| FAX | - | FAX | - |
| Email | Keith@Lumossolar.com<br>Scott@Lumossolar.com | Email | marketing@flagsun.com<br>harvey@flagsun.com |
| **Manufacturer 2** | **AccuTek Tool & Die, Inc** | **Manufacturer 3** | **Lumos Solar, Inc.** |
| Address | 1300 Pennsylvania Ave Salem, OH 44460 USA | Address | 555 Aspen Ridge Dr Unit B Lafayette, CO 80026 |
| Country | USA | Country | USA |
| Contact | Gary Sebrell, Sr<br>Gary Sebrell, Jr. | Contact | Keith Yzquierdo<br>Scott Franklin |
| Phone | +1-330-726-1946<br>+1-330-726-1946 | Phone | +1-917-587-8462<br>+1-303-502-7036 |
| FAX | - | FAX | - |
| Email | accutek1@accutektoolanddie.com<br>accutek1@accutektoolanddie.com | Email | keith@Lumossolar.com<br>scott@Lumossolar.com |

This report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek's Client and Intertek. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or advertisement of the tested material, product or service must first be approved in writing by Intertek. The observations and test results in this report are relevant only to the sample tested. This report by itself does not imply that the material, product, or service is or has ever been under an Intertek certification program.

**EXHIBIT 2**

Report No. 210901251HAN-001S                    Page 2 of 40                    Issued: 19-Jul-2022
Lumos Solar, Inc.                                                               Revised: 4-Feb-2024

| 2.0 Product Description | |
|---|---|
| Product | Flat Plate Photovoltaic Modules |
| Brand name | LUMOS |
| Description | The product covered by this report are flat-plate bifacial photovoltaic modules which convert elements of the electromagnetic spectrum to DC electrical power. The basic construction consists of a laminated assembly of individual solar cells and interconnecting ribbons encapsulated within an insulating material. This encapsulated assembly is sandwiched between a rigid transparent top surface (superstrate) and an rigid transparent rear cover (substrate). The laminated assembly is supported by the anodized aluminum frame. Field wiring connections to the module are made via a factory installed junction box with polarized mating cables and connectors. The modules are monocrystalline photovoltaic modules intended for outdoor use. The modules include 3 weatherproof junction box on the back surface with mating connectors only provided for field-connection. The modules are manufactured in the factory 1: VS SOLAR LIMITED COMPANY and shipped to factory 2: AccuTek Tool & Die, for frame assembly. An installation manual is provided. Internal buss ribbon wires, and cross buss ribbon wires are enclosed within the module front glass and back substrate. The ribbon wires are made of a base copper material, solder coated with a tin-silver alloy. Three bypass diodes are provided inside the junction box when shipped from the factory. Modules are intended to be installed in accordance with the National Electrical Code, NFPA 70 and Canadian Electrical Code (CEC) respectively. |
| Models | L72- followed by 405, 410, 415, 420, 425, 430 or 435; followed by -08-; followed by LC, RC, EM, RM, LM, PM or IM. L60- followed by 330, 335, 340, 345, 350, 355 or 360; followed by -21-; followed by LC, RC, EM, RM, LM, PM or IM. L40- followed by 215, 220, 225, 230, 235 or 240; followed by -47-; followed by LC, RC, EM, RM, LM, PM or IM. S60- followed by 330, 335, 340, 345, 350, 355 or 360; followed by -13-; followed by IM. S48- followed by 260, 265, 270, 275, 280, 285 or 290; followed by -29-; followed by IM. S32-; followed by 165, 170, 175, 180, 185 or 190; followed by -50-; followed by IM. |
| Model Similarity | All models of modules are similar in construction, but differ in output voltage, power, current ratings, cell number, frame type and module dimension. For model name LA-XXX-B-C, SA-XXX-B-C. 'L & S' stands for glass size. 'A' stands for number of cell. 'XXX' stands for the rated output power. 'B' after 'XXX' stands for the percentage of the transparent area to the total area of the component.[08, 21, 43, 13, 29, 50] 'C' stand for frame configuration.[LC, RC, EM, RM, LM, PM, IM] |

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 3 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**2.0 Product Description**

| Model | Voc (V) | Isc (A) | Pmax(W) | Vmp (V) | Imp (A) | MSF (A) | Maxmin system voltage (V) |
|---|---|---|---|---|---|---|---|
| L72-405-08-PM | 48.70 | 10.80 | 405 | 39.50 | 10.28 | 25 | 1500 |
| L72-410-08-PM | 48.80 | 10.90 | 410 | 39.60 | 10.38 | 25 | 1500 |
| L72-415-08-PM | 48.90 | 11.00 | 415 | 39.70 | 10.48 | 25 | 1500 |
| L72-420-08-PM | 49.00 | 11.10 | 420 | 39.80 | 10.58 | 25 | 1500 |
| L72-425-08-PM | 49.10 | 11.20 | 425 | 39.85 | 10.68 | 25 | 1500 |
| L72-430-08-PM | 49.20 | 11.30 | 430 | 39.90 | 10.78 | 25 | 1500 |
| L72-435-08-PM | 49.30 | 11.40 | 435 | 40.05 | 10.88 | 25 | 1500 |
| L72-405-08-EM | 48.70 | 10.80 | 405 | 39.50 | 10.28 | 25 | 1500 |
| L72-410-08-EM | 48.80 | 10.90 | 410 | 39.60 | 10.38 | 25 | 1500 |
| L72-415-08-EM | 48.90 | 11.00 | 415 | 39.70 | 10.48 | 25 | 1500 |
| L72-420-08-EM | 49.00 | 11.10 | 420 | 39.80 | 10.58 | 25 | 1500 |
| L72-425-08-EM | 49.10 | 11.20 | 425 | 39.85 | 10.68 | 25 | 1500 |
| L72-430-08-EM | 49.20 | 11.30 | 430 | 39.90 | 10.78 | 25 | 1500 |
| L72-435-08-EM | 49.30 | 11.40 | 435 | 40.05 | 10.88 | 25 | 1500 |
| L72-405-08-RM | 48.70 | 10.80 | 405 | 39.50 | 10.28 | 25 | 1500 |
| L72-410-08-RM | 48.80 | 10.90 | 410 | 39.60 | 10.38 | 25 | 1500 |
| L72-415-08-RM | 48.90 | 11.00 | 415 | 39.70 | 10.48 | 25 | 1500 |
| L72-420-08-RM | 49.00 | 11.10 | 420 | 39.80 | 10.58 | 25 | 1500 |
| L72-425-08-RM | 49.10 | 11.20 | 425 | 39.85 | 10.68 | 25 | 1500 |
| L72-430-08-RM | 49.20 | 11.30 | 430 | 39.90 | 10.78 | 25 | 1500 |
| L72-435-08-RM | 49.30 | 11.40 | 435 | 40.05 | 10.88 | 25 | 1500 |
| L72-405-08-LM | 48.70 | 10.80 | 405 | 39.50 | 10.28 | 25 | 1500 |
| L72-410-08-LM | 48.80 | 10.90 | 410 | 39.60 | 10.38 | 25 | 1500 |
| L72-415-08-LM | 48.90 | 11.00 | 415 | 39.70 | 10.48 | 25 | 1500 |
| L72-420-08-LM | 49.00 | 11.10 | 420 | 39.80 | 10.58 | 25 | 1500 |
| L72-425-08-LM | 49.10 | 11.20 | 425 | 39.85 | 10.68 | 25 | 1500 |
| L72-430-08-LM | 49.20 | 11.30 | 430 | 39.90 | 10.78 | 25 | 1500 |
| L72-435-08-LM | 49.30 | 11.40 | 435 | 40.05 | 10.88 | 25 | 1500 |
| L72-405-08-LC | 48.70 | 10.80 | 405 | 39.50 | 10.28 | 25 | 1500 |
| L72-410-08-LC | 48.80 | 10.90 | 410 | 39.60 | 10.38 | 25 | 1500 |
| L72-415-08-LC | 48.90 | 11.00 | 415 | 39.70 | 10.48 | 25 | 1500 |
| L72-420-08-LC | 49.00 | 11.10 | 420 | 39.80 | 10.58 | 25 | 1500 |
| L72-425-08-LC | 49.10 | 11.20 | 425 | 39.85 | 10.68 | 25 | 1500 |
| L72-430-08-LC | 49.20 | 11.30 | 430 | 39.90 | 10.78 | 25 | 1500 |
| L72-435-08-LC | 49.30 | 11.40 | 435 | 40.05 | 10.88 | 25 | 1500 |
| L72-405-08-RC | 48.70 | 10.80 | 405 | 39.50 | 10.28 | 25 | 1500 |
| L72-410-08-RC | 48.80 | 10.90 | 410 | 39.60 | 10.38 | 25 | 1500 |
| L72-415-08-RC | 48.90 | 11.00 | 415 | 39.70 | 10.48 | 25 | 1500 |
| L72-420-08-RC | 49.00 | 11.10 | 420 | 39.80 | 10.58 | 25 | 1500 |
| L72-425-08-RC | 49.10 | 11.20 | 425 | 39.85 | 10.68 | 25 | 1500 |
| L72-430-08-RC | 49.20 | 11.30 | 430 | 39.90 | 10.78 | 25 | 1500 |
| L72-435-08-RC | 49.30 | 11.40 | 435 | 40.05 | 10.88 | 25 | 1500 |
| L60-330-21-PM | 40.50 | 10.90 | 330 | 32.44 | 10.28 | 25 | 1500 |
| L60-335-21-PM | 40.60 | 11.00 | 335 | 32.54 | 10.38 | 25 | 1500 |
| L60-340-21-PM | 40.70 | 11.10 | 340 | 32.64 | 10.48 | 25 | 1500 |
| L60-345-21-PM | 40.80 | 11.20 | 345 | 32.74 | 10.58 | 25 | 1500 |
| L60-350-21-PM | 40.90 | 11.30 | 350 | 32.84 | 10.68 | 25 | 1500 |
| L60-355-21-PM | 41.00 | 11.40 | 355 | 32.94 | 10.78 | 25 | 1500 |
| L60-360-21-PM | 41.10 | 11.50 | 360 | 33.10 | 10.88 | 25 | 1500 |
| L60-330-21-EM | 40.50 | 10.90 | 330 | 32.44 | 10.28 | 25 | 1500 |
| L60-335-21-EM | 40.60 | 11.00 | 335 | 32.54 | 10.38 | 25 | 1500 |
| L60-340-21-EM | 40.70 | 11.10 | 340 | 32.64 | 10.48 | 25 | 1500 |
| L60-345-21-EM | 40.80 | 11.20 | 345 | 32.74 | 10.58 | 25 | 1500 |
| L60-350-21-EM | 40.90 | 11.30 | 350 | 32.84 | 10.68 | 25 | 1500 |
| L60-355-21-EM | 41.00 | 11.40 | 355 | 32.94 | 10.78 | 25 | 1500 |
| L60-360-21-EM | 41.10 | 11.50 | 360 | 33.10 | 10.88 | 25 | 1500 |

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

**2.0 Product Description**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ratings | L60-330-21-RM | 40.50 | 10.90 | 330 | 32.44 | 10.28 | 25 | 1500 |
| | L60-335-21-RM | 40.60 | 11.00 | 335 | 32.54 | 10.38 | 25 | 1500 |
| | L60-340-21-RM | 40.70 | 11.10 | 340 | 32.64 | 10.48 | 25 | 1500 |
| | L60-345-21-RM | 40.80 | 11.20 | 345 | 32.74 | 10.58 | 25 | 1500 |
| | L60-350-21-RM | 40.90 | 11.30 | 350 | 32.84 | 10.68 | 25 | 1500 |
| | L60-355-21-RM | 41.00 | 11.40 | 355 | 32.94 | 10.78 | 25 | 1500 |
| | L60-360-21-RM | 41.10 | 11.50 | 360 | 33.10 | 10.88 | 25 | 1500 |
| | L60-330-21-LM | 40.50 | 10.90 | 330 | 32.44 | 10.28 | 25 | 1500 |
| | L60-335-21-LM | 40.60 | 11.00 | 335 | 32.54 | 10.38 | 25 | 1500 |
| | L60-340-21-LM | 40.70 | 11.10 | 340 | 32.64 | 10.48 | 25 | 1500 |
| | L60-345-21-LM | 40.80 | 11.20 | 345 | 32.74 | 10.58 | 25 | 1500 |
| | L60-350-21-LM | 40.90 | 11.30 | 350 | 32.84 | 10.68 | 25 | 1500 |
| | L60-355-21-LM | 41.00 | 11.40 | 355 | 32.94 | 10.78 | 25 | 1500 |
| | L60-360-21-LM | 41.10 | 11.50 | 360 | 33.10 | 10.88 | 25 | 1500 |
| | L60-330-21-LC | 40.50 | 10.90 | 330 | 32.44 | 10.28 | 25 | 1500 |
| | L60-335-21-LC | 40.60 | 11.00 | 335 | 32.54 | 10.38 | 25 | 1500 |
| | L60-340-21-LC | 40.70 | 11.10 | 340 | 32.64 | 10.48 | 25 | 1500 |
| | L60-345-21-LC | 40.80 | 11.20 | 345 | 32.74 | 10.58 | 25 | 1500 |
| | L60-350-21-LC | 40.90 | 11.30 | 350 | 32.84 | 10.68 | 25 | 1500 |
| | L60-355-21-LC | 41.00 | 11.40 | 355 | 32.94 | 10.78 | 25 | 1500 |
| | L60-360-21-LC | 41.10 | 11.50 | 360 | 33.10 | 10.88 | 25 | 1500 |
| | L60-330-21-RC | 40.50 | 10.90 | 330 | 32.44 | 10.28 | 25 | 1500 |
| | L60-335-21-RC | 40.60 | 11.00 | 335 | 32.54 | 10.38 | 25 | 1500 |
| | L60-340-21-RC | 40.70 | 11.10 | 340 | 32.64 | 10.48 | 25 | 1500 |
| | L60-345-21-RC | 40.80 | 11.20 | 345 | 32.74 | 10.58 | 25 | 1500 |
| | L60-350-21-RC | 40.90 | 11.30 | 350 | 32.84 | 10.68 | 25 | 1500 |
| | L60-355-21-RC | 41.00 | 11.40 | 355 | 32.94 | 10.78 | 25 | 1500 |
| | L60-360-21-RC | 41.10 | 11.50 | 360 | 33.10 | 10.88 | 25 | 1500 |
| | L40-215-47-PM | 26.90 | 10.90 | 215 | 21.78 | 10.10 | 25 | 1500 |
| | L40-220-47-PM | 27.00 | 11.00 | 220 | 21.84 | 10.20 | 25 | 1500 |
| | L40-225-47-PM | 27.10 | 11.10 | 225 | 21.94 | 10.45 | 25 | 1500 |
| | L40-230-47-PM | 27.20 | 11.20 | 230 | 22.04 | 10.60 | 25 | 1500 |
| | L40-235-47-PM | 27.30 | 11.30 | 235 | 22.14 | 10.70 | 25 | 1500 |
| | L40-240-47-PM | 27.40 | 11.40 | 240 | 22.24 | 10.80 | 25 | 1500 |
| | L40-215-47-EM | 26.90 | 10.90 | 215 | 21.78 | 10.10 | 25 | 1500 |
| | L40-220-47-EM | 27.00 | 11.00 | 220 | 21.84 | 10.20 | 25 | 1500 |
| | L40-225-47-EM | 27.10 | 11.10 | 225 | 21.94 | 10.45 | 25 | 1500 |
| | L40-230-47-EM | 27.20 | 11.20 | 230 | 22.04 | 10.60 | 25 | 1500 |
| | L40-235-47-EM | 27.30 | 11.30 | 235 | 22.14 | 10.70 | 25 | 1500 |
| | L40-240-47-EM | 27.40 | 11.40 | 240 | 22.24 | 10.80 | 25 | 1500 |
| | L40-215-47-RM | 26.90 | 10.90 | 215 | 21.78 | 10.10 | 25 | 1500 |
| | L40-220-47-RM | 27.00 | 11.00 | 220 | 21.84 | 10.20 | 25 | 1500 |
| | L40-225-47-RM | 27.10 | 11.10 | 225 | 21.94 | 10.45 | 25 | 1500 |
| | L40-230-47-RM | 27.20 | 11.20 | 230 | 22.04 | 10.60 | 25 | 1500 |
| | L40-235-47-RM | 27.30 | 11.30 | 235 | 22.14 | 10.70 | 25 | 1500 |
| | L40-240-47-RM | 27.40 | 11.40 | 240 | 22.24 | 10.80 | 25 | 1500 |
| | L40-215-47-LM | 26.90 | 10.90 | 215 | 21.78 | 10.10 | 25 | 1500 |
| | L40-220-47-LM | 27.00 | 11.00 | 220 | 21.84 | 10.20 | 25 | 1500 |
| | L40-225-47-LM | 27.10 | 11.10 | 225 | 21.94 | 10.45 | 25 | 1500 |
| | L40-230-47-LM | 27.20 | 11.20 | 230 | 22.04 | 10.60 | 25 | 1500 |
| | L40-235-47-LM | 27.30 | 11.30 | 235 | 22.14 | 10.70 | 25 | 1500 |
| | L40-240-47-LM | 27.40 | 11.40 | 240 | 22.24 | 10.80 | 25 | 1500 |
| | L40-215-47-LC | 26.90 | 10.90 | 215 | 21.78 | 10.10 | 25 | 1500 |
| | L40-220-47-LC | 27.00 | 11.00 | 220 | 21.84 | 10.20 | 25 | 1500 |
| | L40-225-47-LC | 27.10 | 11.10 | 225 | 21.94 | 10.45 | 25 | 1500 |
| | L40-230-47-LC | 27.20 | 11.20 | 230 | 22.04 | 10.60 | 25 | 1500 |
| | L40-235-47-LC | 27.30 | 11.30 | 235 | 22.14 | 10.70 | 25 | 1500 |
| | L40-240-47-LC | 27.40 | 11.40 | 240 | 22.24 | 10.80 | 25 | 1500 |
| | L40-215-47-RC | 26.90 | 10.90 | 215 | 21.78 | 10.10 | 25 | 1500 |

**EXHIBIT 2**
ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 5 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**2.0 Product Description**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | L40-220-47-RC | 27.00 | 11.00 | 220 | 21.84 | 10.20 | 25 | 1500 |
| | L40-225-47-RC | 27.10 | 11.10 | 225 | 21.94 | 10.45 | 25 | 1500 |
| | L40-230-47-RC | 27.20 | 11.20 | 230 | 22.04 | 10.60 | 25 | 1500 |
| | L40-235-47-RC | 27.30 | 11.30 | 235 | 22.14 | 10.70 | 25 | 1500 |
| | L40-240-47-RC | 27.40 | 11.40 | 240 | 22.24 | 10.80 | 25 | 1500 |
| | S60-330-13-IM | 40.50 | 10.90 | 330 | 32.44 | 10.28 | 25 | 1500 |
| | S60-335-13-IM | 40.60 | 11.00 | 335 | 32.54 | 10.38 | 25 | 1500 |
| | S60-340-13-IM | 40.70 | 11.10 | 340 | 32.64 | 10.48 | 25 | 1500 |
| | S60-345-13-IM | 40.80 | 11.20 | 345 | 32.74 | 10.58 | 25 | 1500 |
| | S60-350-13-IM | 40.90 | 11.30 | 350 | 32.84 | 10.68 | 25 | 1500 |
| | S60-355-13-IM | 41.00 | 11.40 | 355 | 32.94 | 10.78 | 25 | 1500 |
| | S60-360-13-IM | 41.10 | 11.50 | 360 | 33.10 | 10.88 | 25 | 1500 |
| | S48-260-29-IM | 32.30 | 10.90 | 260 | 25.76 | 10.28 | 25 | 1500 |
| | S48-265-29-IM | 32.40 | 11.00 | 265 | 26.01 | 10.38 | 25 | 1500 |
| | S48-270-29-IM | 32.50 | 11.10 | 270 | 26.23 | 10.48 | 25 | 1500 |
| | S48-275-29-IM | 32.60 | 11.20 | 275 | 26.40 | 10.58 | 25 | 1500 |
| | S48-280-29-IM | 32.70 | 11.30 | 280 | 26.50 | 10.68 | 25 | 1500 |
| | S48-285-29-IM | 32.80 | 11.40 | 285 | 26.60 | 10.78 | 25 | 1500 |
| | S48-290-29-IM | 32.90 | 11.50 | 290 | 26.80 | 10.88 | 25 | 1500 |
| | S32-165-50-IM | 21.40 | 10.90 | 165 | 16.75 | 10.10 | 25 | 1500 |
| | S32-170-50-IM | 21.50 | 11.00 | 170 | 16.95 | 10.30 | 25 | 1500 |
| | S32-175-50-IM | 21.60 | 11.10 | 175 | 17.13 | 10.50 | 25 | 1500 |
| | S32-180-50-IM | 21.70 | 11.20 | 180 | 17.26 | 10.70 | 25 | 1500 |
| | S32-185-50-IM | 21.80 | 11.30 | 185 | 17.59 | 10.80 | 25 | 1500 |
| | S32-190-50-IM | 21.90 | 11.40 | 190 | 17.70 | 10.90 | 25 | 1500 |
| Other Ratings | Tolerance of Pmax: ±3%<br>Tolerance of Voc: ±3%<br>Tolerance of Isc: ±3%<br>L72-XXX-08-XX series: 2134 × 1078.85 × 52.17 [mm] (framed)<br>L60-XXX-21-XX series: 2134 × 1078.85 × 52.17 [mm] (framed)<br>L40-XXX-43-XX series: 2134 × 1078.85 × 52.17 [mm] (framed)<br>S60-XXX-13-XX series: 1797.5 × 1072.5 × 52.17 [mm] (framed)<br>S48-XXX-29-XX series: 1797.5 × 1072.5 × 52.17 [mm] (framed)<br>S32-XXX-50-XX series: 1797.5 × 1072.5 × 52.17 [mm] (framed)<br><br>Module design load:<br>+1600Pa / -1600Pa, safety factor: +1.5/-1.5, test load: +2400Pa / -2400Pa<br><br>Module Fire Performance (for modules with below specified construction only): Type 29<br>Superstrate: Glass / 0.105± 0.030 inch (2.67 ±0.76mm)<br>Encapsulant (Super/Cell): Polymer / 0.020 ± 0.012 inch (0.5 ±0.3 mm)<br>Encapsulant (Cell/Sub): Polymer / 0.020 ± 0.012 inch (0.5 ±0.3 mm)<br>Substrate: Glass / 0.105± 0.030 inch (2.67 ±0.76mm)<br>Application Class: Class II<br>Pollution degree: 1<br><br>The modules are intended for a maximum operating altitude [meters above sea level]: ≤ 2000m | | | | | | | |

**EXHIBIT 2**
ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Issued: 19-Jul-2022
Revised: 4-Feb-2024

## 3.0 Product Photographs

**Photo 1 -** Overall Front Side View of Module Model L72-435-08-RC (without frame).



1

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**3.0 Product Photographs**

**Photo 2 -** Overall Back Side View of Module Model L72-435-08-RC (without frame).



**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

### 3.0 Product Photographs

**Photo 3 -** Overall Backside View of PV-JB12A-xyza



**EXHIBIT 2**

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 9 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

### 3.0 Product Photographs

**Photo 4 -** Close-up View of Monocrystalline Cell



**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**3.0 Product Photographs**

**Photo 5 -**Close View of busbar



EXHIBIT 2

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 11 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

| 4.0 Critical Components | | | | | | |
|---|---|---|---|---|---|---|
| Photo # | Item no.[1] | Name | Manufacturer/ trademark[2] | Type / model[2] | Technical data and securement means | Mark(s) of conformity [3] |
| 1 | 1 | Front cover | Cixi Chuangya New Materials Technology | 3.2 mm | Tempered ironless solar glass, 3.2 mm thick for all types of models. | NR |
| 2 | 2 | Rear cover | Cixi Chuangya New Materials Technology | 3.2 mm | Tempered ironless solar glass, 3.2 mm thick for all types of models. | NR |
| 4 | 3 | Cell | VICTOR NEW ENERGY COMPANY LIMITED | MBB-166 | Monocrystalline cell Dimension:166mm x 166mm Thickness: 0.190mm number of busbar: 9 | NR |
| 2 | 4 | Frame (Not shown) | AccuTek Tool & Die | 6061-T6 | Aluminum frame, secured together by screws for PM, RM, LM, EM, LC, RC. There is no assembly for IM. Cross section refers to Illustration 3. | NR |
| 4 | 5 | Interconnector | Wuxi Mingxie Technology Industrial CO., LTD | 0.53*0.18mm | Cell interconnector – Solder-coated (60%Sn/40%Pb) copper ribbon, nominal 0.53 by 0.18mm in cross section. Used to interconnect the 9-busbar cell. | NR |
| 5 | 6 | String connector | Wuxi Mingxie Technology Industrial CO., LTD | 5.93*0.28mm | Solder-coated (60%Sn/40%Pb) copper ribbon, nominal 5.93 by 0.28 mm in cross section. | NR |
| 3 | 7 | Junction Box Adhesive | Shanghai Huitian New Material Co., Ltd. (E248611) | HT906Z | Rated V-0, HWI=1, HAI=0, CTI=0 at minimum thickness of 3 mm RTI=105℃, white or black. Adhesive may be in contact with live parts, such as ribbons. | UR |
| 2 | 8 | Cell Encapsulant (Not Shown) | CHANGZHOU SVECK PHOTOVOLTAIC NEW MATERIAL CO LTD (E334244) | SV-15296 | Ethyl-Vinyl-acetate (EVA), one sheet of clear EVA is provided on top (superstrate side, 0.60mm thick) of cells for all models. Evaluated under 1500Vdc. | UR |
| | | | | SV-12597 | Ethyl-Vinyl-acetate (EVA), bottom (substrate side, 0.60mm) of cells for all models. Evaluated under 1500Vdc. | UR |

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 12 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

| 4.0 Critical Components | | | | | | |
|---|---|---|---|---|---|---|
| Photo # | Item no.[1] | Name | Manufacturer/ trademark[2] | Type / model[2] | Technical data and securement means | Mark(s) of conformity[3] |
| 2 | 9 | J-Box | Suzhou UKT New Energy Technology CO.,LTD (E470114) | PV-JB12A-xyza | Rated 1500 V dc, 25 A max. | UR |
| 2 | 10 | Connector | Suzhou UKT New Energy Technology CO.,LTD (E470116) | PV-CO02 | Rated 1500 Vdc, 30 Adc, suitable for use with 12 AWG PV cable. | UR |
| 2 | 11 | Cable | Wuxi Xinhongye Wire & Cable Co Ltd (E332548) | PV Wire | 12AWG / -40° C to 90° C Sunlight resistant 2000V PV wire | UL |
| 3 | 12 | Potting Material (Not shown) | Shanghai Huitian New Material Co., Ltd. (E248611) | 5299W-S | Rated V-0, RTI=105℃. White. | UR |
| 4 | 13 | Bypass Diode (not shown) | Suzhou UKT New Energy Technology CO.,LTD | UKTH3045-12 | Maximum recurrent peak reverse voltage: 45 V, maximum average forward rectified current 30A. 3 provided   (inside j-box) | NR |
| 2 | 14 | Label Material | Brady (MH17154) | B483A | Rated for outdoor exposure. | UR |
| 2 | 15 | Flux (not shown) | Neng Chuangli Electronic Materials (Jiangyin) Co., Ltd | SE/A603-2 | Liquid, in which the cell interconnector and string connector are immersed to enhance the soldering quality. | NR |
| 2 | 16 | Fixing tape (not shown) | Shanghai Yecheng Packaging Material Co., Ltd | 10*50mm | 10*50mm | NR |
| 2 | 17 | Insulation sheet (not shown) | Jiaxing Lichao Solar Backplane Technology Co., Ltd | 0.2*80mm | Thickness: 0.2mm | NR |

NOTES:

1) Not all item numbers are indicated (called out) in the photos, as their location is obvious.

2) "Various" means any type, from any manufacturer that complies with the "Technical data and securement means" and meets the "Mark(s) of conformity" can be used.

3) Indicates specific marks to be verified, which assures the agreed level of surveillance for the component.  "NR" - indicates Unlisted and only visual examination is necessary.  "See 5.0" indicates Unlisted components or assemblies to be evaluated periodically refer to section 5.0 for details.

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S                    Page 13 of 40                    Issued: 19-Jul-2022
Lumos Solar, Inc.                                                               Revised: 4-Feb-2024

**5.0 Critical Unlisted CEC Components**

No Unlisted CEC components are used in this report.

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S                              Page 14 of 40                              Issued: 19-Jul-2022
Lumos Solar, Inc.                                                                                     Revised: 4-Feb-2024

**6.0 Critical Features**

Recognized Component - A component part, which has been previously evaluated by an accredited certification body with restrictions and must be evaluated as part of the basic product considering the restrictions as specified by the Conditions of Acceptability.

Listed Component - A component part, which has been previously Listed or Certified by an accredited Certification Organization with no restrictions and is used in the intended application within its ratings.

Unlisted Component - A part that has not been previously evaluated to the appropriate designated component standard.  It may also be a Listed or Recognized component that is being used outside of its evaluated Listing or component recognition.

Critical Features/Components - An essential part, material, subassembly, system, software, or accessory of a product that has a direct bearing on the product's conformance to applicable requirements of the product standard.

Construction Details - For specific construction details, reference should be made to the photographs and descriptions.  All dimensions are approximate unless specified as exact or within a tolerance.  In addition to the specific construction details described in this Report, the following general requirements also apply.

| | |
|---|---|
| 1. | Spacing - At the wiring terminals, a minimum of 19.4mm* through air and 10.4mm over surface spacing is provided between uninsulated live parts of opposite polarity (the negative and positive bus terminals). At the module edges, a minimum of 19.4mm* through air and 10.4mm over surface spacing is provided between the live parts including cells and interconnecting ribbons and the edges of the laminate before attachment of the frame.<br><br>There are no grounded metal parts within the wiring compartment.<br><br>Live parts are internal to the module and insulated inside the encapsulant and, polymeric superstrate and substrate. |
| 2. | Mechanical Assembly -Components are mechanically secured or soldered in place and otherwise prevented from shifting or rotating |
| 3. | Corrosion Protection - All ferrous metal parts are protected against corrosion by painting, plating or the equivalent. |
| 4. | Accessibility of Live Parts -No uninsulated live parts are accessible |
| 5. | Grounding - All exposed dead-metal parts (frame) are electrically bonded to the intended grounding terminal. Each module is clearly identified with the appropriate ground connection point as such with a ground symbol marking. The means of grounding is specified in the installation instructions which is provided with the modules. Refer to Illustration 5 seciton 7.0 for grounding methold. |
| 6. | Polarized Connection - Modules are provided with leads identified by the symbols (+) for Positive lead and (-) for negative lead on the lead. Each connector is polarized and cannot be joined to create an improper connection. |
| 7. | Internal Wiring - Internal wiring is routed away from sharp or moving parts.  Internal wiring leads terminating in soldered connections are made mechanically secure prior to soldering.  Recognized Component separable (quick disconnect) connectors of the positive detent type, closed loop connectors, or other types specifically described in the text of this report are also acceptable as internal wiring terminals.  At points where internal wiring passes through metal walls or partitions, the wiring insulation is protected against abrasion or damage by plastic bushings or grommets. |
| 8. | Schematics - Refer to Illustration 1, 2, 3 of seciton 7.0. |

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 15 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

| 6.0 Critical Features |
| --- |

9. Markings - Markings on the label material (item 14 in section 4) shall include:

1) name or registered brand name of applicant

2) type or model number designation

3) serial number

4) date and place of manufacture; alternatively serial number assuring traceability of date and place of manufacture

5) electrical ratings including:

    (a) Nominal Pmp, Maximum Power including manufacturing tolerance

    (b) Nominal Voc, Open-circuit voltage including manufacturing tolerance

    (c) Nominal Vmp, Voltage at Max Power

    (d) Nominal Isc, Short-circuit current including manufacturing tolerance

    (e) Nominal Imp, Current at Max Power

    (f) "Maximum system voltage" or "Vsys"

    (g) "Maximum overcurrent protection rating"

      (Bifacial module ratings shall be present in the form of front-surface STC ratings and shall also include bifaciality coefficients at STC for open-circuit voltage, shortcircuit current and maximum power. Fuse rating shall assume a 30% albedo under STC conditions)

6) All electrical data shall be shown as relative to standard test conditions (STC) (1 000 W/m2, (25 ± 2) °C, AM 1,5 according to IEC 60904-3).

7) Field-wiring connections proper AWG size, minimum insulation temperature, and intended use wire

8) Following statement "System Fire Class Rating: See Installation Instructions for Installation

9) Following statement "See module installation instructions for appropriate mating connectors"

10) Module fire performance

11) Ground marking

EXHIBIT 2

ED 16.3.15 (1-Jul-2022) Mandatory

**6.0 Critical Features**

10.  Installation, Operating and Safety Instructions - Instructions for installation and use of this product are provided by the applicant as required by the standard.

1) Installation instructions describing the methods of electrical and mechanical installation.

2) Electrical Ratings to include Isc, Voc, Imp, Vmp, Max System Voltage, the current rating of overcurrent protection, manufacturer's stated tolerance for Voc, Isc and maximum power output Pmax under standard test conditions, temperature coefficient for voltage at open-circuit, temperature coefficient for maximum power, temperature coefficient for short-circuit current.

3) Specific instructions for roof mounting.

4) A list containing the date of the first edition of these instructions and the dates of any and all subsequent revisions, amendments, and tech notes related to these instructions.

5) The following statement or the equivalent:

  a) "The fire rating of this module is valid only when mounted in the manner specified in the mechanical mounting instructions."

  b) "The module is considered to be in compliance with UL 61730-1 only when the module is mounted in the manner specified by the mounting instructions below."

  c) "A module with exposed conductive parts is considered to be in compliance with UL 61730-1 only when it is electrically grounded in accordance with the instructions presented below and the requirements of the National Electrical Code."

  d) "Any module without a frame (laminate) shall not be considered to comply with the requirements of UL 61730-1 unless the module is mounted with hardware that has been tested and evaluated with the module under this standard or by a field Inspection certifying that the installed module complies with the requirements of UL 61730-1".

  e) A list containing the revision history.

6) Mechanical Installation instructions on:

  a) The minimum mechanical means to be used for securement of the module

  b) A statement that the assembly is to be mounted over a fire resistant roof covering

  c) A statement (or equivalent) that modules shall be mounted with a certified mounting system and complete with requirements to achieve the specified System Fire Class Rating

7) A statement advising that artificially concentrated sunlight shall not be directed on the module.

8) The following statement or the equivalent: "Under normal conditions, a photovoltaic module is likely to experience conditions that produce more current and/or voltage than reported at standard test conditions. The requirements of the National Electrical Code (NEC) in Article 690 shall be followed to address these increased outputs. In installations not under the requirements of the NEC, the values of Isc and Voc marked on this module should be multiplied by a factor of 1.25 when determining component voltage ratings, conductor ampacities, overcurrent device ratings, and size of controls connected to the PV output."

9) The information concerning the bypass diodes: diode type, voltage rating, current rating and diode configuration.

10) Series fuse (overcurrent protection) rating.

11) Manufacturer's stated tolerance for Voc, Isc and maximum power output Pmax under standard test conditions

12) List of each distinct PV connector incuding model name, manufacturer contact information, allowable mating connector manufacturer and model number(s).

13) Grounding Means.

---

11  Cautionary Markings - The following is required:

All cautionary text shall be marked in both english and french.

a) PV module shall be marked 'Do not disconnect under load' and 'Ne vous déconnectez pas sous la charge.', or marked with a symbol instead. Symbol or warning notice shall be imprinted or labelled close to connector. PV connectors shall be clearly marked '+' and '-' to indicating the terminal polarity.

b) Symbol of Caution, risk of electric shock shall be applied near the PV module electrical connection means.

c) PV modules shall be marked to indicate the protective class.

---

12  Supplied assemblies under factory inspection - A declaration of conformity to the requirements of this report including any required section 11 testing must be included with each shipment received.  Each declaration must include specific order detail such as purchasing record or PO and specific model numbers and serial numbers.

**EXHIBIT 2**

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 17 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**7.0 Illustrations**

**Illustration 1-** Lamination Schematic of L72-XXX-08-XX series (Unit: mm)



**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 18 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

## 7.0 Illustrations

**Illustration 1A-** Lamination Schematic of L60-XXX-21-XX series (Unit: mm)



**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

**7.0 Illustrations**

**Illustration 1B-** Lamination Schematic of L40-XXX-43-XX series (Unit: mm)



**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 20 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**7.0 Illustrations**

**Illustration 1C-** Lamination Schematic of S60-XXX-13-IM series (Unit: mm)



NOTES:
1. SOME WIRING IS NOT SHOWN HERE. THE FACTORY IS RESPONSIBLE FOR ENSURING THE MODULES ARE WIRED CORRECTLY, AND THAT DIMENSIONAL REQUIREMENTS SHOWN HERE ARE ALSO MET.
2. EVA INTERLAYER IS NOT SHOWN HERE
3. INSULATOR STRIPS ARE NOT SHOWN HERE BUT MIGHT BE NEEDED. FACTORY SHALL DETERMINE IF NECESSARY.
4. DETAILED SPECIFICATIONS OF ALL COMPONENTS CAN BE FOUND IN THE BOM (SEPARATE DOCUMENT).

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 21 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**7.0 Illustrations**

**Illustration 1D-** Lamination Schematic of S48-XXX-29-IM series (Unit: mm)



**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 22 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**7.0 Illustrations**

**Illustration 1E-** Lamination Schematic of S32-XXX-50-IM series (Unit:mm)



**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 23 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**7.0 Illustrations**

**Illustration 2-** Frame Configurations



**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**7.0 Illustrations**

**Illustration 3-** Frame Configurations (mm)



EDGE JUNCTION BOX DETAIL

INBOUND JUNCTION BOX
DETAIL

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

**7.0 Illustrations**

**Illustration 4-** Installation methods (Mounting with Screws)





**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Case No. 1:25-cv-03679-CYC     Document 1-1     filed 11/14/25     USDC Colorado     pg 52 of 132

Report No. 210901251HAN-001S
Lumos Solar, Inc.
Page 26 of 40
Issued: 19-Jul-2022
Revised: 4-Feb-2024

**7.0 Illustrations**

**Illustration 4A-** Installation methods (Mounting with Screws)

*2.2.2. Mechanical Installation Steps*

1. Identify whether you are installing an L Series or an S Series system

2. Lay out your rails per the critical dimensions document and your system plans. Make sure you orient the edge rails correctly, with the removable side cover facing away from the center of the module (see image below).





3. Install splices between individual rail lengths (details TBD).

4. Cut the last rail in each rail line as necessary. Leave 1/8" of rail beyond the last module frame.

5. Fasten the rails to the support structure. *The fasteners and their required spacing will be specified in the stamped plans for your installation.*

    a. Place the first module on the rails.

    b. Make sure both rail fins slide into the corresponding frame slots (see image below). Slide the module toward the end of the rails until there is about 1/8" of rail sticking out of the frame.

    c. L Series arrays might include a variety of frame types (see the "Module Specifications"



    section for nomenclature). Make sure you are installing the correct module in the correct location of the array. This will depend on your specific project.

6. Tighten all 4 set screws on the first module.

7. Place the next module on the rails.

    a. For S Series systems, install the spacer on the rail fin such that it touches the frame of the first module. Slide the 2nd module toward the spacer until it stops. There will be a 1/4" gap between the glass of the modules.

    b. For L Series systems, slide the 2nd module toward the 1st until the frames are touching, creating a 1/4" gap between the glass.

    *c. Wiring in shared rails must be completed as the modules are installed, as the wireways will be inaccessible afterward. Wiring in edge rails can be completed at any time.*

8. Repeat steps 5 and 6 until all your modules are installed.

    a. For L Series Systems, make sure you install the correct frame types in the correct locations. This is project specific and details will be in your project plans.

9. Remember, *Wiring in shared rails must be completed as the modules are installed, as the wireways will be inaccessible afterward. Wiring in edge rails can be completed at any time.*

10. See electrical installation section for details.

11. Install the end caps by pressing them into the rail ends (details TBD).

**EXHIBIT 2**
ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 27 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

## 7.0 Illustrations

**Illustration 5-** Grounding method

### 2.4.2   Grounding

All components of the Vision Module System are electrically bonded to each other when installed according the mechanical installation section of this manual. Standard ground lugs can be installed on the rails to connect Equipment Grounding Conductors as needed. Lumos recommends the following grounding lugs:

- *Wiley WEEB Lug 6.7 Installation on GSX Rail*

Install according to manufacturer's instructions on any face of the Vision Rails, provided it does not interfere with the installed solar module. Torque lug to rail at 120 in-lbs.

- *Concise Designs Solar Lay-in Lug Installation on GSX Rail*

Install according to manufacturer's instructions on any face of the Vision Rails, provided it does not interfere with the installed solar module. Torque lug to rail at 80 in-lbs.

- *Amphenol HelioLug Installation on GSX Rail*

Install according to manufacturer's instructions on any face of the Vision Rails, provided it does not interfere with the installed solar module. Torque lug to rail at 30 in-lbs.

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S  
Lumos Solar, Inc.

Issued: 19-Jul-2022  
Revised: 4-Feb-2024

**7.0 Illustrations**

**Illustration 6-** Cautional marking



Cautionary marking

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

**7.0 Illustrations**

**Illustration 7 -** Components Combination of Superstrates /Encapsulations

| Superstrates | Encapsulation material (Above cells / below cells) |
|---|---|
| Cixi Chuangya New Materials Technology | SV-15296 / SV-12597 |

**Illustration 7A -** Components Combination of Encapsulation material /Solar Cell

| Encapsulation material (Above cells / below cells) | Solar Cell |
|---|---|
| SV-15296 / SV-12597 | MBB-166 |

**Illustration 7B -** Components Combination of Junction Box

| Junction Box | PV-JB12A-xyza |
|---|---|
| Connector | 1.1 PV-CO02 by Suzhou UKT New Energy Technology CO.,LTD |
| Cable | 2.1 H1Z2Z2-K by Wuxi Xinhongye Wire & Cable Co Ltd |
| Bypass diode | 3.1 UKTH3045-12 by Suzhou UKT New Energy Technology CO.,LTD |
| Potting | 4.1 5299W-S by Shanghai Huitian New Material Co., Ltd. |
| Substrate | 5.1 Tempered ironless solar glass by Cixi Chuangya New Materials Technology |
| Adhesive | 6.1 HT906Z by Shanghai Huitian New Material Co., Ltd. |

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

**7.0 Illustrations**

**Illustration 7C -** Components Combination of the Encapsulations and the Substrates

| Encapsulation material<br>(Above cells / below cells) | Substrates |
|---|---|
| SV-15296 / SV-12597 | Cixi Chuangya New Materials Technology |

**Illustration 7D -** Components Combination of the Substrates and the Junction Box Adhesices

| Substrates | Junction Box Adhesices |
|---|---|
| Cixi Chuangya New Materials | HT906Z |

**EXHIBIT 2**

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 31 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

| 8.0 Test Summary | | | | | |
|---|---|---|---|---|---|
| Evaluation Period | September 10, 2021 through April 30, 2022 | | | Project No. | 210901251SHA |
| Sample Rec. Date | 9/1/2021 | Condition | Prototype | Sample ID. | 0210901-19 |
| Test Location | Building No.2, No. 500 East Shuiyueting Road, Haining City, Zhejiang Province, China No. 7 Building, No. 6958 Daye Road, Fengxian District, Shanghai, China (Ignitability test only) | | | | |
| Test Procedure | Testing Lab | | | | |

Determination of the result includes consideration of measurement uncertainty from the test equipment and methods. The product was tested as indicated below with results in conformance to the relevant test criteria.

The following tests were performed on Model L72-435-08-PM to evaluate the product.

| Test Description | UL 61730-2:2017 Ed.1 | CSA C22.2#61730-2:2019 Ed.2] |
|---|---|---|
| Visual inspection | MST 01 | MST 01 |
| Performance at STC | MST 02 | MST 02 |
| Maximum power determination | MST 03 | MST 03 |
| Durability of markings | MST 05 | MST 05 |
| Sharp edge test | MST 06 | MST 06 |
| Bypass diode functionality test | MST 07 | MST 07 |
| Accessibility test | MST 11 | MST 11 |
| Continuity test of equipotential bonding | MST 13 | MST 13 |
| Impulse voltage test | MST 14 | MST 14 |
| Insulation test | MST 16 | MST 16 |
| Wet leakage current test | MST 17 | MST 17 |
| Temperature test | MST 21 | MST 21 |
| Hot-spot endurance test | MST 22 | MST 22 |
| Ignitability test | – | MST 24 |
| Bypass diode thermal test | MST 25 | MST 25 |
| Reverse current overload test | MST 26 | MST 26 |
| Materials creep test | MST 37 | MST 37 |
| Humidity freeze test | MST 52 | MST 52 |
| Damp heat test | MST 53 | MST 53 |
| UV test | MST 54 | MST 54 |
| Cold conditioning | MST 55 | MST 55 |
| Dry heat conditioning | MST 56 | MST 56 |

| | | | | | |
|---|---|---|---|---|---|
| Evaluation Period | November 10, 2021 through June 20, 2022 | | | Project No. | 210901251SHA |
| Sample Rec. Date | 9/1/2021 | Condition | Prototype | Sample ID. | LAN211006080 1 - 001 thru 012 |
| Test Location | Intertek - 25791 Commercentre Drive, Lake Forest, California. 8431 Murphy Drive Middleton, Wisconsin 53562 (Fire test only) | | | | |
| Test Procedure | Testing Lab | | | | |

Determination of the result includes consideration of measurement uncertainty from the test equipment and methods. The product was tested as indicated below with results in conformance to the relevant test criteria.

The following tests were performed on Model L72-405-08-PM, L72-405-08-RC, S60-360-13-IM to evaluate the product.
L72-435-08-RC to verify higher end model.

| Test Description | UL 61730-2:2017 Ed.1 | CSA C22.2#61730-2:2019 Ed.2] |
|---|---|---|
| Visual inspection | MST 01 | MST 01 |
| Performance at STC | MST 02 | MST 02 |
| Maximum power determination | MST 03 | MST 03 |

EXHIBIT 2

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 32 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

| 8.0 Test Summary | | |
|---|---|---|
| Insulation thickness test | – | MST 04 |
| Durability of markings | MST 05 | MST 05 |
| Sharp edge test | MST 06 | MST 06 |
| Bypass diode functionality test | MST 07 | MST 07 |
| Accessibility test | MST 11 | MST 11 |
| Continuity test of equipotential bonding | MST 13 | MST 13 |
| Insulation test | MST 16 | MST 16 |
| Wet leakage current test | MST 17 | MST 17 |
| Temperature test | MST 21 | MST 21 |
| Fire test | MST 23 | MST 23 |
| Module breakage test | MST 32 | MST 32 |
| Static mechanical load test | MST 34 | MST 34 |
| Materials creep test | MST 37 | MST 37 |
| Robustness of terminations test | MST 42 | MST 42 |
| Thermal cycling test (50 & 200 cycles) | MST 51 | MST 51 |
| Humidity freeze test | MST 52 | MST 52 |
| Damp heat test | MST 53 | MST 53 |
| UV test | MST 54 | MST 54 |

| 8.1 Signatures | | | |
|---|---|---|---|
| A representative sample of the product covered by this report has been evaluated and found to comply with the applicable requirements of the standards indicated in Section 1.0. | | | |
| Completed by: | Eddie Shang | Reviewed by: | Ken Gu |
| Title: | Engineer | Title: | Reviewer |
| Signature: | *Signature on file* | Signature: | *Signature on file* |

**EXHIBIT 2**

**9.0 Correlation Page For Multiple Listings**

The following products, which are identical to those identified in this report except for model number and Listee name, are authorized to bear the ETL label under provisions of the Intertek Multiple Listing Program.

| BASIC LISTEE | Lumos Solar, Inc. |
|---|---|
| Address | 555 Aspen Ridge Dr Unit B Lafayette, CO 80026 |
| Country | USA |
| Product | Flat Plate Photovoltaic Modules |

| MULTIPLE LISTEE 1 | None |
|---|---|
| Address | |
| Country | |
| Brand Name | |

| ASSOCIATED MANUFACTURER | |
|---|---|
| Address | |
| Country | |

| MULTIPLE LISTEE 1 MODELS | BASIC LISTEE MODELS |
|---|---|
| | |

| MULTIPLE LISTEE 2 | None |
|---|---|
| Address | |
| Country | |
| Brand Name | |

| ASSOCIATED MANUFACTURER | |
|---|---|
| Address | |
| Country | |
| Country | |

| MULTIPLE LISTEE 2 MODELS | BASIC LISTEE MODELS |
|---|---|
| | |

| MULTIPLE LISTEE 3 | None |
|---|---|
| Address | |
| Country | |
| Brand Name | |

| ASSOCIATED MANUFACTURER | |
|---|---|
| Address | |
| Country | |

| MULTIPLE LISTEE 3 MODELS | BASIC LISTEE MODELS |
|---|---|
| | |

**EXHIBIT 2**

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 34 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**10.0 General Information**

The Applicant and Manufacturer have agreed to produce, test and label ETL Listed products in accordance with the requirements of this Report. The Manufacturer has also agreed to notify Intertek and to request authorization prior to using alternate parts, components or materials.

COMPONENTS
Components used shall be those itemized in this Intertek report covering the product, including any amendments and/or

LISTING MARK
The ETL Listing mark applied to the products shall either be separable in form, such as labels purchased from Intertek, or on a product nameplate or other media only as specifically authorized by Intertek. Use of the mark is subject to the control of Intertek.

The mark must include the following four items:

1) applicable country identifiers "US" and/or "C" or "US", "C" and "EU"
2) the word "Listed" or "Classified" or "Recognized Component" (whichever is appropriate)
3) a control number issued by Intertek
4) a product descriptor that identifies the standards used for certification. Example:

**For US standards**, the words, "Conforms to" shall appear with the standard number along with the word, "Standard" or "Std." Example: "Conforms to ANSI/UL Std. XX."

**For Canadian standards**, the words "Certified to CAN/CSA Standard CXX No. XX." shall be used, or abbreviated, "Cert. to CAN/CSA Std. CXX No. XX."

Can be used together when both standards are used.

**If all standards on the ATM have the same standard title**, the shared title or its abbreviation may be used in place of the examples above. Example: "Medical Electrical Equipment" or "MEE"; "Information Technology Equipment" or "ITE"; "Audio/Video Information And Communication Technology Equipment" or "A/V ICTE".

**Note: A facsimile must be submitted to Intertek, Attn: Follow-up Services for approval prior to use.**
The facsimile need not have a control number. A control number will be issued **after signed Certification Agreements** have been received by the Follow-up Services office, approval of the facsimile of your proposed Listing Mark, satisfactory completion of the Listing Report, and scheduling of a factory assessment in your facility.

MANUFACTURING AND PRODUCTION TESTS
Manufacturing and Production Tests shall be performed as required in this Report.

FOLLOW-UP SERVICE
Periodic unannounced audits of the manufacturing facility (and any locations authorized to apply the mark) shall be scheduled by Intertek. An audit report shall be issued after each visit. Special attention will be given to the following:

1. Conformance of the manufactured product to the descriptions in this Report.
2. Conformance of the use of the ETL mark with the requirements of this Report and the Certification Agreement.
3. Manufacturing changes.
4. Performance of specified Manufacturing and Production Tests.

In the event that the Intertek representative identifies non-conformance(s) to any provision of this Report, the Applicant shall take one or more of the following actions:

1. Correct the non-conformance.
2. Remove the ETL Mark from non-conforming product.
3. Contact the issuing product safety evaluation center for instructions.

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 35 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

**10.1 Evaluation of Unlisted Components**

Because Unlisted Components are uncontrolled, and they do not fall under a third party follow up program, Intertek may require these components to be tested and/or evaluated at least once annually, more often for certain components, as part of the independent certification process. The Unlisted Components in Section 5.0 require testing and/or evaluation as indicated.

**The Applicant will be notified, in writing, via the applicable contact methods, as defined in Section 1.0, when these components must be selected and sent to Component Evaluation Center (CEC) for re-evaluation.**

**Due to particular testing requirements, some components may be requested to be shipped to specific labs. Thus, specific shipment destination(s) for each sample will be provided in the written notification.**

Managing CEC Location:
Intertek Testing Services Shanghai Limited
ETL Component Evaluation Center
Building No. 86, 1198 Qinzhou Road (North)
Shanghai 200233, China
Attn: Ms. Emiliana Zhou
Sample Disposition: Due to the destructive nature of the testing, all samples will be discarded at the conclusion of testing unless, the manufacturer specifically requests the return of the samples. The request for return must accompany the initial component shipment.

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 36 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

| 11.0 Manufacturing and Production Tests |
|---|

The manufacturer agrees to conduct the following Manufacturing and Production Tests as specified:

**Required Tests**
Wet insulation-resistance test
Module Output Power Test
Bypass Diode Functionality Test
Continuity test of equipotential bonding Test
Visual Inspection

| 11.1 Wet insulation-resistance test |
|---|

Method

For modules without a metal frame surrounding the edges of the module, this test shall be performed with a sampling rate of 100%. Modules shall be immersed in water in a water tank.

The basic method is MST 17 in UL 61730-2, however, consindering the manufacturing process in production line, it is modified as below:
Each module (100%) shall withstand for 5 second without electrical breakdown as a routine production line test, the application of a dc test potential of 1.2 × VSYS where VSYS is the maximum rated system voltage. The voltage shall be applied between the active circuit of the module and water.  The temperature range of the water is 20 ° C to 30 ° C. The leakage current shall be corrected to 25 ° C using a demonstrated correction factor for the PV module, to be determined for each PV module type. Terminal boxes and pigtail-leads or other connectors don't need to be wetted.

Test Equipment

The test equipment is to include a means of indicating the test voltage that is being applied to the product under test and a means of effectively indicating unacceptable performance. Insulation resistance times the area of the module shall not be less than 40 MΩ•m$^2$.

| Products Requiring Wet insulation-resistance test: | | |
|---|---|---|
| | **Test Voltage** | **Test Time** |
| All modules manufactured in manufacturer 1 Victor New Energy Company Limited in this Report with 1500V system voltage | 1800V | 5 s |

| 11.2 Module Output Power Test |
|---|

Method
Check the results from I-V curve measurements to verify that the output power, current and voltage rating falls within the specification. All production values of Isc and Voc shall be covered by the tolerances of the product qualified under UL 61730. Possible stabilization effects shall be considered if changes of Isc and Voc are expected during operation in sunlight. This test will also verify that bypass diodes are not shorted.

| Products Requiring Module Output Power Test: |
|---|

All modules manufactured in manufacturer 1 Victor New Energy Company Limited in this Report.

| 11.3 Bypass Diode Functionality Test |
|---|

Method
Verification that bypass diodes are working properly shall be performed on all modules.
Three alternative test methods can be applied:
a) Perform successive additional I-V measurements in conjunction with maximum power determination with one cell of each string in the interconnection circuit completely shaded. The bypass diode belonging to this string is working properly, if the characteristic bend in the I-V curve is observed.
b) A conductivity test can be performed with the PV module terminals connected in reverse polarity to a current source. The current flow and voltage drop across the PV module terminals can be used as indicator that the diodes are working properly.
c) The I-V characteristics of all diodes can be verified just before their assembly. If the bypass diodes are in the

EXHIBIT 2

junction box this could be done through measurement at the corresponding terminals of the junction box. A precondition for the latter method is an appropriate plan to mitigate possible influence of electrostatic discharges on the diodes in production.

**Products Requiring Bypass Diode Functionality Test:**

All modules manufactured in manufacturer 1 Victor New Energy Company Limited in this Report.

**11.4  Continuity test of equipotential bonding Test**

Method

All PV modules provided with a connection for equipotential bonding are subjected to a continuity test for equipotential bonding (MST 13). At a sampling rate of 1 PV module per framing station per working shift demonstrate the electrical continuity between the grounding connection and all accessible conductive partsi. Any appropriate indication is able to be employed (current supply in conjunction with current and voltage measurement).

PV modules that have no frames or equipotential bonding locations identified shall be exempt from this requirement.

**Products Requiring Continuity test of equipotential bonding Test:**

All modules except IM series manufactured in manufacturer 2 AccuTek Tool & Die, Inc and manufacturer 3 Lumos Solar, Inc in this Report.

**11.5 Visual inspection**

Method

Verify the clearance distances (distances of live parts to PV module edges) are within the product specification. It is recommended to do this inspection before the framing process if applicable.

**Products Requiring Visual inspection:**

All modules manufactured in manufacturer 1 Victor New Energy Company Limited, manufacturer 2 AccuTek Tool & Die, Inc and manufacturer 3 Lumos Solar, Inc in this Report.

EXHIBIT 2

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 38 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

| 12.0 Revision Summary | | | | |
|---|---|---|---|---|
| The following changes are in compliance with the declaration of Section 8.1: | | | | |
| Date/ Proj # Site ID | Project Handler/ Reviewer | Section | Item | Description of Change |
| 29-Aug-2022 | Sherwin Zhu / Ken Gu | 11 | 11.0 | Revised "Insulation Test" to "Wet insulation-resistance test". |
| 220802755SHA | | | 11.1 | Revised "Insulation Test" to "Wet insulation-resistance test" including the contents in the method, test equioment and Products Requiring tests. |
| | | | 11.2 | Revised "manufacturer 2 AccuTek Tool & Die, Inc" to "manufacturer 1 Victor New Energy Company Limited" in Products Requiring Module Output Power Test. |
| | | | 11.3 | Revised "manufacturer 2 AccuTek Tool & Die, Inc" to "manufacturer 1 Victor New Energy Company Limited" in Bypass Diode Functionality Test. |
| | | | 11.4 | Revised "At a sampling rate of 100% the electrical continuity between the grounding connection and all accessible conductive parts shall be measured." to "At a sampling rate of 1 PV module per framing station per working shift demonstrate the electrical continuity between the grounding connection and all accessible conductive partsi. Any appropriate indication is able to be employed (current supply in conjunction with current and voltage measurement)."  Revised "All modules" to "All modules except IM series" in Products Requiring Continuity test of equipotential bonding Test. |
| | | | 11.5 | Added "manufacturer 1 Victor New Energy Company Limited" in Products Requiring Visual inspection. |
| 29-Sep-2022   G105216567SVN | D.Phan   D.Tesfaye | 1 | - | updated manufacturer address:  from:1390 Allen Rd, Bldg 1, Salem, OH 44460  to:1300 Pennsylvania Ave Salem, OH 44460 USA  This revision has been completed to resolve variances raised during the inspection dated 20-09-2022 under order number 5024154. |

EXHIBIT 2

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 39 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

| 12.0 Revision Summary | | | | |
|---|---|---|---|---|
| The following changes are in compliance with the declaration of Section 8.1: | | | | |
| Date/<br><br>Proj # Site ID | Project Handler/<br>Reviewer | Section | Item | Description of Change |
| 24-Oct-2023<br><br>G105620831LAX | F. Boby<br><br>S. Doshi | 1 | - | **Added** Manufacturer 3 "Lumos Solar, Inc."; Address: "555 Aspen Ridge Dr Unit B Lafayette, CO 80026, USA"; Contact: "Keith Yzquierdo, Scott Franklin"; Phone: "+1-917-587-8462, +1-303-502-7036"; Email:"keith@Lumossolar.com, scott@Lumossolar.com". |
| | | 11 | 11.4 | **Updated** Products Requiring Continuity test of equipotential bonding Test:<br>from:<br><br>"All modules except IM series manufactured in manufacturer 2 AccuTek Tool & Die, Inc in this Report"<br>to:<br><br>"All modules except IM series manufactured in manufacturer 2 AccuTek Tool & Die, Inc and manufacturer 3 Lumos Solar, Inc in this Report". |
| | | 11 | 11.5 | **Updated** Products Requiring Visual inspection:<br>from:<br><br>"All modules manufactured in manufacturer 1 Victor New Energy Company Limited and manufacturer 2 AccuTek Tool & Die, Inc in this Report"<br>to:<br><br>"All modules manufactured in manufacturer 1 Victor New Energy Company Limited, manufacturer 2 AccuTek Tool & Die, Inc and manufacturer 3 Lumos Solar, Inc in this Report". |

**EXHIBIT 2**

ED 16.3.15 (1-Jul-2022) Mandatory

Report No. 210901251HAN-001S
Lumos Solar, Inc.

Page 40 of 40

Issued: 19-Jul-2022
Revised: 4-Feb-2024

| 12.0 Revision Summary | | | | |
|---|---|---|---|---|
| The following changes are in compliance with the declaration of Section 8.1: | | | | |
| Date/<br><br>Proj # Site ID | Project Handler/<br>Reviewer | Section | Item | Description of Change |
| 4-Feb-2024<br><br>Sherwin Zhu<br><br>*Sherwin Zhu*<br><br><br>240200118HAN | Sherwin Zhu<br><br><br><br><br><br>Ken Gu | 2 | Models | Corrected models from<br>"L- followed by 72; followed by 405, 410, 415, 420, 425, 430 or 435; followed by -08; followed by LR, RC, EM, RM, LM, PM or IM.<br>L- followed by 60; followed by 330, 335, 340, 345, 350, 355 or 360; followed by -21; followed by LR, RC, EM, RM, LM, PM or IM.<br>L- followed by 40; followed by 215, 220, 225, 230, 235 or 240; followed by -47; followed by LR, RC, EM, RM, LM, PM or IM.<br>S- followed by 60; followed by 330, 335, 340, 345, 350, 355 or 360; followed by -13; followed by IM.<br>S- followed by 48; followed by 260, 265, 270, 275, 280, 285 or 290; followed by -29; followed by IM.<br>S- followed by 32; followed by 165, 170, 175, 180, 185 or 190; followed by -50; followed by IM."<br>to<br>"L72- followed by 405, 410, 415, 420, 425, 430 or 435; followed by -08-; followed by LC, RC, EM, RM, LM, PM or IM.<br><br>L60- followed by 330, 335, 340, 345, 350, 355 or 360; followed by -21-; followed by LC, RC, EM, RM, LM, PM or IM.<br><br>L40- followed by 215, 220, 225, 230, 235 or 240; followed by -47-; followed by LC, RC, EM, RM, LM, PM or IM.<br><br>S60- followed by 330, 335, 340, 345, 350, 355 or 360; followed by -13-; followed by IM.<br><br>S48- followed by 260, 265, 270, 275, 280, 285 or 290; followed by -29-; followed by IM.<br><br>S32-; followed by 165, 170, 175, 180, 185 or 190; followed by -50-; followed by IM." to align with the models in ratings and model similarity. |

**EXHIBIT 2**



545 E. Algonquin Road
Suite H
Arlington Heights, IL 60005
Telephone: 312-906-7801
Email: etlcert.helpdesk@intertek.com
www.intertek.com

# Initial Factory Assessment and
# Product Inspection Check List

Order No. _5023982_    Client Name: _Victor New Energy Company Limited_

Date Completed: _23-Aug-2022_

<span style="color:blue">DATE FILED
September 30, 2025 3:59 PM
FILING ID: DDF49397F245B
CASE NUMBER: 2025CV30278</span>

**E-mail completed form to Inspections Group at etl-rfc.usa@intertek.com.**

Intertek Field Representative will please review the following items with the client prior to an Initial Factory Assessment. This should be done by phone when first contacting the client. Check off each item that applies, fill in the name of the client contact as well as the contact date, sign the check sheet, and return it with the IFA form.

1. __Y__ Determine if the listed product is in production. If the product is not being produced, determine when it will be so your inspection can be scheduled accordingly. It is possible to perform an IFA if the client has all the required component parts available for inspection, or a sample from stock, but seeing units in production during the first inspection is preferred.

2. __Y__ Confirm that the final production of the product is completed, and the ETL label is applied, at this facility (new Listing Reports do not always contain the correct manufacturing address.)

3. __Y__ Does the client have the required production line test equipment as noted in the Listing Report? Confirm that the equipment is in current calibration and they can demonstrate their ability to perform the needed test.

4. __Y__ Have they received the ETL Listing Mark that will be applied to the product? When will the client need to ship ETL listed product containing the Listing Mark? (Product may not be released from the factory with the Listing Mark applied until after successfully completing the IFA.) Discuss with client: ETL label may only be applied at site where follow-up service inspections are performed.

5. __Y__ Does the client have a copy of the Listing Report and have they reviewed it for accuracy? If the manufacturer does not have a copy of the Listing Report, they should obtain one from the Applicant. **Intertek Field Representative MUST NOT give out copies of listing reports.**

Confirming points 1-5 will help determine if the client is ready for their IFA.

**Items for Field Representative to respond to:**

1. __Y__ Did you explain to the client that Intertek's follow up service inspections are used to provide us with assurance that the client is using the authorized Intertek ETL certification mark properly? In order to maintain its ownership of the certification mark, Intertek is required to take these steps to police how its marks are used. Our inspection consists of periodic checks on the production process to assess whether the labels are applied as required by Intertek and access to the marks is controlled. In the event that Intertek discovers that the product as manufactured is not in conformity with Intertek's requirements, the client will be provided with notice.

**EXHIBIT 3**



These inspections are not intended to replace the client's quality control system. Intertek does not manage or supervise the client's manufacturing process. Intertek is only at the manufacturing site periodically and will only examine limited samples from the client's production line for the purpose of checking proper mark usage. The client needs to have its own functioning quality control program. Intertek wishes to make clear that this responsibility for manufacturing and distributing a uniform and safe product remains with the client.

2. __Y__ Did you explain to the client how future unannounced inspections will be conducted? Did the client have a list of personnel that may be contacted when you arrive for future unannounced inspections to allow you immediate access to the manufacturing facility?

3. __NA__ Are unlisted components required annually for retesting? If yes discuss with the client.

4. __NA__ Did you receive the Authorization to Mark (ATM) form with the IFA package?

5. __NA__ Did you clearly initial and date the Authorization to Mark (ATM) form; make a copy to return to Follow-up Service office with the IFA form; and leave the ATM(s) with the client at the conclusion of the IFA and fax to applicant as noted below?
*If the Applicant is different than the manufacturer please fax a copy of the ATM to the applicant. Record the name and fax number to which the ATM was sent.

Applicant Contact Name: _____

Fax                                                                                        Number:

If ATM was not left with client, please state the reason the ATM form was not left and do not fax it to the applicant.: _____
_____

Client Contact Name  Chen Xiao Young _____  Date: 23-Aug-2022 _____

Signature of Intertek Field Representative: _____

IFA Check List  WTS/CMC  Revised: 20 December 2017

**EXHIBIT 3**



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

# INITIAL FACTORY ASSESSMENT REPORT (IFA)

Each item below must be completed.  State the reason if information is not available.  If the question is Not Applicable, write N/A.  Use additional pages for clarity if needed.

| **B&C:** PIR inspection form must also be filled out | **Electrical:** F1/F2 inspection forms must also be filled out |
|---|---|

Date: 23-Aug-2022  |  Time In: 7:30 am  |  Time Out: 4:30 pm

| Qrt 1 ☐ | Qrt 2 ☐ | Qrt 3 ✔ | Qrt 4 ☐ |
|---|---|---|---|

## CLIENT INFORMATION:

| Order Number: 5023982 | Intertek Field Representative: An Nguyen |
|---|---|

Manufacturer: Victor New Energy Company Limited

Factory Address: KM34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, 18000

Applicant (if different from Manufacturer): Lumos Solar, Inc.

Product: Flat Plate Photovoltaic Modules

Intertek Listing Report Number(s): 210901251HAN-001S

| Factory Representative: Chen Xiao Young | Email Address: chengyoung@126.com |
|---|---|
| Phone Number: 0936970788 | Fax Number: |

## MANUFACTURING LOCATION PERSONNEL PRESENT DURING THE IFA (INCLUDE NAME AND TITLE):

| Chen Xiao Young | Factory Director |
|---|---|
| Zhang Zi Long | QA Manager |

## ANTICIPATED PRODUCTION OF LISTED PRODUCTS:

| Units per Year: | Units per Week: |
|---|---|
| Units per Month: 15000 pcs | Other Schedule: |

## 1.  QUALITY CONTROL/QUALITY ASSURANCE

| a.  Does the client use a Quality Control Manual/Factory Audit Manual? | Yes ✔ | No ☐ |
|---|---|---|
| If Yes, what is the QCM/FAM name, date, and revision? | Quality Control Manual VT-QC-S-015, Rev A/O, issued date: 03-Jun-2021 | |

Form IFA- Revised 01/01/2021 -SFT-ETL-OP-19m

**EXHIBIT 3**



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

If No, what method is used? (Checklist, Listing report, Order forms, etc.)

---

b.  Manufacturing Facility Quality Representative (Name/Title): Zhang Zi Long/ QA Manager

---

c.  Are all component parts, materials, and sub-assemblies fabricated at this facility? Are they purchased from outside source or supplied by another location?
Describe:

All materials and component parts were purchased from outside source.

---

## 2.  INSPECTION OF INCOMING MATERIALS AND COMPONENTS

a.  Does the client have a formal sampling or inspection plan for incoming materials (examples: MIL-1916, QC Manual, etc)?
Describe:

Follow Incoming material procedure BM.DV-01, version 01, issued date: 11-Apr-2022

Yes ☑    No ☐

---

b.  What is the acceptable Quality Level (%)?:  C = 0, Major = 1.0, Minor = 4.0

---

c.  How are accepted shipments/components handled?  Describe the sequence of events:

Return to supplier.

---

d.  How are rejected shipments/components handled? Describe the sequence of events:

NG Incoming material -> IQC Check -> NG label with "FAIL Stamp" is attached to material -> Separate to reject area -> Warehouse -> Return to supplier.

---

e.  Are accepted (or unaccepted) incoming shipments/components marked?    Yes ☑    No ☐

If so, how are they marked or segregated?

NC label with "FAIL Stamp", separate to reject area/Good material label with "PASS Stamp"

---

f.  What is the method of inventory control for components/parts?  Please explain.  [For example FIFO (First In, First Out, JIT (Just In Time), etc.]

First in First out based on system to find the oldest material to use first.

---

g.  Does the manufacturer use Certificates of Compliance from approved suppliers?
(If yes, obtain a copy for reference)    Yes ☑    No ☐

Form IFA- Revised 01/01/2021 -SFT-ETL-OP-19m

**EXHIBIT 3**



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

| h. | Does the Purchase Order reference an Engineering Document or Certificate of Compliance for control? (If so, obtain a copy for reference) | Yes ✔ | No ☐ |
|---|---|---|---|

### 3. PRODUCTION LINE QUALITY CONTROL

| a. | Are Work Instruction/Descriptions used for each process? | Yes ✔ | No ☐ |
|---|---|---|---|
| b. | Are adequate records of Production Line Test results maintained? (If so, obtain a copy for reference) | Yes ✔ | No ☐ |
| c. | Are Production Line Test failures recorded? | Yes ✔ | No ☐ |

| d. | Were Production Line Tests observed as required by the Intertek Listing report (where applicable)? | Yes ✔ | No ☐ | N/A ☐ |
|---|---|---|---|---|

If Yes, describe which test(s) was observed:

Module Output Power Test.

| e. | Are any Production Line Test(s), that are required by the Intertek Listing report, not being performed at this manufacturing location? | Yes ☐ | No ✔ |
|---|---|---|---|

If Yes, explain and write this as a variance:

f. List Production Test Line equipment with calibration schedule: Electrical Safety Analyzer (Model: 9860D)

| Equipment: | Calibration due date: |
|---|---|
| Electrical Safety Analyzer (Model: 9860D) | 21-12-2022 |
| | |
| | |
| | |
| | |

| g. | Are personnel conducting test trained to do so and training records maintained? | Yes ✔ | No ☐ |
|---|---|---|---|
| h. | Are there written test procedures near the test area for test personnel to reference? | Yes ✔ | No ☐ |

| i. | How are units that have failed Production Line Tests segregated or identified? |
|---|---|

NG label with "FAIL Stamp", Put into reject area and record NG on production label of each product.

| j. | What is the method of disposition of rejected items? |
|---|---|

NG product, Separate to reject area and disposition.

Form IFA- Revised 01/01/2021 -SFT-ETL-OP-19m

**EXHIBIT 3**



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

| k. | Are rejected item records available for inspector review? | Yes ✔ | No ☐ |
|---|---|---|---|
| l. | Are rejected item records considered adequate? | Yes ✔ | No ☐ |

Comment, if any:

m.  What is the Corrective Action Cycle for resolving unit test failures?

NG product -> Separate to reject area -> QC check again -> if ok, return to production line.
If NG -> Rework -> Check again -> Return to production line, scrap if not possible to rework.

### 4.  PRODUCTION PROCESS

| a. | Are units assembled on an assembly line or on an individual basis? | Assembly Line ✔ | Individual Basis ☐ |
|---|---|---|---|

b.  Briefly, list steps in assembling the listed product from components to assembly to labelling:

Receiving material incoming, Incoming inspection, Enclosure Assembly, Main PCB Assembly, Minor Components Assembly, Visual checking, Label, Packing, QC inspection, Storage.

Component Parts:  If a listed unit is in production, compare to the Listing Report and check components against those noted as being acceptable.  Note any variances.  If a unit is not in production, check the company's master parts list against the acceptable components within the Listing Report and/or check component parts in inventory.  Note discrepancies as a variance on the Variance Form.  Include discrepancies on F1/F2 or PIR as applicable.

| c. | Does the client have a method of tracking all complaints from customers? | Yes ✔ | No ☐ |
|---|---|---|---|

   If No, a variance must be written.  Describe existing method:

Tracking date code and serial number. Factory could found all related documents based on information by using system.

### 5.  INTERTEK ETL/WH LABELING

a.  Are Separable or Direct Imprint labels used (obtain a sample in either case)?  Check the applicable box:

| ☐  Separable (supplied by Intertek - self-adhered/peel and stick/mechanically fastened/glued on) | ✔  Direct Imprint (by Client - printed on packaging or product/stamped/embossed) |
|---|---|

b.  What controls are in place to regulate the proper use of labels or markings?

The label was printed and attached on the product,  and control by logbook when deliver to worker

| c. | Has the manufacturer obtained ETL/WH label design approval? | Yes ☐ | No ✔ |
|---|---|---|---|

Form IFA- Revised 01/01/2021 -SFT-ETL-OP-19m

**EXHIBIT 3**





545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

If Yes, obtain a copy of the approval for reference.

If No, the ATM will not be released until the Label design is approved by Intertek

Comment:

The ETL Label will not be applied at this factory, confirmed by RIO.

| 6. INTERTEK FIELD REPRESENTATIVE SUMMARY |
| --- |

IFA Comments:

Generally, the quality system of the factory is well prepared to manufacture ETL listed product.

| | Yes | No |
| --- | --- | --- |
| a. Do you, as the Intertek Field Representative, recommend that this location be approved for Authority To Mark (ATM) release? NOTE: If variances were found they must be resolved prior to the ATM release | ☑ | ☐ |

If No, explain:

| | Yes | No |
| --- | --- | --- |
| b. Was the Authorization To Mark (ATM) left with the client? If yes, provide a copy of the dated and signed ATM with this inspection form. | ☐ | ☑ |
| c. Was an inspection report (F1/F2 or PIR) completed and left with the client | ☑ | ☐ |

| | | | |
| --- | --- | --- | --- |
| Inspected by: | An Nguyen | Date: | 23-Aug-2022 |
| Client's Name (printed) | | | |
| Client's Signature: | | Date: | 23-Aug-2022 |

All non-compliance items should be discussed with the client. Include any suggested corrective measures in your report.

---

**For Office Use Only**

Reviewed by: _____     Date: _____

This Report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or report. Any use of the Intertek name or one of its marks for the sale or advertisement of the inspected material, product or service must first be approved in writing by Intertek. The observations and inspection results referenced in this Report are relevant only to the samples inspected. This Report by itself does not imply that the material, product, or service is or has ever been under and Intertek certification program.

**EXHIBIT 3**



# FOLLOW-UP SERVICE

## INSPECTION REPORT

DATE FILED
September 10, 2025 3:59 PM
FILING ID: DDF49597F245B
CASE NUMBER: 2025CV30778

**Manufacturer:** Victor New Energy Company Limited

**Order Numer:** 5023982

**Date:** 23-Aug-2022



This report is for the exclusive use of Intertek's Client and is provided pursuant to the Certification Agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or an advertisement of the inspected/tested material, product or service must first be approved in writing by Intertek. This report by itself does not demonstrate that the material, product, or service is, or has ever been, eligible to bear an Intertek certification mark. Initial Factory Assessments and Follow up Services are for the purpose of assuring appropriate usage of the Certification mark in accordance with the agreement, they are not for the purposes of production quality control and do not relieve the Client of their obligations in this respect

**EXHIBIT 4**



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

## ETL FOLLOW-UP SERVICE
## INSPECTION REPORT

Manufacturer __Victor New Energy Company Limited__

Factory Address __Lot B2, Road 4, Tan Do IndustrialPark, Duc Hoa Commune, DUCHOA DISTRICT, Long An__

Date _____ (Day / Month / Year)

Intertek Representative __An Nguyen__

Page ___1___ of ___2___

Time of Arrival: __7:30 am__    Departure: __4:30 pm__

☐1Qtr ☐2Qtr ☑3Qtr ☐4Qtr ☑IPI/IFA☐Other

Order Number __5023982__

**Directions to Intertek Representative**:  Verify that products comply with all items specified in the Listing Report/CDR and production line tests and procedures specified are being conducted.  All variations should be noted on F1, F2, and F3B and conveyed by email to the Regional Follow-up Service Center.  Please write "Variance" on subject line of email.

| THE FOLLOWING ITEMS WERE REVIEWED WITH THE MANUFACTURER: | | | | | |
|---|---|---|---|---|---|
| a. Is the use of listing label controlled? | Yes ☑ | No ☐ | f. Were changes, additions, options, accessories, etc. made to listed products? | Yes ☐ | No ☑ |
| b. Labeling Method:<br>☐ Separable Labels (supplied by Intertek)<br>☑ Direct Imprint (by Client)<br>☐ Both | | | g. Have changes occurred to the manufacturing process or quality system that affects listed products | Yes ☐ | No ☑ |
| c. Are product markings per Listing Report? | Yes ☑ | No ☐ | h. Were variations noted on the last inspection report? | Yes ☐ | No ☑ |
| d. Is production line testing required? | Yes ☑ | No ☐ | If yes, has the client responded? | Yes ☐ | No ☐ |
| **If yes**:<br>Is testing being performed as required? | Yes ☑ | No ☐ | Have all variations been resolved?<br>**If yes**, include details on F2. | Yes ☐ | No ☐ |
| Is equipment calibrated? | Yes ☑ | No ☐ | i. Has the procedure or records for customer complaints/field failures been reviewed? | Yes ☑ | No ☐ |
| Proper functionality of test equipment was verified/witnessed? | Yes ☑ | No ☐ | j. Were there any reports of product failures resulting in personal injury or property damage?<br>**If yes**, include details on F2. | Yes ☐ | No ☑ |
| e. Qty of ETL labeled product shipped since last inspection:<br>None | | | k. Have any products, approved for Intertek certification, been involved with a product recall or similar corrective action?<br>**If yes**, include details on F2. | Yes ☐ | No ☑ |

| VARIANCES | | | |
|---|---|---|---|
| Number of variances found during this inspection: None (explain on the F2) | Do any variances warrant a product hold? | Yes ☐ | No ☑ |
| Variations accepted per phone/email communication with: | | | |
| Variations NOT accepted per phone/email communication with: | | | |

| Labels removed by manufacturer? | Yes ☐ | No ☐ |
|---|---|---|

**I acknowledge receipt of a copy of this inspection report issued by Intertek Testing Services NA Inc.**

23-Aug-2022

_____        _____        _____
Factory Representative's Signature                   Date                   Intertek Representative's Signature

_____
Factory Representative's (printed name)

**EXHIBIT 4**

**intertek**
Total Quality. Assured.

545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

## ETL Follow-up Service
## Inspection Report

Manufacturer  Victor New Energy Company Limited

Page  4:30 pm  of  2

Listing Report No. _____  Issue/~~Rev.~~ Date _____  Date _____

DAY / MONTH / YEAR

Product  Lot B2, Road 4, Tan Do IndustrialPark, Duc Hoa Ha Commune, DUCHOA DISTRICT, Long An  ☐1Qtr ☐2Qtr ☑3Qtr ☑4Qtr ☑IPI/IFA ☑Other

Intertek Representative _____2_____  Order No. 7:30 am

| VN | PAGE | ITEM | COMPLIES | | | COMMENTS |
|---|---|---|---|---|---|---|
| | | | YES | NO | N/A | |
| | 1 | All | ☑ | ☑ | ☐ | Factory Information Was Checked |
| | 2-5 | All | ☑ | ☐ | ☐ | Product Description: |
| | | | ☐ | ☐ | ☐ | Product: Flat Plate Photovoltaic Modules |
| 5023982 | | | ☐ | ☐ | ☐ | Brand Name: LUMOS |
| | | | ☐ | ☐ | ☐ | Models: L72-405-08-PM |
| | | | ☐ | ☐ | ☐ | Ratings: 48.70 VOC, 10.08 A, 405 W, 1500 V |
| | 6-10 | All | ☑ | ☐ | ☐ | Product Photographs |
| | 11-12 | All | ☑ | ☐ | ☐ | Critical Components Were Check |
| | 13 | All | ☐ | ☐ | ☑ | No Critical Unlisted CEC Components |
| | 14-16 | All | ☑ | ☐ | ☐ | Critical Features |
| | 17-30 | All | ☑ | ☐ | ☐ | Illustrations |
| | 31-32 | All | ☑ | ☐ | ☐ | Test Summary |
| | 33 | All | ☐ | ☐ | ☑ | No Correlation Page For Multiple Listings |
| | 34-35 | All | ☑ | ☐ | ☐ | General Information |
| None | 36-37 | All | ☑ | ☐ | ☐ | Manufacturing and Production Tests: |
| None | | | ☐ | ☐ | ☐ | Module Output Power Test |
| | 38 | All | ☑ | ☐ | ☐ | Revision Summary |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | Remark: |
| 23-Aug-2022 | | | ☐ | ☐ | ☐ | 1. It is a sample was checked from the warehouse. |
| | | | ☐ | ☐ | ☐ | 2. Checked the BOM, specification sheet, design drawings, conforms to the critical |
| | | | ☐ | ☐ | ☐ | component list, no variation found. |
| | | | ☐ | ☐ | ☐ | 3. Factory under preparing for production of ETL product. But not actually |
| | | | ☐ | ☐ | ☐ | production for certified products at factory at the time of visit. All Manufacturing and |
| | | | ☐ | ☐ | ☐ | Production Test was witness on other product with using ETL certified product parameter. |
| | | | ☐ | ☐ | ☐ | 4. The ETL Label will not be applied at this factory, confirmed by RIO. |
| | | | ☐ | ☐ | ☐ | |

**EXHIBIT 4**



**intertek**

Total Quality. Assured.

DATE FILED
September 30, 2025 3:59 PM
FILING ID: DDF49397F245B
CASE NUMBER: 2025CV30778

# FOLLOW-UP SERVICE

## INSPECTION REPORT

**Manufacturer:** Victor New Energy Company Limited

**Order Numer:** 5023982

**Date:** 30-Aug-2022



This report is for the exclusive use of Intertek's Client and is provided pursuant to the Certification Agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or an advertisement of the inspected/tested material, product or service must first be approved in writing by Intertek. This report by itself does not demonstrate that the material, product, or service is, or has ever been, eligible to bear an Intertek certification mark. Initial Factory Assessments and Follow up Services are for the purpose of assuring appropriate usage of the Certification mark in accordance with the agreement, they are not for the purposes of production quality control and do not relieve the Client of their obligations in this respect

**EXHIBIT 5**

# intertek
Total Quality. Assured.

545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

**ETL FOLLOW-UP SERVICE**
**INSPECTION REPORT**

Manufacturer ___Victor New Energy Company Limited___

Factory Address ___Lot B2, Road 4, Tan Do IndustrialPark, Duc Hoa Ha Commune, DUCHOA DISTRICT, Long An___

Date ___30-Aug-2022___ (Day / Month / Year)

Intertek Representative ___An Nguyen___

Page ___1___ of ___2___

Time of Arrival: ___7:30 am___ Departure: ___4:30 pm___

☐1Qtr ☐2Qtr ☑3Qtr ☐4Qtr ☑IPI/IFA☐Other

Order Number ___5023982___

**Directions to Intertek Representative:** Verify that products comply with all items specified in the Listing Report/CDR and production line tests and procedures specified are being conducted. All variations should be noted on F1, F2, and F3B and conveyed by email to the Regional Follow-up Service Center. Please write "Variance" on subject line of email.

| THE FOLLOWING ITEMS WERE REVIEWED WITH THE MANUFACTURER | | | | | | |
|---|---|---|---|---|---|---|
| a. Is the use of listing label controlled? | Yes ☑ | No ☐ | f. Were changes, additions, options, accessories, etc. made to listed products? | Yes ☐ | No ☑ |
| b. Labeling Method: ☐ Separable Labels (supplied by Intertek) ☑ Direct Imprint (by Client) ☐ Both | | | g. Have changes occurred to the manufacturing process or quality system that affects listed products | Yes ☐ | No ☑ |
| c. Are product markings per Listing Report? | Yes ☑ | No ☐ | h. Were variations noted on the last inspection report? | Yes ☐ | No ☑ |
| d. Is production line testing required? | Yes ☑ | No ☐ | If yes, has the client responded? | Yes ☐ | No ☐ |
| If yes: Is testing being performed as required? | Yes ☑ | No ☐ | Have all variations been resolved? If yes, include details on F2. | Yes ☐ | No ☐ |
| Is equipment calibrated? | Yes ☑ | No ☐ | i. Has the procedure or records for customer complaints/field failures been reviewed? | Yes ☑ | No ☐ |
| Proper functionality of test equipment was verified/witnessed? | Yes ☑ | No ☐ | j. Were there any reports of product failures resulting in personal injury or property damage? If yes, include details on F2. | Yes ☐ | No ☑ |
| e. Qty of ETL labeled product shipped since last inspection: None | | | k. Have any products, approved for Intertek certification, been involved with a product recall or similar corrective action? If yes, include details on F2. | Yes ☐ | No ☑ |

| VARIANCES | | | |
|---|---|---|---|
| Number of variances found during this inspection: None (explain on the F2) | Do any variances warrant a product hold? | Yes ☐ | No ☑ |
| Variations accepted per phone/email communication with: | | | |
| Variations NOT accepted per phone/email communication with: | | | |
| Labels removed by manufacturer? | Yes ☐ | No ☐ | |

I acknowledge receipt of a copy of this inspection report issued by Intertek Testing Services NA Inc.

_[signature]_ _____
Factory Representative's Signature

30-Aug-2022
Date

_[signature]_ _____
Intertek Representative's Signature

_CHAU YIAO ONG_
Factory Representative's (printed name)

_[stamp: TNHH VICTOR NĂNG LƯỢNG MỚI]_

Form F1- Revised 2020/01/01- SFT-ETL-OP-19h

**EXHIBIT 5**



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

**ETL Follow-up Service**
**Inspection Report**

Manufacturer  Victor New Energy Company Limited                          Page  __2__ of __2__

Listing Report No. __210901251HAN-001S__   ~~Issue~~/Rev. Date __29-Aug-2022__   Date __30-Aug-2022__

DAY / MONTH / YEAR

Product __Flat Plate Photovoltaic Modules__  ☐1Qtr ☐2Qtr ☑3Qtr ☐4Qtr ☑IPI/IFA ☐Other

Intertek Representative __An Nguyen__            Order No. __5023982__

| VN | PAGE | ITEM | COMPLIES | | | COMMENTS |
|----|------|------|:---:|:---:|:---:|----------|
| | | | YES | NO | N/A | |
| | 1 | All | ☑ | ☐ | ☐ | Factory Information Was Checked |
| | 2-5 | All | ☑ | ☐ | ☐ | Product Description: |
| | | | ☐ | ☐ | ☐ | Product: Flat Plate Photovoltaic Modules |
| | | | ☐ | ☐ | ☐ | Brand Name: LUMOS |
| | | | ☐ | ☐ | ☐ | Models: L72-405-08-PM |
| | | | ☐ | ☐ | ☐ | Ratings: 48.70 VOC, 10.08 A, 405 W, 1500 V |
| | 6-10 | All | ☑ | ☐ | ☐ | Product Photographs |
| | 11-12 | All | ☑ | ☐ | ☐ | Critical Components Were Check |
| | 13 | All | ☐ | ☐ | ☑ | No Critical Unlisted CEC Components |
| | 14-16 | All | ☑ | ☐ | ☐ | Critical Features |
| | 17-30 | All | ☑ | ☐ | ☐ | Illustrations |
| | 31-32 | All | ☑ | ☐ | ☐ | Test Summary |
| | 33 | All | ☐ | ☐ | ☑ | No Correlation Page For Multiple Listings |
| | 34-35 | All | ☑ | ☐ | ☐ | General Information |
| | 36-37 | All | ☑ | ☐ | ☐ | Manufacturing and Production Tests: |
| | | | ☐ | ☐ | ☐ | Wet insulation-resistance test: 1800V in 5s |
| | 38 | All | ☑ | ☐ | ☐ | Module Output Power Test, Bypass Diode Functionality Test, Visual Inspection |
| | | | ☐ | ☐ | ☐ | Revision Summary |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | Remark: |
| | | | ☐ | ☐ | ☐ | 1. It is a sample was checked from the warehouse. |
| | | | ☐ | ☐ | ☐ | 2. Checked the BOM, specification sheet, design drawings, conforms to the critical |
| | | | ☐ | ☐ | ☐ | component list, no variation found. |
| | | | ☐ | ☐ | ☐ | 3. Factory under preparing for production of ETL product. But not actually |
| | | | ☐ | ☐ | ☐ | production for certified products at factory at the time of visit. All Manufacturing and |
| | | | ☐ | ☐ | ☐ | Production Test was witness on other product with using ETL certified product parameter. |
| | | | ☐ | ☐ | ☐ | 4. The ETL Label will not be applied at this factory, confirmed by RIO. |

Form F2-Revised 01/01/2020-SFT-ETL-OP-19i

EXHIBIT 5



545 E. Algonquin Road
Suite H
Arlington Heights, IL 60005
Telephone: 312-906-7801
Email: etlcert.helpdesk@intertek.com
www.intertek.com

# Initial Factory Assessment and
# Product Inspection Check List

Order No. __5023982__          Client Name: __Victor New Energy Company Limited__

Date Completed: __30-Aug-2022__

**E-mail completed form to Inspections Group at etl-rfc.usa@intertek.com.**

Intertek Field Representative will please review the following items with the client prior to an Initial Factory Assessment. This should be done by phone when first contacting the client. Check off each item that applies, fill in the name of the client contact as well as the contact date, sign the check sheet, and return it with the IFA form.

1. __Y__ Determine if the listed product is in production. If the product is not being produced, determine when it will be so your inspection can be scheduled accordingly. It is possible to perform an IFA if the client has all the required component parts available for inspection, or a sample from stock, but seeing units in production during the first inspection is preferred.

2. __Y__ Confirm that the final production of the product is completed, and the ETL label is applied, at this facility (new Listing Reports do not always contain the correct manufacturing address.)

3. __Y__ Does the client have the required production line test equipment as noted in the Listing Report? Confirm that the equipment is in current calibration and they can demonstrate their ability to perform the needed test.

4. __Y__ Have they received the ETL Listing Mark that will be applied to the product? When will the client need to ship ETL listed product containing the Listing Mark? (Product may not be released from the factory with the Listing Mark applied until after successfully completing the IFA.) Discuss with client: ETL label may only be applied at site where follow-up service inspections are performed.

5. __Y__ Does the client have a copy of the Listing Report and have they reviewed it for accuracy? If the manufacturer does not have a copy of the Listing Report, they should obtain one from the Applicant. **Intertek Field Representative MUST NOT give out copies of listing reports.**

Confirming points 1-5 will help determine if the client is ready for their IFA.

## Items for Field Representative to respond to:

1. __Y__ Did you explain to the client that Intertek's follow up service inspections are used to provide us with assurance that the client is using the authorized Intertek ETL certification mark properly? In order to maintain its ownership of the certification mark, Intertek is required to take these steps to police how its marks are used. Our inspection consists of periodic checks on the production process to assess whether the labels are applied as required by Intertek and access to the marks is controlled. In the event that Intertek discovers that the product as manufactured is not in conformity with Intertek's requirements, the client will be provided with notice.

**EXHIBIT 5**



**Total Quality. Assured.**

These inspections are not intended to replace the client's quality control system. Intertek does not manage or supervise the client's manufacturing process. Intertek is only at the manufacturing site periodically and will only examine limited samples from the client's production line for the purpose of checking proper mark usage. The client needs to have its own functioning quality control program. Intertek wishes to make clear that this responsibility for manufacturing and distributing a uniform and safe product remains with the client.

2. __Y__ Did you explain to the client how future unannounced inspections will be conducted? Did the client have a list of personnel that may be contacted when you arrive for future unannounced inspections to allow you immediate access to the manufacturing facility?

3. __NA__ Are unlisted components required annually for retesting? If yes discuss with the client.

4. __NA__ Did you receive the Authorization to Mark (ATM) form with the IFA package?

5. __NA__ Did you clearly initial and date the Authorization to Mark (ATM) form; make a copy to return to Follow-up Service office with the IFA form; and leave the ATM(s) with the client at the conclusion of the IFA and fax to applicant as noted below?
*If the Applicant is different than the manufacturer please fax a copy of the ATM to the applicant. Record the name and fax number to which the ATM was sent.
Applicant Contact Name: _____
Fax                                                                                                    Number:
If ATM was not left with client, please state the reason the ATM form was not left and do not fax it to the applicant.: _____
_____

Client Contact Name  Chen Xiao Young _____ Date: 30-Aug-2022

Signature of Intertek Field Representative: _____

IFA Check List  WTS/CMC  Revised: 20 December 2017

**EXHIBIT 5**



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

Total Quality. Assured.

## INITIAL FACTORY ASSESSMENT REPORT (IFA)

Each item below must be completed. State the reason if information is not available. If the question is Not Applicable, write N/A. Use additional pages for clarity if needed.

**B&C:** PIR inspection form must also be filled out

**Electrical:** F1/F2 inspection forms must also be filled out

Date: 30-Aug-2022          Time In: 7:30 am          Time Out: 4:30 pm

Qrt 1 [ ]          Qrt 2 [ ]          Qrt 3 [✓]          Qrt 4 [ ]

### CLIENT INFORMATION:

Order Number: 5023982

Intertek Field Representative: An Nguyen

Manufacturer: Victor New Energy Company Limited

Factory Address: KM34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, 18000

Applicant (if different from Manufacturer): Lumos Solar, Inc.

Product: Flat Plate Photovoltaic Modules

Intertek Listing Report Number(s): 210901251HAN-001S

Factory Representative: Chen Xiao Young

Email Address: chengyoung@126.com

Phone Number: 0936970788

Fax Number:

### MANUFACTURING LOCATION PERSONNEL PRESENT DURING THE IFA (INCLUDE NAME AND TITLE):

Chen Xiao Young

Factory Director

Zhang Zi Long

QA Manager

### ANTICIPATED PRODUCTION OF LISTED PRODUCTS:

Units per Year:

Units per Week:

Units per Month: 15000 pcs

Other Schedule:

### 1.  QUALITY CONTROL/QUALITY ASSURANCE

a.  Does the client use a Quality Control Manual/Factory Audit Manual?          Yes [✓]     No [ ]

If Yes, what is the QCM/FAM name, date, and revision?          Quality Control Manual VT-QC-S-015, Rev A/O, issued date: 03-Jun-2021

Form IFA- Revised 01/01/2021 -SFT-ETL-OP-19m

1

**EXHIBIT 5**


Total Quality. Assured.

545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

If No, what method is used? (Checklist, Listing report, Order forms, etc.)

b. Manufacturing Facility Quality Representative (Name/Title): Zhang Zi Long/ QA Manager

c. Are all component parts, materials, and sub-assemblies fabricated at this facility? Are they purchased from outside source or supplied by another location?
Describe:
All materials and component parts were purchased from outside source.

## 2. INSPECTION OF INCOMING MATERIALS AND COMPONENTS

a. Does the client have a formal sampling or inspection plan for incoming materials (examples: MIL-1916, QC Manual, etc)?
Describe:                                                                                   Yes ☑   No ☐
Follow Incoming material procedure BM.DV-01, version 01, issued date:
11-Apr-2022

b. What is the acceptable Quality Level (%)?:  C = 0, Major = 1.0, Minor = 4.0

c. How are accepted shipments/components handled?  Describe the sequence of events:
Return to supplier.

d. How are rejected shipments/components handled? Describe the sequence of events:
NG Incoming material -> IQC Check -> NG label with "FAIL Stamp" is attached to material -> Separate to reject area -> Warehouse -> Return to supplier.

e. Are accepted (or unaccepted) incoming shipments/components marked?     Yes ☑   No ☐

   If so, how are they marked or segregated?
NC label with "FAIL Stamp", separate to reject area/Good material label with "PASS Stamp"

f. What is the method of inventory control for components/parts?  Please explain. [For example FIFO (First In, First Out, JIT (Just In Time), etc.]
First in First out based on system to find the oldest material to use first.

g. Does the manufacturer use Certificates of Compliance from approved suppliers?     Yes ☑   No ☐
   (If yes, obtain a copy for reference)

EXHIBIT 5



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

| h. | Does the Purchase Order reference an Engineering Document or Certificate of Compliance for control? (If so, obtain a copy for reference) | Yes ✓ | No ☐ |

## 3. PRODUCTION LINE QUALITY CONTROL

| a. | Are Work Instruction/Descriptions used for each process? | Yes ✓ | No ☐ | |
| b. | Are adequate records of Production Line Test results maintained? (If so, obtain a copy for reference) | Yes ✓ | No ☐ | |
| c. | Are Production Line Test failures recorded? | Yes ✓ | No ☐ | |
| d. | Were Production Line Tests observed as required by the Intertek Listing report (where applicable)? | Yes ✓ | No ☐ | N/A ☐ |

If Yes, describe which test(s) was observed:

Wet insulation-resistance Test, Module Output Power Test, Bypass Diode Functionality Test, Visual Inspection

| e. | Are any Production Line Test(s), that are required by the Intertek Listing report, not being performed at this manufacturing location? | Yes ☐ | No ✓ |

If Yes, explain and write this as a variance:

f. List Production Test Line equipment with calibration schedule: Electrical Safety Analyzer (Model: 9860D)

| Equipment: | Calibration due date: |
|---|---|
| Electrical Safety Analyzer (Model: 9860D) | 21-12-2022 |

| g. | Are personnel conducting test trained to do so and training records maintained? | Yes ✓ | No ☐ |
| h. | Are there written test procedures near the test area for test personnel to reference? | Yes ✓ | No ☐ |

i. How are units that have failed Production Line Tests segregated or identified?

NG label with "FAIL Stamp", Put into reject area and record NG on production label of each product.

j. What is the method of disposition of rejected items?

NG product, Separate to reject area and disposition.

EXHIBIT 5

**intertek**

Total Quality. Assured.

545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

| | | |
|---|---|---|
| k. Are rejected item records available for inspector review? | Yes ✓ | No ☐ |
| l. Are rejected item records considered adequate? | Yes ✓ | No ☐ |

Comment, if any:

m. What is the Corrective Action Cycle for resolving unit test failures?

NG product -> Separate to reject area -> QC check again -> if ok, return to production line.
If NG -> Rework -> Check again -> Return to production line, scrap if not possible to rework.

---

**4. PRODUCTION PROCESS**

| | | |
|---|---|---|
| a. Are units assembled on an assembly line or on an individual basis? | Assembly Line ✓ | Individual Basis ☐ |

b. Briefly, list steps in assembling the listed product from components to assembly to labelling:

Receiving material incoming, Incoming inspection, Enclosure Assembly, Main PCB Assembly, Minor Components Assembly, Wet insulation-resistance Test, Module Output Power Test, Bypass Diode Functionality Test, Visual inspection, Packing, QC inspection, Storage.

Component Parts: If a listed unit is in production, compare to the Listing Report and check components against those noted as being acceptable. Note any variances. If a unit is not in production, check the company's master parts list against the acceptable components within the Listing Report and/or check component parts in inventory. Note discrepancies as a variance on the Variance Form. Include discrepancies on F1/F2 or PIR as applicable.

| | | |
|---|---|---|
| c. Does the client have a method of tracking all complaints from customers? | Yes ✓ | No ☐ |

If No, a variance must be written. Describe existing method:

Tracking date code and serial number. Factory could found all related documents based on information by using system.

---

**5. INTERTEK ETL/WH LABELING**

a. Are Separable or Direct Imprint labels used (obtain a sample in either case)? Check the applicable box:

☐ Separable (supplied by Intertek - self-adhered/peel and stick/mechanically fastened/glued on)

✓ Direct Imprint (by Client - printed on packaging or product/stamped/embossed)

b. What controls are in place to regulate the proper use of labels or markings?

The label was printed and attached on the product, and control by logbook when deliver to worker

| | | |
|---|---|---|
| c. Has the manufacturer obtained ETL/WH label design approval? | Yes ☐ | No ✓ |

Form IFA- Revised 01/01/2021 -SFT-ETL-OP-19m

4

**EXHIBIT 5**

**intertek**

Total Quality. Assured.

545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

| If Yes, obtain a copy of the approval for reference. |
| If No, the ATM will not be released until the Label design is approved by Intertek |
| Comment: |

The ETL Label will not be applied at this factory, confirmed by RIO.

| 6. INTERTEK FIELD REPRESENTATIVE SUMMARY |

IFA Comments:

Generally, the quality system of the factory is well prepared to manufacture ETL listed product.

| a. | Do you, as the Intertek Field Representative, recommend that this location be approved for Authority To Mark (ATM) release? NOTE: If variances were found they must be resolved prior to the ATM release | Yes ✔ | No ☐ |
| | If No, explain: | | |
| b. | Was the Authorization To Mark (ATM) left with the client? If yes, provide a copy of the dated and signed ATM with this inspection form. | Yes ☐ | No ✔ |
| c. | Was an inspection report (F1/F2 or PIR) completed and left with the client | Yes ✔ | No ☐ |

| Inspected by: | An Nguyen | Date: | 30-Aug-2022 |
| Client's Name (printed) | CHIN XIAO YONG | | |
| Client's Signature: | | Date: | 30-Aug-2022 |

All non-compliance items should be discussed with the client. Include any suggested corrective measures in your report.

**For Office Use Only**

Reviewed by: _____ Date: _____

This Report is for the exclusive use of Intertek's Client and is provided pursuant to the agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or report. Any use of the Intertek name or one of its marks for the sale or advertisement of the inspected material, product or service must first be approved in writing by Intertek. The observations and inspection results referenced in this Report are relevant only to the samples inspected. This Report by itself does not imply that the material, product, or service is or has ever been under and Intertek certification program.

5

Form IFA- Revised 01/01/2021 -SFT-ETL-OP-19m

**EXHIBIT 5**

# PROFORMA INVOICE

**NO.: VS-20220329**
**DATE: 29/03/2022**

*Pursuant to the contract No. 2022-01/VT signed between 2 parties on Jan 2nd, 2022*

**SELLER : NINGBO VWIN NEW ENERGY TECHNOLOGY CO., LTD**
Add: NO.555,RIXIAN ROAD,CIDONG INDUSTRIAL ZONE,CIXI,NINGBO,ZHEJIANG,CHINA

**BUYER : VICTOR NEW ENERGY COMPANY LIMITED**
Add : Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, Vietnam
Tel:  0084-225-3922986
Fax:  0084-225-3922986
We here by confirm, having sild you the following
Good on the terms and condition as specified below

| No | DESCRIPTION OF GOODS | QUANTITY | UNIT | UNIT PRICE (USD/PC) | AMOUNT (USD) |
|---|---|---|---|---|---|
| 1 | TEMPERED SAFETY GLASS Dimensions: 1797.5*1072.5*3.2mm | 477 | PCS | 10.2 | 4,865.400 |
| 2 | TEMPERED SAFETY GLASS Dimensions: 2134*1072.2*3.2mm | 600 | PCS | 12.13 | 7,278.000 |
| 3 | SOLAR CONECTOR | 1252 | Set | 2.5 | 3,130.000 |
| 4 | SOLAR MODULE BACKSHEET Dimensions: 1000mm*200m | 7 | Roll | 270 | 1,890.000 |
| 5 | ETHYLENE VINYL ACETATE SHEET Dimensions: 990mm*200m | 14 | Roll | 368.28 | 5,155.920 |
| 6 | ETHYLENE VINYL ACETATE SHEET Dimensions: 1072mm*200m | 26 | Roll | 398.78 | 10,368.280 |
| 7 | HONEYCOMB CARDBOARD Dimension: 1510*680*20mm | 20 | PCS | 1.4 | 28.000 |
| 8 | HONEYCOMB CARDBOARD Dimension: 1510*680*10mm | 20 | PCS | 1.12 | 22.400 |
| | **TOTAL C&F HAIPHONG** | | | | **32,738.000** |

1. Total value : US Dollar 32738.00
2. Destination: Hai Phong, Viet Nam
3. Means of transport: By sea
4. Time of transport: Before 30.04.2022
5. Payment : by TT within 360 days after the buyer has received the goods
The General Term and Conditions :
The seller should send the document to the buyer as follows:
- Singer commercial on invoice in 1 original
- Detailed packing list in 1 original
- This proforma invoice is accepted by fax

Confirmed by the buyer
**VICTOR NEW ENERGY COMPANY LIMITED**

Confirmed by the seller
**NINGBO VWIN NEW ENERGY TECHNOLOGY CO., LTD**

GIÁM ĐỐC

**EXHIBIT 5**

# NINGBO VWIN NEW ENERGY TECHNOLOGY CO.，LTD
Add: NO.555,RIXIAN ROAD,CIDONG INDUSTRIAL ZONE,CIXI,NINGBO,ZHEJIANG,CHINA

## COMMERCIAL INVOICE

**TO : VICTOR NEW ENERGY COMPANY LIMITED**

Add : Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, Vietnam

Tel:  0084-225-3922986

Fax: 0084-225-3922986

No : VS-20220330    **Date : 30/3/2022**

FROM: NINGBO , CHINA    TO: HAIPHONG, VIETNAM

PAYMENT TERM: TT

| No | DESCRIPTION OF GOODS | QUANTITY | UNIT | UNIT PRICE (USD) | AMOUNT (USD) |
|---|---|---|---|---|---|
| 1 | TEMPERED SAFETY GLASS Dimensions: 1797.5*1072.5*3.2mm | 477 | PCS | 10.200 | 4,865.400 |
| 2 | TEMPERED SAFETY GLASS Dimensions: 2134*1072.2*3.2mm | 600 | PCS | 12.130 | 7,278.000 |
| 3 | SOLAR CONECTOR | 1,252 | Set | 2.500 | 3,130.000 |
| 4 | SOLAR MODULE BACKSHEET Dimensions: 1000mm*200m | 7 | Roll | 270.000 | 1,890.000 |
| 5 | ETHYLENE VINYL ACETATE SHEET Dimensions: 990mm*200m | 14 | Roll | 368.280 | 5,155.920 |
| 6 | ETHYLENE VINYL ACETATE SHEET Dimensions: 1072mm*200m | 26 | Roll | 398.780 | 10,368.280 |
| 7 | HONEYCOMB CARDBOARD Dimension: 1510*680*20mm | 20 | PCS | 1.400 | 28.00 |
| 8 | HONEYCOMB CARDBOARD Dimension: 1510*680*10mm | 20 | PCS | 1.120 | 22.40 |
| | **TOTAL C&F HAIPHONG** | | | | 32,738.000 |

*Total:*  *Thirty two thousand, seven hundred thirty eight US dollars*
*THE PRICE MENTIONNED ABOVE ARE UNDERSTOOD THAT C&F HAIPHONG*
*(INCOTERMES 2010)*

VICTOR NEW ENERGY COMPANY LIMITED    NINGBO VWIN NEW ENERGY TECHNOLOGY CO.，LTD

宁波越威新能源科技有限公司
Ningbo Vwin New Energy Technology Co.,Ltd

唐所

GIÁM ĐỐC
Đỗ Văn Đế

EXHIBIT 5

## NINGBO VWIN NEW ENERGY TECHNOLOGY CO.，LTD
Add: NO.555,RIXIAN ROAD,CIDONG INDUSTRIAL ZONE,CIXI,NINGBO,ZHEJIANG,CHINA

## PACKING LIST

**TO : VICTOR NEW ENERGY  COMPANY  LIMITED**
Add : Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, Vietnam
Tel:   0084-225-3922986
Fax: 0084-225-3922986

**No : VS-20220330**                          **Date : 30/3/2022**
FROM: NINGBO , CHINA                          TO: HAIPHONG, VIETNAM

| No | DESCRIPTION OF GOODS | Quantity | Unit | N.W (KG) | G.W (KG) |
|----|----------------------|----------|------|----------|----------|
| 1 | TEMPERED SAFETY GLASS Dimensions: 1797.5*1072.5*3.2mm | 10 | | 17,766.17 | 17,996.00 |
| 2 | TEMPERED SAFETY GLASS Dimensions: 2134*1072.2*3.2mm | | | | |
| 3 | SOLAR CONECTOR | 13 | | 751.00 | 770.00 |
| 4 | SOLAR MODULE BACKSHEET Dimensions: 1000mm*200m | 1 | | 532.00 | 550.00 |
| 5 | ETHYLENE VINYL ACETATE SHEET Dimensions: 990mm*200m | 40 | PACKAGES | 2,837.48 | 2,980.00 |
| 6 | ETHYLENE VINYL ACETATE SHEET Dimensions: 1072mm*200m | | | | |
| 7 | HONEYCOMB CARDBOARD Dimension: 1510*680*20mm | 40 | | 30.00 | 30.00 |
| 8 | HONEYCOMB CARDBOARD Dimension: 1510*680*10mm | | | | |
| | **TOTAL:** | **104** | **PACKAGES** | **21,916.65** | **22,326.00** |

VICTOR NEW ENERGY COMPANY         NINGBO VWIN NEW ENERGY TECHNOLOGY
LIMITED                                   CO.，LTD

GIÁM ĐỐC
Đỗ Văn Đê

**EXHIBIT 5**

# PROFORMA INVOICE

**NO.: VS-2022041402**

**DATE: 14/4/2022**

*Pursuant to the contract No. 2022-01/VT signed between 2 parties on Jan 2nd, 2022*

**SELLER : NINGBO VWIN NEW ENERGY TECHNOLOGY CO., LTD**

Add: NO.555,RIXIAN ROAD,CIDONG INDUSTRIAL ZONE,CIXI,NINGBO,ZHEJIANG,CHINA

**BUYER : VICTOR NEW ENERGY COMPANY LIMITED**

Add : Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, Vietnam

Tel:  0084-225-3922986

Fax: 0084-225-3922986

We here by confirm, having sild you the following

Good on the terms and condition as specified below

| No | DESCRIPTION OF GOODS | QUANTITY | UNIT | UNIT PRICE (USD/PC) | AMOUNT (USD) |
|----|----------------------|----------|------|---------------------|--------------|
| 1 | TEMPERED SAFETY GLASS Dimensions: 1659*996*3.2 | 708 | PCS | 1.65 | 1,168.200 |
| 2 | TEMPERED SAFETY GLASS Dimensions: 2134*1072.5*3.2 | 813 | PCS | 2.29 | 1,861.770 |
| 3 | TEMPERED SAFETY GLASS Dimensions: 984*534*3.2 | 202 | PCS | 0.53 | 107.060 |
| 4 | TEMPERED SAFETY GLASS Dimensions: 1797.5*1072.5*3.2 | 776 | PCS | 1.93 | 1,497.680 |
| 5 | SOLAR CONECTOR | 2400 | Set | 2.5 | 6,000.000 |
| 6 | SOLAR MODULE BACKSHEET Dimensions: 1000*100 | 20 | Roll | 100 | 2,000.000 |
| 7 | SOLAR ALUMINUM FRAME Dimensions: 1490*35 | 6488 | PCS | 2.485 | 16,122.680 |
| 8 | SOLAR ALUMINUM FRAME Dimensions: 680*35 | 6488 | PCS | 1.13 | 7,331.440 |
| 9 | ETHYLENE VINYL ACETATE SHEET Dimensions: 674*200m | 27 | Roll | 242.64 | 6,551.280 |
| 10 | ETHYLENE VINYL ACETATE SHEET Dimensions: 996*200m | 20 | Roll | 358.56 | 7,171.200 |
| | **TOTAL C&F HAIPHONG** | | | | **49,811.310** |

1. Total value : US Dollar 49811.31

2. Destination: Hai Phong, Viet Nam

3. Means of transport: By sea

4. Time of transport: Before 30.04.2022

5. Payment : by TT within 360 days after the buyer has received the goods

The General Term and Conditions :

The seller should send the document to the buyer as follows:

- Singer commercial on invoice in 1 original

- Detailed packing list in 1 original

- This proforma invoice is accepted by fax

Confirmed by the buyer
**VICTOR NEW ENERGY COMPANY LIMITED**

Confirmed by the seller
**NINGBO VWIN NEW ENERGY TECHNOLOGY CO., LTD**

宁波德威新能源科技有限公司

Ningbo Vwin New Energy Technology Co.,Ltd

唐所

GIÁM ĐỐC

**EXHIBIT 5**

## NINGBO VWIN NEW ENERGY TECHNOLOGY CO., LTD
Add: NO.555,RIXIAN ROAD,CIDONG INDUSTRIAL ZONE,CIXI,NINGBO,ZHEJIANG,CHINA

## PACKING LIST

**TO : VICTOR NEW ENERGY COMPANY LIMITED**
Add : Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, Vietnam
Tel:   0084-225-3922986
Fax:   0084-225-3922986

**No : VS-20220401502**                    **Date : 15/4/2022**
FROM: NINGBO , CHINA                   TO: HAIPHONG, VIETNAM

| No | DESCRIPTION OF GOODS | Quantity | Unit | N.W (KG) | G.W (KG) |
|----|----------------------|----------|------|----------|----------|
| 1 | TEMPERED SAFETY GLASS Dimensions: 1659*996*3.2 | 21 | PACKAGES | 35,464.43 | 35,770.22 |
| 2 | TEMPERED SAFETY GLASS Dimensions: 2134*1072.5*3.2 | | | | |
| 3 | TEMPERED SAFETY GLASS Dimensions: 984*534*3.2 | | | | |
| 4 | TEMPERED SAFETY GLASS Dimensions: 1797.5*1072.5*3.2 | | | | |
| 5 | SOLAR CONECTOR | 50 | | 720.00 | 750.00 |
| 6 | SOLAR MODULE BACKSHEET Dimensions: 1000*100 | 20 | | 1,520.00 | 1,540.00 |
| 7 | SOLAR ALUMINUM FRAME Dimensions: 1490*35 | 4 | | 3,900.00 | 3,998.00 |
| 8 | SOLAR ALUMINUM FRAME Dimensions: 680*35 | | | | |
| 9 | ETHYLENE VINYL ACETATE SHEET Dimensions: 674*200m | 48 | | 2,578.00 | 2,588.00 |
| 10 | ETHYLENE VINYL ACETATE SHEET Dimensions: 996*200m | | | | |
| | **TOTAL:** | **143** | **PACKAGES** | **44,182.43** | **44,646.22** |

VICTOR NEW ENERGY COMPANY        NINGBO VWIN NEW ENERGY TECHNOLOGY
LIMITED                                              CO., LTD

宁波德威新能源科技有限公司
Ningbo Vwin New Energy Technology Co.,Ltd

唐 所

GIÁM ĐỐC
Đỗ Văn Đê

**EXHIBIT 5**

# NINGBO VWIN NEW ENERGY TECHNOLOGY CO., LTD
Add: NO.555,RIXIAN ROAD,CIDONG INDUSTRIAL ZONE,CIXI,NINGBO,ZHEJIANG,CHINA

# COMMERCIAL INVOICE

**TO : VICTOR NEW ENERGY COMPANY LIMITED**

Add : Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, Vietnam

Tel: 0084-225-3922986

Fax: 0084-225-3922986

**No : VS-20220401502**

FROM: NINGBO , CHINA

PAYMENT TERM: TT

**Date : 15/4/2022**

TO: HAIPHONG, VIETNAM

| No | DESCRIPTION OF GOODS | QUANTITY | UNIT | UNIT PRICE (USD) | AMOUNT (USD) |
|----|----------------------|----------|------|------------------|--------------|
| 1 | TEMPERED SAFETY GLASS Dimensions: 1659*996*3.2 | 708 | PCS | 1.650 | 1,168.200 |
| 2 | TEMPERED SAFETY GLASS Dimensions: 2134*1072.5*3.2 | 813 | PCS | 2.290 | 1,861.770 |
| 3 | TEMPERED SAFETY GLASS Dimensions: 984*534*3.2 | 202 | PCS | 0.530 | 107.060 |
| 4 | TEMPERED SAFETY GLASS Dimensions: 1797.5*1072.5*3.2 | 776 | PCS | 1.930 | 1,497.680 |
| 5 | SOLAR CONECTOR | 2,400 | Set | 2.500 | 6,000.000 |
| 6 | SOLAR MODULE BACKSHEET Dimensions: 1000*100 | 20 | Roll | 100.000 | 2,000.000 |
| 7 | SOLAR ALUMINUM FRAME Dimensions: 1490*35 | 6,488 | PCS | 2.485 | 16,122.680 |
| 8 | SOLAR ALUMINUM FRAME Dimensions: 680*35 | 6,488 | PCS | 1.130 | 7,331.440 |
| 9 | ETHYLENE VINYL ACETATE SHEET Dimensions: 674*200m | 27 | Roll | 242.640 | 6,551.280 |
| 10 | ETHYLENE VINYL ACETATE SHEET Dimensions: 996*200m | 20 | Roll | 358.560 | 7,171.200 |
| | **TOTAL C&F HAIPHONG** | | | | **49,811.310** |

*Total:   Forty nine thousand, eight hundred eleven US dollars and thirty one cents*
*THE PRICE MENTIONNED ABOVE ARE UNDERSTOOD THAT C&F HAIPHONG*
*(INCOTERMES 2010)*

VICTOR NEW ENERGY COMPANY LIMITED

NINGBO VWIN NEW ENERGY TECHNOLOGY CO., LTD

宁波越威新能源科技有限公司
Ningbo Vwin New Energy Technology Co.,Ltd

唐 所

GIÁM ĐỐC

Đỗ Văn Để

EXHIBIT 5

# PROFORMA INVOICE

## NO.: VS-20220414

## DATE: 14/4/2022

*Pursuant to the contract No. 2022-01/VT signed between 2 parties on Jan 2nd, 2022*

**SELLER : NINGBO VWIN NEW ENERGY TECHNOLOGY CO., LTD**
Add: NO.555,RIXIAN ROAD,CIDONG INDUSTRIAL ZONE,CIXI,NINGBO,ZHEJIANG,CHINA

**BUYER : VICTOR NEW ENERGY COMPANY LIMITED**
Add : Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, Vietnam
Tel:  0084-225-3922986
Fax:  0084-225-3922986

We here by confirm, having sild you the following
Good on the terms and condition as specified below



| No | DESCRIPTION OF GOODS | QUANTITY | UNIT | UNIT PRICE (USD/PC) | AMOUNT (USD) |
|---|---|---|---|---|---|
| 1 | TEMPERED SAFETY GLASS Dimensions: 1494*674*3.2 | 1400 | PCS | 4.63 | 6,482.000 |
| 2 | PAPER CORNER Dimension: 35*35 | 13000 | PCS | 0.019 | 247.000 |
| 3 | MONO Crystalline wafer Dimensions: 158.75*158.75 | 181787 | PCS | 0.75 | 136,340.250 |
| 4 | MONO Crystalline wafer Dimensions: 166*166 | 70373 | PCS | 0.78 | 54,890.940 |
| 5 | SOLAR CONECTOR | 8160 | Set | 2.5 | 20,400.000 |
| 6 | SOLAR CONECTOR Model: ISE100 | 900 | Set | 3.75 | 3,375.000 |
| 7 | SOLAR CONECTOR Model: ISE102 | 900 | Set | 5.43 | 4,887.000 |
| 8 | SOLAR MODULE BACKSHEET Dimensions: 680*200m | 36 | Roll | 136 | 4,896.000 |
| 9 | SOLAR ALUMINUM FRAME Dimensions: 540*30 | 10604 | PCS | 0.66 | 6,998.640 |
| 10 | SOLAR ALUMINUM FRAME Dimensions: 356*30 | 10604 | PCS | 0.5 | 5,302.000 |
| 11 | SOLAR ALUMINUM FRAME Dimensions: 675*25 | 3600 | PCS | 0.85 | 3,060.000 |
| 12 | SOLAR ALUMINUM FRAME Dimensions: 540*25 | 3600 | PCS | 0.6 | 2,160.000 |
| 13 | ETHYLENE VINYL ACETATE SHEET Dimensions: 674*200m | 56 | Roll | 242.64 | 13,587.840 |
| 14 | EPOXY SOLAR MODULE BACKSHEET Dimensions: 685*550 | 910 | PCS | 4 | 3,640.000 |
| 15 | SOLAR BRACKET | 1800 | PCS | 1.86 | 3,348.000 |
| 16 | SOLAR FOLD PACK Dimension: 710*575*30 | 900 | PCS | 6.24 | 5,616.000 |
| 17 | SOLAR FOLD PACK | 20 | PCS | 7.2 | 144.000 |
| 18 | SILICONE SEALANT | 1160 | Kg | 5 | 5,800.000 |
| 19 | HONEYCOMB CARDBOARD Dimension: 1390*705*10 | 200 | PCS | 1.07 | 214.000 |

**EXHIBIT 5**

| TOTAL C&F HAIPHONG | | | | 281,388.670 |
|---|---|---|---|---|

1. Total value : US Dollar 281388.67
2. Destination: Hai Phong, Viet Nam
3. Means of transport: By sea
4. Time of transport: Before 30.04.2022
5. Payment : by TT within 360 days after the buyer has received the goods

The General Term and Conditions :

The seller should send the document to the buyer as follows:
- Singer commercial on invoice in 1 original
- Detailed packing list in 1 original
- This proforma invoice is accepted by fax

Confirmed by the buyer
**VICTOR NEW ENERGY COMPANY LIMITED**

Confirmed by the seller
**NINGBO VWIN NEW ENERGY TECHNOLOGY CO., LTD**





**EXHIBIT 5**

# CERTIFICATE OF COMPLIANCE

|  |  |
|---|---|
| **Certificate Number** | 20181102-E470116 |
| **Report Reference** | E470116-20141031 |
| **Issue Date** | 2018-NOVEMBER-02 |

**Issued to:**  SUZHOU UKT NEW ENERGY TECHNOLOGY CO LTD

18th Suzhouhe Rd
Taihu New Town Pioneer Park
Suzhou
Wujiang 215200 CHINA

**This certificate confirms that representative samples of**  COMPONENT - CONNECTORS FOR USE IN PHOTOVOLTAIC SYSTEMS
Cat. No. PV-CO01-1, PV-CO02-1A, and PV-CO02-2A.

Have been investigated by UL in accordance with the component requirements in the Standard(s) indicated on this Certificate. UL Recognized components are incomplete in certain constructional features or restricted in performance capabilities and are intended for installation in complete equipment submitted for investigation to UL LLC.

**Standard(s) for Safety:**  UL 6703, Connectors for Use in Photovoltaic Systems
CAN/CSA-C22.2 No 182.5-14, Photovoltaic Connectors
CAN/CSA-C22.2 No 65-13, Wire Connectors

**Additional Information:**  See the UL Online Certifications Directory at
https://iq.ulprospector.com  for additional information.

This *Certificate of Compliance* does not provide authorization to apply the UL Recognized Component Mark.

Only those products bearing the UL Recognized Component Mark should be considered as being UL Certified and covered under UL's Follow-Up Services.

Look for the UL Recognized Component Mark on the product.

Bruce Mahrenholz, Director North American Certification Program

UL LLC



Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL. For questions, please contact a local UL Customer Service Representative at http://ul.com/aboutul/locations/

**EXHIBIT 5**

**UL ONLINE CERTIFICATIONS DIRECTORY**



IMPROVED CERTIFICATIONS SEARCH TOOL **REGISTER NOW!** ❯ LEARN MORE

**QIJQ2.E343181**
**Connectors for Use in Photovoltaic Systems - Component**

Page Bottom

## Connectors for Use in Photovoltaic Systems - Component

See General Information for Connectors for Use in Photovoltaic Systems - Component

**STAUBLI ELECTRICAL CONNECTORS AG**                                           E343181
Stockbrunnenrain 8
4123 Allschwil, SWITZERLAND

| Cat. No. | Electrical Rating |
|---|---|
| **Photovoltaic wiring-system connector** | |
| PV-KBT3I, PV-KST3I followed by UR, may be followed by suffix numbers and letters. | 600 V dc, 20 A max with 12-14 AWG cable |
| PV-KBT3II, PV-KST3II followed by UR, may be followed by suffix numbers and letters. | 600 V dc, 20 A max with 12 AWG cable |
| PV-KBT3II, PV-KST3II followed by UR, may be followed by suffix numbers and letters. | 600 V dc, 30 A max with 10 AWG cable |
| PV-KBT3III, PV-KST3III followed by UR, may be followed by suffix numbers and letters. | 600 V dc, 30 A max with 10 AWG cable |
| PV-KBT3/6III, PV-KST3/6III followed by UR, may be followed by suffix numbers and letters. | 600 V dc, 30 A max with 8 AWG cable |
| PV-KST4, PV-KBT4 followed by /2.5 or /5 or /6, followed by "I" or "X" or "II", may be followed by -MAX, followed by -UR- or - may be followed by additional suffixes, may be followed by suffix numbers and letters. | 600 V dc, 50 A max with 10 AWG cable<br>600 V dc, 35 A max with 12 AWG cable<br>600 V dc, 30 A max with 14 AWG cable |
| PV-KST4, PV-KBT4 followed by /2.5 or /5 or /6, followed by "I" or "X" or "II", may be followed by -MAX, followed by -UR- or - may be followed by additional suffixes, may be followed by suffix numbers and letters. | 1000 V dc, 50 A max with 10 AWG cable<br>1000 V dc, 35 A max with 12 AWG cable<br>1000 V dc, 30 A max with 14 AWG cable |
| PV-KST4, PV-KBT4, followed by /2.5 or /5 or /6, followed by "I" or "X" or "II", may be followed by -MAX, followed by -UR- or - may be followed by additional suffixes, may be followed by suffix numbers and letters. | 1500 V dc, 50 A max with 10 AWG cable<br>1500 V dc, 35 A max with 12 AWG cable<br>1500 V dc, 30 A max with 14 AWG cable |
| PV-KST4, PV-KBT4 followed by /8, followed by "II", may be followed by -MAX, followed by -UR. or - may be followed by additional suffixes, may be followed by suffix numbers and letters. | 1500 V dc, 70 A max with 8 AWG cable |
| PV-SSH4, may be followed by suffix numbers and letters. | n/a |
| PV-AZS3-UR, PV-AZB3-UR (32.0009-UR, 32.0008-UR), may be followed by suffix numbers and letters. | 600 V dc, 30 A max |
| PV-KST3, PV-KBT3, may be followed by /6, followed by "I", "II" or "III", followed by -UR, may be followed by suffix numbers and letters. | "I" 600 V dc, 20 A max w/ 2.5 mm², 4.0 mm², 14 AWG, 16 AWG, 12 AWG, and 10 AWG cable<br>"II" 600 V dc, 20/30** A max w/ 2.5 mm², 4.0 mm², 14 AWG, 16 AWG, 12 AWG, and 10 AWG cable<br>"III" 600 V dc, 30** A max w/ 2.5 mm², 4.0 mm², 14 AWG, 16 AWG, 12 AWG, and 10 AWG cable<br>"/6 III" 600 V dc, 30 A max w/ 6.0 mm² and 8 AWG cable<br>** 30A rating when assembled to 10 AWG cable only |
| PV-PLS-S, PV-PLS-B, may be followed by suffix numbers and letters, may be followed by suffix numbers and letters. | 1000 Vdc / 600 V dc, 30A max; 10, 12 and 14 AWG PV wires, USE-2 cables (Factory and field assembled connectors on Listed TYLZ Type - USE-2 cables are limited to the max. 600V dc only)<br>1500 V dc, 30A max.; 10, 12 and 14 AWG PV wires, Factory Wiring Only! (1500V dc only when assembled on Listed cable type Photovoltaic Wire (ZKLA) rated 2000V) |
| PV-KST4EVO1.0, PV-KBT4EVO1.0 followed by /2.5, followed by I-, followed by a single letter, followed by /L/, followed by a single letter, may be followed by suffix numbers and letters. | 600 V dc, 30A max; 14 AWG PV, USE-2 cables |
| | 1000 V dc, 30A max; 14 AWG PV cables |

**EXHIBIT 5**

| | |
|---|---|
| PV-KST4EVO1.0, PV-KBT4EVO1.0 followed by /2.5, followed by I-, followed by a single letter, followed by /M/, followed by a single letter, may be followed by suffix numbers and letters. | |
| PV-KST4EVO1.0, PV-KBT4EVO1.0 followed by /2.5 or /6, followed by II-, followed by a single letter, followed by /L/, followed by a single letter, may be followed by suffix numbers and letters. | 600 V dc, 30A max; 12 and 14 AWG PV, USE-2 cables |
| PV-KST4EVO1.0, PV-KBT4EVO1.0 followed by /2.5 or /6, followed by II-, followed by a single letter, followed by /M/, followed by a single letter, may be followed by suffix numbers and letters. | 1000 V dc, 30A max; 12 and 14 AWG PV cables |
| PV-KST4EVO1.0, PV-KBT4EVO1.0 followed by /6, followed by III-, followed by a single letter, followed by /L/, followed by a single letter, may be followed by suffix numbers and letters. | 600 V dc, 30A max; 10 and 12 AWG PV, USE-2 cables |
| PV-KST4EVO1.0, PV-KBT4EVO1.0 followed by /6, followed by III-, followed by a single letter, followed by /M/, followed by a single letter, may be followed by suffix numbers and letters. | 1000 V dc, 30A max; 10 and 12 AWG PV cables |
| PV-ADSP4-S2-UR, PV-ADSP4-S2, PV-ADBP4-S2-UR and PV-ADBP4-S2 followed by /2.5, /6 or /8, may be followed by suffix numbers and letters. | 600 V dc, 30 A max with 14 AWG USE-2 cable<br>600 V dc, 35 A max with 12 AWG USE-2 cable<br>600 V dc, 50 A max with 10 AWG USE-2 cable<br>600 V dc, 70 A max with 8 AWG USE-2 cable |
| PV-ADSP4-S2-UR, PV-ADSP4-S2, PV-ADBP4-S2-UR and PV-ADBP4-S2 followed by /2.5, /6 or /8, may be followed by suffix numbers and letters. | 1000/1500 V dc, 30 A max with 14 AWG, PV wire<br>1000/1500 V dc, 35 A max with 12 AWG, PV wire<br>1000/1500 V dc, 50 A max with 10 AWG, PV wire<br>1000/1500 V dc, 70 A max with 8 AWG, PV wire |
| PV-ADS4-EVO 2/2.5 or 6, PV-ADB4-EVO 2/2.5 or 6, followed by -UR, maybe followed by suffix numbers and letters. | 1500 V dc, 30 A max with 14 AWG cable<br>1500 V dc, 35 A max with 12 AWG cable<br>1500 V dc, 50 A max with 10 AWG cable |
| PV-ADS4-EVO 2/2.5 or 6, PV-ADB4-EVO 2/2.5 or 6, followed by -UR, maybe followed by suffix numbers and letters. | 1500 V dc, 30 A max with 14 AWG cable<br>1500 V dc, 35 A max with 12 AWG cable<br>1500 V dc, 50 A max with 10 AWG cable |
| KBT10BV, KST10BV, and ID/S10BV | 1500 V dc, 300 A max for use with 1 AWG, and 2/ 0 AWG cables |

| Cat. No. | Electrical Rating |
|---|---|
| **Male PV connectors** | |
| PV-KST4-EVO2/2.5, 6 or 10, followed by I, II, III or IV, followed by -UR. Female PV connectors,<br>PV-KBT4-EVO2/2.5, 6 or 10, followed by I, II, III or IV, followed by -UR | 1500 V dc, 30 A max with 14 AWG cable<br>1500 V dc, 35 A max with 12 AWG cable<br>1500 V dc, 50 A max with 10 AWG cable<br>1500 V dc, 70 A max with 8 AWG cable |
| **Note:** Connectors assembled on Listed TYLZ Type USE-2 cable are limited to the maximum voltage of 600V dc only! | |
| **Note:** 1500V dc only when assembled on Listed cable type Photovoltaic Wire (ZKLA) rated 2000V. | |
| **Photovoltaic Connectors (Branch Splitters)** | |
| PV-AZS4 (male), PV-AZB4 (female) | 1500 V dc, 50A max. |
| **Note:** The ampere and voltage ratings of the Branch Splitters is limited by the intended Input / Output mating connector of series PV-KST4... and PV-KBT4...; connector series PV-KST4-EVO 2/... and PV-KBT4-EVO 2/...; connector series PV-PLS-S, PV-PLS-B. The ampacity rating of these combinations are limited based on the wire size used per the National Electrical Code (NEC) requirements for Free Air applications considering the correction factor. | |

Conditions of Acceptability:

1. These devices shall be used only where they will not interrupt the current. The components are marked "Do Not Disconnect Under Load." In addition, the need to include specific instructions in the end-use equipment's manual describing the method of achieving disconnect while not under load shall be considered.

2. These components use a material that has an RTI for Mechanical with Impact less than that required for unrestricted Listing. Consideration shall be given to required mechanical protection in the end use.

3. Connector Nos. PV-KBT3 and PV-KST-3, followed by I, II and III, and Nos. PV-KST4, PV-KBT4, followed by /2.5 or /6, followed by "I" or "II," followed by -UR, have been investigated as acceptable for assembly in the field by qualified electricians with factory-provided tooling.

4. These devices have only been assessed for UL Recognition with specific types of mated connectors within their product family. They have not been assessed to operate with any other similar devices from any other manufacturer

5. Connector Nos. PV-KST4EVO1.0 followed by /2.5, followed by I-, followed by a single letter, followed by /L/ or /M/, followed by a single letter. and Nos. PV-KBT4EVO1.0 followed by /2.5, followed by I-, followed by a single letter, followed by /L/ or /M/, followed by a single letter, have been investigated as assembly in factory only.

6. Connector Nos. PV-KST4EVO1.0 followed by /2.5 or /6, followed by II-, followed by a single letter, followed by /L/, followed by a single letter and Nos. PV-KBT4EVO1.0 followed by /2.5 or /6, followed by II-, followed by a single letter, followed by /L/, followed by a single letter, have been investigated as acceptable for assembly in the field by qualified electricians with factory-provided tooling.r

7. Connector Nos. PV-KST4EVO1.0 followed by /2.5 or /6, followed by II-, followed by a single letter, followed by /L/, followed by a single letter and Nos. PV-KBT4EVO1.0 followed by /2.5 or /6, followed by II-, followed by a single letter, followed by /L/, followed by a single letter, have been investigated as acceptable for assembly in the field by qualified electricians with factory-provided tooling.

8. Connector Nos. PV-ADSP4 and PV-ADBP4 followed by /2.5,/6 or /8, have been investigated as assembly in factory only.

**EXHIBIT 5**

9 These are locking type connectors that require a tool for separating the male and the female connectors from their mating position.

Marking: Company name catalog designation and the Recognized Component Mark  on the device or carton.
Last Updated on 2018-10-05

---

◆ 2018 UL LLC

The appearance of a company's name or product in this database does not in itself assure that products so identified have been manufactured under UL's Follow-Up Service. Only those products bearing the UL Mark should be considered to be Certified and covered under UL's Follow-Up Service. Always look for the Mark on the product.

UL permits the reproduction of the material contained in the Online Certification Directory subject to the following conditions: 1. The Guide Information, Assemblies, Constructions, Designs, Systems, and/or Certifications (files) must be presented in their entirety and in a non-misleading manner, without any manipulation of the data (or drawings). 2. The statement "Reprinted from the Online Certifications Directory with permission from UL" must appear adjacent to the extracted material. In addition, the reprinted material must include a copyright notice in the following format: "© 2018 UL LLC".

**EXHIBIT 5**



SUZHOU UKT NEW ENERGY TECHNOLOGY        Date    : 24.06.2020
CO.,LTD                                 Our ref. : GZZ 01
Ms. huang youhua                        Your ref.: H.Y.H.

688th,Youming Road,
Wujiang District, Suzhou
215200 Jiangsu
P.R. China

**Ref : R  TÜV-Bauart-Zeichen o. Akkred. Nr.**

Type of Equipment : Connector for Photovoltaic System
Model Designation : See Certificate
Certificate No.   : R 50390097 0002
Report No.        : 50102448 002


Dear Ms. huang youhua,

The above specified equipment has been tested and found to be in
accordance with the relevant requirements.

Please find enclosed your certificate as specified above.

If cancellation of the certificate is submitted by 15 November in a
given year, no fee will be charged for the following year.

The certificate is issued with the reservation that the license holder
applies all information required in § 6 of the ProdSG related to name
and address of the manufacturer or his authorized representative /
importer, including their respective contact addresses on the product
prior to marketing of the product in the European Economic Area.


With kind regards,

Certification Body


Dipl.-Ing. (FH) Bernd Scheirer


Enclosure

☐ TÜV Rheinland Thailand Ltd.
  18/F, Tararom Business Tower
  2445/36-38 New Petchburi Road
  Bangkapi, Huay Kwang
  Bangkok 10320
  Tel    +66 (0) 2326-1333
  Fax    +66 (0) 2326-1334-5
  Email  info@tha.tuv.com

☐ TÜV Rheinland Thailand Ltd.
  Global Technology Assessment Center Bangkok
  Ladkrabang Industrial Estate
  123/1, Floor 1-2, Soi Chalongkung 31, Lamplatew
  Sub-district, Ladkrabang District, Bangkok 10520
  Tel    +66 (0) 2326-1333
  Fax    +66 (0) 2326-1334-5
  Email  info@tha.tuv.com

☐ TÜV Rheinland Thailand Ltd.
  Hatyai Branch Office
  7,9,11,13,15 3/F, Chaiyong Building, Room 3 C
  Juti-Uthit 1 Road
  Hatyai, Songkhla 90110
  Tel    +66 (0) 74 247550-2
  Fax    +66 (0) 74 247553
  Email  info@tha.tuv.com

**EXHIBIT 5**



# Zertifikat          *Certificate*

| | |
|---|---|
| **Zertifikat Nr.** *Certificate No.* <br> R  50390097 | **Blatt**  *Sheet* <br> 0002 |

| **Ihr Zeichen** *Client Reference* | **Unser Zeichen**  *Our Reference* | **Ausstellungsdatum** | *Date of Issue* |
|---|---|---|---|
| H.Y.H. | 01-GZZ-50102448 002 | 24.06.2020 | *(day/mo/yr)* |

| **Genehmigungsinhaber** *License Holder* | **Fertigungsstätte** *Manufacturing Plant* |
|---|---|
| SUZHOU UKT NEW ENERGY TECHNOLOGY <br> CO.,LTD <br> 688th,Youming Road, <br> Wujiang District, Suzhou <br> 215200 Jiangsu <br> P.R. China | SUZHOU UKT NEW ENERGY TECHNOLOGY <br> CO.,LTD <br> 688th,Youming Road, <br> Wujiang District, Suzhou <br> 215200 Jiangsu <br> P.R. China |

**Prüfzeichen** *Test Mark*

TÜVRheinland®
ZERTIFIZIERT

Bauart geprüft
Sicherheit
Regelmäßige
Produktions-
überwachung
www.tuv.com
ID 1419051651

**Geprüft nach**    *Tested acc. to*
IEC 62852:2014
EN 62852:2015

**Zertifiziertes Produkt (Geräteidentifikation)**
*Certified Product          (Product Identification)*

**Lizenzentgelte - Einheit**
*License Fee - Unit*

<u>Steckverbinder</u> (Connector for Photovoltaic System)

as page 0001


Change

Rated Current          : 45A
Protection Degree     : IP65/IP68(1m, 1h)


ANLAGE (Appendix): 1.1

*Den Zertifikat liegt unsere Prüf- und Zertifizierungsordnung zugrunde und es bestätigt die Konformität des Produktes mit den oben genannten Standards und Prüfgrundlagen. Zusätzliche Anforderungen in Ländern, in denen das Produkt in Verkehr gebracht werden soll, müssen zusätzlich betrachtet werden. Die Herstellung des zertifizierten Produktes wird überwacht.*
*This certificate is based on our Testing and Certification Regulation and states the conformity of the product with the standards and testing requirements as indicated above. Any additional requirements in countries where the product is going to be marketed have to be considered additionally. The manufacturing of the certified product is subject to surveillance.*

**TÜV Rheinland LGA Products GmbH, Tillystraße 2, 90431 Nürnberg**
Tel.: +49 221 806-1371  e-mail: cert-validity@de.tuv.com
Fax: +49 221 806-3935  http://www.tuv.com/safety

**Zertifizierungsstelle**



Dipl.-Ing. (FH) Bernd Scherer

**EXHIBIT 5**

| Produktsicherheit und –qualität<br><br>*Product Safety and Quality* | |  |
| --- | --- | --- |

| **Certificate No.** R 50390097 0002 | **Our Reference** 01-GZZ-50102448 002 | **Appendix No.** 1.1 |
| --- | --- | --- |

**Constructional Data Form (CDF)**          page 1 of 4

License holder .............................. :   SUZHOU UKT NEW ENERGY TECHNOLOGY CO., LTD
(full address)   688th, Youming Road, Wujiang District, Suzhou 215200, P.R. China

Production factory ................ :   SUZHOU UKT NEW ENERGY TECHNOLOGY CO., LTD
(full address)   688th, Youming Road, Wujiang District, Suzhou 215200, P.R. China

Type of appliance ................ :   Connector for Photovoltaic System

Trademark .......................... :   **UKTR**

Type name or model no. ....... :   PV-CO02-xy (x= 1or 2, y= A)

Rated voltage ..................... :   1500VDC for PV-CO02-1A
                     1000VDC for PV-CO02-2A

Rated impulse voltage ......... :   16kV for PV-CO02-1A (1,2/50us)
                     12kV for PV-CO02-2A (1,2/50us)

Rated insulation voltage ....... :   8kV for PV-CO02-1A
                     6kV for PV-CO02-2A

Rated current ..................... :   45A

Standard ............................ :   IEC 62852 : 2014
                     EN 62852 : 2015

Application class ................. :   Class A / ~~B / C~~

Protection class .................. :   Class II

Existence of an enclosure ..... :   Enclosed connector

Design of the connector ....... :   Free connector

Pollution degree .................. :   ~~1~~ / 2 / ~~3 / 4~~

Over voltage category .......... :   ~~I / II~~ / III / ~~IV~~

Operating cycles ................. :   ~~50~~ / 100 / ~~500 / 1000 / 2000 / 5000~~

Bendings ............................ :   100 / ~~500 / 1000 / 2000 / 5000 / 20000~~

Lower ambient temperature .. :   -40      °C

Upper ambient temperature .. :   +85      °C

Upper limit Temperature ....... :   100      °C

Type of conductor ............... :   Flexible

Termination and connection .. :   Crimped connection

Flammability class .................. :   V-2 (Confirmed test)

**TÜV Rheinland Group**

| 04.06.2020 | Top Gao | *Top Gao* |
| --- | --- | --- |
| **Date** | **Name** | **Signature** |

**EXHIBIT 5**

| Produktsicherheit und –qualität<br><br>*Product Safety and Quality* | | ▲ TÜVRheinland®<br>Precisely Right. |
|---|---|---|

| **Certificate No.**   R 50390097   0002 | **Our Reference**   01-GZZ-50102448  002 | **Appendix No.**   1.1 |
|---|---|---|

| **Constructional Data Form (CDF)** | page 2 of 4 |
|---|---|

Values for cable clamp.........:    6,60±0,20mm with cable certified by TUV(R50302047);
6,30±0,15mm with cable certified by TUV(R50302047) & E470608;
6,10±0,20mm with cable certified by TUV(R50302047);
5,70±0,15mm with cable certified by TUV(R50302047);
6,60±0,20mm with cable certified by TUV(R50311889);
6,40±0,20mm with cable certified by TUV(R50311889) & E332548;
6,10±0,15mm with cable certified by TUV(R50311889);
5,60±0,15mm with cable certified by TUV(R50311889);
5,70±0,20mm with cable certified by TUV(R50451199);
6,10±0,20mm with cable certified by TUV(R50413335);
5,70±0,20mm with cable certified by TUV(R50413335)

Number of poles .................:    1

Wire cross section area or
cross section range .............:    1 x 4,0mm² for PV-CO02-xA (x=1 or 2)

Degree of protection............:    IP65/IP68 (1m, 1h)

Rewirable..........................:    ~~Yes~~ / No

Additional characteristics......:    N/A

(Optional) Accessories ........:    N/A

Additional Information (e.g. system configuration, difference between models, construction materials, output voltage, etc.)
Attachments: Data-Sheets of critical components

---

**TÜV Rheinland Group**

| 04.06.2020 | Top Gao | *Top Gao* |
|---|---|---|
| **Date** | **Name** | **Signature** |

**EXHIBIT 5**

| Produktsicherheit und –qualität<br>*Product Safety and Quality* | | ▲ TÜVRheinland®<br>Precisely Right. |
|---|---|---|

| **Certificate No.**   R 50390097   0002 | **Our Reference**   01-GZZ-50102448  002 | **Appendix No.**   1.1 |
|---|---|---|

| **Constructional Data Form (CDF)** | | page 3 of 4 |
|---|---|---|

### List of Critical Components

| Ref. | Object / Part No. | Manufacturer | Type | Technical data | Approval |
|---|---|---|---|---|---|
| 1.0 | Insulation Material | ASAHI KASEI CHEMICALS CORP XYRON POLYMER | m-PPE, "Xyron", PV40Z(f1) | UL94 V-0, 5VA | E82268 |
| 2.0 | Screw Cap | ASAHI KASEI CHEMICALS CORP | PA66, FR370(j) | UL94 V-0 | E48285 |
| 3.0 | Carry Current Part | Ningbo Donghao Photovoltaic Technology Co., Ltd. | Cooper T2 | Cu+Ag 99,92%, Tin coated | // |
| 4.0 | Metal Ring on Carry Current Part for Fixing | Ningbo Donghao Photovoltaic Technology Co., Ltd. | Stainless steel 301 | Φ 6,60 x 7,80mm | // |
| 5.0 | Sealing Gasket | SHIN-ETSU SILICONE INTERNATIONAL TRADING (SHANGHAI) CO LTD | CHN9600 (red) | Φ 10,60 x 8,5mm | E360537 |
| 6.0 | O-Sealing Ring | SHIN-ETSU SILICONE INTERNATIONAL TRADING (SHANGHAI) CO LTD | CHN9600 (red) | Φ 9,30 x1,50mm | E360537 |
| 7.0 | PV Cable | Wuxi Xinhongye Wire & Cable Co., Ltd | H1Z2Z2-K 1X1,5...35mm² | 1×4,0mm², cable diameter:6,10±0,15mm, 56 conductors, 0,285±0,008mm per conductor, acc.EN50618 | TUV Approval R50311889 |
| | | | | 1×4,0mm², cable diameter:6,40±0,2mm, 56 conductors, 0,285±0,008mm per conductor, acc.EN50618 | TUV Approval R50311889 & UL E332548 |
| | | | 62930 IEC 131 1x4,0mm² HALOGEN FREE LOW SMOKE | 1×4,0mm², cable diameter: 5,70±0,2mm, 56 conductors, 0,285±0,008mm per conductor, acc.IEC62930 | TUV Approval R 50451199 |
| | | Ningbo Kibor Wire & Cable Co., Ltd. | H1Z2Z2-K 1X2,5...4,0mm² | 1×4,0mm²,cable diameter:6,10±0,15mm, 56 conductors, 0,285±0,008mm per conductor,acc.EN50618 | TUV Approval R50302047 |

**TÜV Rheinland Group**

| 04.06.2020 | Top Gao | *Top Gao* |
|---|---|---|
| **Date** | **Name** | **Signature** |

**EXHIBIT 5**

| Produktsicherheit und –qualität | | ▲ TÜVRheinland® |
|---|---|---|
| Product Safety and Quality | | Precisely Right. |

**Certificate No.**  R 50390097  0002    **Our Reference**  01-GZZ-50102448  002    **Appendix No.**  1.1

**Constructional Data Form (CDF)**                                                     page 4 of 4

| Ref. | Object / Part No. | Manufacturer | Type | Technical data | Approval |
|---|---|---|---|---|---|
| | | | | 1×4,0mm²; cable diameter: 6,30±0,2mm, 56 conductors, 0,280±0,008mm per conductor; EN50618 | TUV Approval R50302047 & UL E470608 |
| | | Changshu JHOSIN Communication Technology Co., Ltd. | 62930 IEC 131 1x4,0mm² HALOGEN FREE LOW SMOKE | 1×4,0mm², cable diameter: 5,70±0,2mm / 6,10±0,20mm, 56 conductors, 0,285±0,008mm per conductor, acc.IEC62930 | TUV Approval R 50413335 |
| 8.0 | Drum spring | Ningbo Donghao Photovoltaic technology Co., Ltd. | BeCu | Silver-plated, Φ 4,50 x 9,50mm | // |

Remark: PV-CO02-xy is a general designation. The postfix letters "x" and "y" denotes different technical meanings.

1. x= 1 or 2
   x=1 denotes rated system voltage is 1500VDC;
   x=2 denotes rated system voltage is 1000VDC;

2. y= A
   y=A denotes wire cross section area is 1 x 4,0mm²;

| Type name | Rated Current | Rated voltage | Wire cross section area |
|---|---|---|---|
| PV-CO02-1A | 45A | 1500VDC | 1 x 4,0mm² |
| PV-CO02-2A | 45A | 1000VDC | 1 x 4,0mm² |

**TÜV Rheinland Group**

| 04.06.2020 | Top Gao | *Top Gao* |
|---|---|---|
| **Date** | **Name** | **Signature** |

**EXHIBIT 5**

# CERTIFICATE OF COMPLIANCE

|  |  |
|---|---|
| **Certificate Number** | E470114 |
| **Report Reference** | E470114-20160324 |
| **Issue Date** | 2020-MARCH-19 |

**Issued to:** SUZHOU UKT NEW ENERGY TECHNOLOGY CO LTD

688th,Youming Road, Wujiang District
Suzhou
Jiangsu 215200 CHINA

**This certificate confirms that representative samples of**

COMPONENT - JUNCTION BOXES FOR USE IN
PHOTOVOLTAIC MODULES AND PANELS
Refer addendum page for Models/Product

Have been investigated by UL in accordance with the
component requirements in the Standard(s) indicated on
this Certificate. UL Recognized components are incomplete
in certain constructional features or restricted in
performance capabilities and are intended for installation in
complete equipment submitted for investigation to UL LLC.

**Standard(s) for Safety:** UL 3730 -Photovoltaic Junction Boxes

**Additional Information:** See the UL Online Certifications Directory at
https://iq.ulprospector.com for additional information.

This *Certificate of Compliance* does not provide authorization to apply the UL Recognized Component Mark. Only the UL Follow-Up Services Procedure provides authorization to apply the UL Mark.

Only those products bearing the UL Recognized Component Mark should be considered as being UL Certified and covered under UL's Follow-Up Services.

Look for the UL Recognized Component Mark on the product.

Bruce Mahrenholz, Director North American Certification Program

UL LLC

Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL. For questions, please contact a local UL Customer Service Representative at http://ul.com/aboutul/locations/



**EXHIBIT 5**

# CERTIFICATE OF COMPLIANCE

|  |  |
|---|---|
| **Certificate Number** | E470114 |
| **Report Reference** | E470114-20160324 |
| **Issue Date** | 2020-MARCH-19 |

This is to certify that representative samples of the product as specified on this certificate were tested according to the current UL requirements.

Photovoltaic Junction Boxes

Models PV-JB07A, PV-JB07B, PV-JB08A, PV-JB08B, PV-JB08C, PV-JB08D, PV-JB08E, PV-JB08F, PV-JB12x series contain PV-JB12A series and PV-JB12B series, (PV-JB12A series followed "-xyza", where x can be 1, 2, 3, 4 or 5, y can be 1, 2 or 3, z can be 1, 2 or 3, a can be 1, 2 or 3; PV-JB12B series, followed "-xyza", where x can be 1, 2, 3, 4, 5, 6 or 7, y can be 1, 2 or 3, z can be 1, 2 or 3, a can be 1, 2 or 3.), PV-JB12E, PV-JB12F, PV-JB12K-1-YZ series, PV-JB12K-2-YZ series and PV-JB12K-3-YZ series, where Y can be 1, 2, 3, 4, 5, 6, 7 or 8; Z can be 1 or 2.

PV-JB06x series contain PV-JB06A series and PV-JB06B series.(PV-JB06A series, followed "-xyz", where x can be 1, 2 or 3, y can be 1, 2 or 3, z can be 1 or 2. PV-JB06B series, followed "-xyz", where x can be 1, 2, 3 or 4, y can be 1, 2 or 3, z can be 1 or 2.)

*Bruce Mahrenholz*

Bruce Mahrenholz, Director North American Certification Program

UL LLC

Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL. For questions, please contact a local UL Customer Service Representative at http://ul.com/aboutul/locations/



**EXHIBIT 5**

# Zertifikat      *Certificate*



**TÜV**Rheinland ®

| Zertifikat Nr. *Certificate No.* | Blatt *Sheet* |
| R  50377301 | 0013 |

| Ihr Zeichen *Client Reference* | Unser Zeichen *Our Reference* | Ausstellungsdatum | *Date of Issue* |
| H.Y.H. | 01-CZY-15104208 019 | 15.09.2020 | *(day/mo/yr)* |

| Genehmigungsinhaber *License Holder* | Fertigungsstätte *Manufacturing Plant* |
| SUZHOU UKT NEW ENERGY TECHNOLOGY CO.,LTD<br>688th,Youming Road,<br>Wujiang District, Suzhou<br>215200 Jiangsu<br>P.R. China | SUZHOU UKT NEW ENERGY TECHNOLOGY CO.,LTD<br>688th,Youming Road,<br>Wujiang District, Suzhou<br>215200 Jiangsu<br>P.R. China |

**Prüfzeichen** *Test Mark*



Bauart geprüft
Sicherheit
Regelmäßige
Produktions-
überwachung

www.tuv.com
ID 1419046612

**Geprüft nach** *Tested acc. to*
IEC 62790:2014
EN 62790:2015

**Zertifiziertes Produkt (Geräteidentifikation)**
*Certified Product       (Product Identification)*

Lizenzentgelte - Einheit
*License Fee - Unit*

<u>PV-Anschlussdose</u> (PV Components for BOS - electrical)

as page 0001


Addition

| Type Designation | : | PV-JB12x (x=S1 or S2)<br>(UKTR) | | 2 |
| Rated Voltage | : | 1500V for S1<br>1000V for S2 | | |
| Rated current | : | 30A | | |
| Reverse current | : | 54A | | |

2

ANLAGE (Appendix): 2.5

*Dem Zertifikat liegt unsere Prüf- und Zertifizierungsordnung zugrunde und es bestätigt die Konformität des Produktes mit den oben genannten Standards und Prüfgrundlagen. Zusätzliche Anforderungen in Ländern, in denen das Produkt in Verkehr gebracht werden soll, müssen zusätzlich betrachtet werden. Die Herstellung des zertifizierten Produktes wird überwacht.*
This certificate is based on our Testing and Certification Regulation and states the conformity of the product with the standards and testing requirements as indicated above. Any additional requirements in countries where the product is going to be marketed have to be considered additionally. The manufacturing of the certified product is subject to surveillance.

Zertifizierungsstelle



**TÜV Rheinland LGA Products GmbH, Tillystraße 2, 90431 Nürnberg**
Tel.: +49 221 806-1371   e-mail: cert-validity@de.tuv.com       **EXHIBIT 5**
Fax: +49 221 806-3935   http://www.tuv.com/safety

Dipl.-Ing. (FH) Bernd Scheirer



# Zertifikat    *Certificate*

| | |
|---|---|
| **Zertifikat Nr.** *Certificate No.* | **Blatt** *Sheet* |
| R  50377301 | 0014 |

**Ihr Zeichen** *Client Reference*
H.Y.H.

**Unser Zeichen** *Our Reference*
01-CZY-15104208 019

**Ausstellungsdatum** *Date of Issue*
15.09.2020  (day/mo/yr)

**Genehmigungsinhaber** *License Holder*
SUZHOU UKT NEW ENERGY TECHNOLOGY
CO.,LTD
688th,Youming Road,
Wujiang District, Suzhou
215200 Jiangsu
P.R. China

**Fertigungsstätte** *Manufacturing Plant*
Jiangsu Holysun Electronics
Technology Co., Ltd.
No. 29 Middle
Yulong Road, Xinbei District
Changzhou
213125 Jiangsu
P.R. China

**Prüfzeichen** *Test Mark*



Bauart geprüft
Sicherheit
Regelmäßige
Produktions-
überwachung
www.tuv.com
ID 1419046612

**Geprüft nach** *Tested acc. to*
IEC 62790:2014
EN 62790:2015

**Zertifiziertes Produkt (Geräteidentifikation)**
*Certified Product         (Product Identification)*

**Lizenzentgelte - Einheit**
*License Fee - Unit*

<u>PV-Anschlussdose</u> (PV Components for BOS - electrical)

as page 0001


Addition

Manufacting Plant        : see above

*Dem Zertifikat liegt unsere Prüf- und Zertifizierungsordnung zugrunde und es bestätigt die Konformität des Produktes mit den oben genannten Standards und Prüfgrundlagen. Zusätzliche Anforderungen in Ländern, in denen das Produkt in Verkehr gebracht werden soll, müssen zusätzlich betrachtet werden. Die Herstellung des zertifizierten Produktes wird überwacht.*
*This certificate is based on our Testing and Certification Regulation and states the conformity of the product with the standards and testing requirements as indicated above. Any additional requirements in countries where the product is going to be marketed have to be considered additionally. The manufacturing of the certified product is subject to surveillance.*

**TÜV Rheinland LGA Products GmbH, Tillystraße 2, 90431 Nürnberg**
Tel.: +49 221 806-1371   e-mail: cert-validity@de.tuv.com
Fax: +49 221 806-3935   http://www.tuv.com/safety

**Zertifizierungsstelle**



Dipl.-Ing. (FH) Bernd Scheirer

**EXHIBIT 5**

△ TÜVRheinland®

SUZHOU UKT NEW ENERGY TECHNOLOGY          Date    : 15.09.2020
CO.,LTD                                    Our ref. : CZY 01
Ms. huang youhua                          Your ref.: H.Y.H.

688th,Youming Road,
Wujiang District, Suzhou
215200 Jiangsu
P.R. China

**Ref : R  TÜV-Bauart-Zeichen o. Akkred. Nr.**

Type of Equipment : PV Components for BOS – electrical
Model Designation : See Certificate
Certificate No.    : R 50377301 0013
Report No.         : 15104208 019


Dear Ms. huang youhua,

The above specified equipment has been tested and found to be in
accordance with the relevant requirements.

Please find enclosed your certificate as specified above.

If cancellation of the certificate is submitted by 15 November in a
given year, no fee will be charged for the following year.

The certificate is issued with the reservation that the license holder
applies all information required in § 6 of the ProdSG related to name
and address of the manufacturer or his authorized representative /
importer, including their respective contact addresses on the product
prior to marketing of the product in the European Economic Area.


With kind regards,

Certification Body


Dipl.-Ing. (FH) Bernd Scheirer


Enclosure

---

□ TÜV Rheinland Thailand Ltd.
18/F, Tararom Business Tower
2445/38-38 New Petchburi Road
Bangkapi, Huay Kwang
Bangkok 10320
Tel    +66 (0) 2326-1333
Fax    +66 (0) 2326-1334-5
Email  info@tha.tuv.com

□ TÜV Rheinland Thailand Ltd.
Global Technology Assessment Center Bangkok
Ladkrabang Industrial Estate
123/1, Soi Chalongkung 31, Lamplatew
Ladkrabang, Bangkok 10520
Tel    +66 (0) 2326-1333
Fax    +66 (0) 2326-1334-5
Email  info@tha.tuv.com

□ TÜV Rheinland Thailand Ltd.
Hatyai Branch Office
7,9,11,13,15 3/F, Chaiyong Building, Room 3 C
Juti-Uthit 1 Road
Hatyai, Songkhla 90110
Tel    +66 (0) 74 247550-2
Fax    +66 (0) 74 247553
Email  info@tha.tuv.com

EXHIBIT 5



# Zertifikat **Certificate**

| Zertifikat Nr. *Certificate No.* | Blatt *Sheet* |
| R 50377301 | 0015 |

| Ihr Zeichen *Client Reference* | Unser Zeichen *Our Reference* | Ausstellungsdatum | *Date of Issue* |
| H.Y.H. | 01-CZY-15104208 019 | 15.09.2020 | *(day/mo/yr)* |

| Genehmigungsinhaber *License Holder* | Fertigungsstätte *Manufacturing Plant* |
| SUZHOU UKT NEW ENERGY TECHNOLOGY CO.,LTD<br>688th,Youming Road,<br>Wujiang District, Suzhou<br>215200 Jiangsu<br>P.R. China | Suzhou Xtong Photovoltaic Technologies Co., Ltd.<br>No. 30 ZhongTa Rd., Mudu<br>Suzhou<br>215101 Jiangsu<br>P.R. China |

| Prüfzeichen *Test Mark* | Geprüft nach *Tested acc. to* |
|  | IEC 62790:2014<br>EN 62790:2015 |

| Zertifiziertes Produkt (Geräteidentifikation) | Lizenzentgelte - Einheit |
| *Certified Product* *(Product Identification)* | *License Fee - Unit* |

PV-Anschlussdose (PV Components for BOS - electrical)

as page 0001


Addition

Manufacting Plant     : see above

*Dem Zertifikat liegt unsere Prüf- und Zertifizierungsordnung zugrunde und es bestätigt die Konformität des Produktes mit den oben genannten Standards und Prüfgrundlagen. Zusätzliche Anforderungen in Ländern, in denen das Produkt in Verkehr gebracht werden soll, müssen zusätzlich betrachtet werden. Die Herstellung des zertifizierten Produktes wird überwacht.*
*This certificate is based on our Testing and Certification Regulation and states the conformity of the product with the standards and testing requirements as indicated above. Any additional requirements in countries where the product is going to be marketed have to be considered additionally. The manufacturing of the certified product is subject to surveillance.*

**TÜV Rheinland LGA Products GmbH, Tillystraße 2, 90431 Nürnberg**

Tel.: +49 221 806-1371   e-mail: cert-validity@de.tuv.com
Fax: +49 221 806-3935   http://www.tuv.com/safety

Zertifizierungsstelle



Dipl.-Ing. (FH) Bernd Scheirer

**EXHIBIT 5**



# Zertifikat     *Certificate*

| **Zertifikat Nr.** *Certificate No.* | **Blatt** *Sheet* |
|---|---|
| R  50377301 | 0016 |

| **Ihr Zeichen** *Client Reference* | **Unser Zeichen** *Our Reference* | **Ausstellungsdatum** | **Date of Issue** |
|---|---|---|---|
| H.Y.H. | 01-CZY-15104208 019 | 15.09.2020 | *(day/mo/yr)* |

| **Genehmigungsinhaber** *License Holder* | **Fertigungsstätte** *Manufacturing Plant* |
|---|---|
| SUZHOU UKT NEW ENERGY TECHNOLOGY CO.,LTD<br>688th,Youming Road,<br>Wujiang District, Suzhou<br>215200 Jiangsu<br>P.R. China | Changzhou Greateen New Energy Technology Co. Ltd.<br>Zhaiqiao Industrial Park<br>Qianhuang town Wujin District<br>Changzhou<br>213174 Jiangsu<br>P.R. China |

| **Prüfzeichen** *Test Mark* | **Geprüft nach** *Tested acc. to* |
|---|---|
| Bauart geprüft<br>Sicherheit<br>Regelmäßige<br>Produktions-<br>überwachung<br>www.tuv.com<br>ID 1419046612 | IEC 62790:2014<br>EN 62790:2015 |

| **Zertifiziertes Produkt (Geräteidentifikation)** | **Lizenzentgelte - Einheit** |
|---|---|
| *Certified Product      (Product Identification)* | *License Fee - Unit* |

PV-Anschlussdose (PV Components for BOS – electrical)

as page 0001


Addition

Manufacting Plant      : see above

*Dem Zertifikat liegt unsere Prüf- und Zertifizierungsordnung zugrunde und es bestätigt die Konformität des Produktes mit den oben genannten Standards und Prüfgrundlagen. Zusätzliche Anforderungen in Ländern, in denen das Produkt in Verkehr gebracht werden soll, müssen zusätzlich betrachtet werden. Die Herstellung des zertifizierten Produktes wird überwacht.*
*This certificate is based on our Testing and Certification Regulation and states the conformity of the product with the standards and testing requirements as indicated above. Any additional requirements in countries where the product is going to be marketed have to be considered additionally. The manufacturing of the certified product is subject to surveillance.*

**TÜV Rheinland LGA Products GmbH, Tillystraße 2, 90431 Nürnberg**
Tel.: +49 221 806-1371  e-mail: cert-validity@de.tuv.com
Fax: +49 221 806-3935  http://www.tuv.com/safety

**Zertifizierungsstelle**



Dipl.-Ing. (FH) Bernd Scheirer

**EXHIBIT 5**

 深圳品信檢測科技有限公司
Shenzhen Pinxin Detection Technology Co., LTD.  



# 校 准 证 书
## CALIBRATION CERTIFICATE

| | |
|---|---|
| **证书编号：**<br>Certificate No. | PS202112210006 |
| **委 托 方：**<br>Client | VICTOR NEW ENERGY COMPANY LIMITED |
| **委托方地址：**<br>Address | Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao District, Hai Phong City, Vietnam |
| **仪器名称：**<br>Description | 程控安规综合测试仪<br>Máy đo điện áp cách điện |
| **型号/规格：**<br>Model/Type | 9860D |
| **制造单位：**<br>Manufacturer | 常州市扬子电子有限公司 |
| **出厂编号：**<br>Serial No. | 183631 |
| **管理编号：**<br>Asset No. | HTYQ-03 |
| **校准日期：**<br>Calibration Date | 2021 年/Y    12 月/M    21 日/D |

| | |
|---|---|
| **批 准：**<br>Approved by | 王木匀奇 |
| **核 验：**<br>Inspected by | 唐俊旺 |
| **校 准：**<br>Calibrated by | 钟欣 |

发证单位（专用章）
Issued By (Stamp)

地址：深圳市宝安区沙井街道新玉路3号众恒晟高新科技园A栋6楼602
Address：602,6/F,Building A,Zhonghangsheng Hi-Tech Industrial Park,No.3, Xinyu Road,Shajing Town,Baoan District,Shenzhen City
电话(Tel)：86-755-23596580                    传真(Fax)：86-755-23596581
电子邮件（E-mail）：pxjcs@szpxjc.com           邮编(Post Code)：518000
公司网站：www.szpxjc.com                       company website:www.szpxjc.com

第 1 页，共 5 页

**EXHIBIT 5**

 深圳品信檢測科技有限公司
Shenzhen Pinxin Detection Technology Co., LTD.

# 校　准　说　明
## DIRECTIONS OF CALIBRATION

**证书编号：** PS202112210006
Certificate No.

1. **本实验室所出具的数据均可溯源至国家计量基准和国际单位制(SI)。**
   All data issued by this laboratory are traceable to national primary standards and International System of Units(SI).

2. **本报告未经签章无效，数据涂改无效。**
   It will be ineffective without certification,and the change of data will be ineffective,too.

3. **本证书的校准结果仅对所校准样品有效。**
   The results of this certificate are only responsible for the item calibrated.

4. **未经本实验室书面批准，不得部分复制校准证书**
   This certificate shall not be reproduced except in full , without the written approval of our laboratory.

5. **本次校准的技术依据文件：**
   Reference documents for the Calibration
   **JJF(电子) 0004-2015 安规综合测试仪校准规范**

6. **本次校准使用的主要测量标准：**
   Main Standards of Measurement Used in the Calibration.

| 设 备 名 称 | 型号/规格 | 编号 | 证书编号/有效期至 | 准确度等级/最大允许误差/不确定度 |
|---|---|---|---|---|
| Name of Equipment | Model/Type | Serial No. | Certificate No/Due Data | Metrological Charcteristic |
| 数字高压表 | MS1850-50 | 61061 | 2020E12-10-1231281001/2022.05.26 | AC:1.0级；DC:0.5级 |
| 电子秒表 | PC396 | PX-DX-025 | 193103693/2022.11.24 | $U=0.01s,k=2$ |
| 标准可调式高阻箱 | ZX119-4 | 943 | 2020F12-10-1704069001/2022.05.26 | $U=0.07\%\sim1.3\%,k=3$ |
| 数字多用表 | 287C | PX-DX-287 | 203171493/2022.05.24 | DCV:0.025%；ACV:0.4%；DCI:0.15%；ACI:0.7%；OHM:0.05% |
| 接地电阻箱 | LJDB-2 | 19015 | 203192893/2022.05.25 | 0.2级 |
| 分流器 | 100A | PX-DX-356 | 203171617/2022.05.24 | 0.1级 |

7. **校准地点、环境条件：**
   Place and environmental conditions of the calibration

| 地点：  委托方现场 | 温　度： | (20±2)　℃ | 湿度： | ≤60　%RH |
|---|---|---|---|---|
| Place | Temperature | | Relative Humidity | |

第 2 页，共 5 页

**EXHIBIT 5**



深圳品信檢測科技有限公司
Shenzhen Pinxin Detection Technology Co., LTD.

# 校　准　结　果
## RESULTS OF CALIBRATION

证书编号：  PS202112210006
Certificate No.

**一、外观和工作正常性检查Appearance & working performance：**　　　　符合Complied.

**二、电压校准 Voltage calibration**

| 量程/档位 Range / Gear | 标称值 Nominal value | 实测值 Measured value | 误差 Error | 允差 MPE | 结论 Conclusion |
|---|---|---|---|---|---|
| 5 kV（AC） | 1.00 kV | 0.996 kV | -0.004 kV | ±0.05 kV | P |
| | 2.00 kV | 1.992 kV | -0.008 kV | ±0.10 kV | P |
| | 3.00 kV | 2.986 kV | -0.014 kV | ±0.15 kV | P |
| | 4.00 kV | 3.983 kV | -0.017 kV | ±0.20 kV | P |
| | 5.00 kV | 4.977 kV | -0.023 kV | ±0.25 kV | P |
| 6 kV（DC） | 1.00 kV | 0.996 kV | -0.004 kV | ±0.05 kV | P |
| | 2.00 kV | 1.992 kV | -0.008 kV | ±0.10 kV | P |
| | 3.00 kV | 2.986 kV | -0.014 kV | ±0.15 kV | P |
| | 4.00 kV | 3.986 kV | -0.014 kV | ±0.20 kV | P |
| | 5.00 kV | 4.983 kV | -0.017 kV | ±0.25 kV | P |
| | 6.00 kV | 5.977 kV | -0.023 kV | ±0.30 kV | P |

**三、击穿报警电流 Current calibration**

| 量程/档位 Range / Gear | 标称值 Nominal value | 实测值 Measured value | 误差 Error | 允差 MPE | 结论 Conclusion |
|---|---|---|---|---|---|
| 20 mA（AC） | 0.05 mA | 0.051 mA | -0.001 mA | ±0.003 mA | P |
| | 0.50 mA | 0.503 mA | -0.003 mA | ±0.025 mA | P |
| | 1.00 mA | 1.007 mA | -0.007 mA | ±0.050 mA | P |
| | 2.00 mA | 2.011 mA | -0.011 mA | ±0.100 mA | P |
| | 5.00 mA | 5.014 mA | -0.014 mA | ±0.250 mA | P |
| | 10.00 mA | 10.020 mA | -0.020 mA | ±0.500 mA | P |
| | 20.00 mA | 20.034 mA | -0.034 mA | ±1.000 mA | P |
| 10 mA（DC） | 0.05 mA | 0.051 mA | -0.001 mA | ±0.003 mA | P |
| | 0.50 mA | 0.503 mA | -0.003 mA | ±0.025 mA | P |
| | 1.00 mA | 1.007 mA | -0.007 mA | ±0.050 mA | P |
| | 2.00 mA | 2.011 mA | -0.011 mA | ±0.100 mA | P |
| | 5.00 mA | 5.014 mA | -0.014 mA | ±0.250 mA | P |
| | 10.00 mA | 10.020 mA | -0.020 mA | ±0.500 mA | P |

**四、计时功能 Timer function**

| 标称值 Nominal value | 实测值 Measured value | 误差 Error | 允差 MPE | 结论 Conclusion |
|---|---|---|---|---|
| 20 s | 20.13 s | -0.13 s | ±1.00 s | P |
| 30 s | 30.13 s | -0.13 s | ±1.50 s | P |
| 60 s | 60.13 s | -0.13 s | ±3.00 s | P |

第3页，共5页

**EXHIBIT 5**



深圳品信檢測科技有限公司
Shenzhen Pinxin Detection Technology Co., LTD.

# 校 准 结 果
## RESULTS OF CALIBRATION

证书编号：PS202112210006
Certificate No.

## 五、绝缘电阻校准 Insulation resistance calibration

| 测试电压 Test voltage | 标准值 Standard value | 示值 Indication | 误差 Error | 允差 MPE | 结论 Conclusion |
|---|---|---|---|---|---|
| 0.500 kV | 2 MΩ | 2.00 MΩ | 0.0 MΩ | ±0.1 MΩ | P |
| | 5 MΩ | 4.98 MΩ | 0.0 MΩ | ±0.3 MΩ | P |
| | 10 MΩ | 9.97 MΩ | 0.0 MΩ | ±0.5 MΩ | P |
| | 20 MΩ | 19.8 MΩ | -0.2 MΩ | ±1.0 MΩ | P |
| | 50 MΩ | 49.8 MΩ | -0.2 MΩ | ±2.5 MΩ | P |
| | 100 MΩ | 99.6 MΩ | -0.4 MΩ | ±5.0 MΩ | P |
| | 200 MΩ | 197 MΩ | -3.0 MΩ | ±10.0 MΩ | P |
| | 500 MΩ | 494 MΩ | -6.0 MΩ | ±25.0 MΩ | P |
| | 1000 MΩ | 992 MΩ | -8.0 MΩ | ±50.0 MΩ | P |
| | 2000 MΩ | 1991 MΩ | -9.0 MΩ | ±100.0 MΩ | P |
| 1.000 kV | 2 MΩ | 2.00 MΩ | 0.0 MΩ | ±0.1 MΩ | P |
| | 5 MΩ | 4.98 MΩ | 0.0 MΩ | ±0.3 MΩ | P |
| | 10 MΩ | 9.97 MΩ | 0.0 MΩ | ±0.5 MΩ | P |
| | 20 MΩ | 19.8 MΩ | -0.2 MΩ | ±1.0 MΩ | P |
| | 50 MΩ | 49.8 MΩ | -0.2 MΩ | ±2.5 MΩ | P |
| | 100 MΩ | 99.6 MΩ | -0.4 MΩ | ±5.0 MΩ | P |
| | 200 MΩ | 197 MΩ | -3.0 MΩ | ±10.0 MΩ | P |
| | 500 MΩ | 494 MΩ | -6.0 MΩ | ±25.0 MΩ | P |
| | 1000 MΩ | 992 MΩ | -8.0 MΩ | ±50.0 MΩ | P |
| | 2000 MΩ | 1991 MΩ | -9.0 MΩ | ±100.0 MΩ | P |
| 1.500 V | 2 MΩ | 2.00 MΩ | 0.0 MΩ | ±0.1 MΩ | P |
| | 5 MΩ | 4.98 MΩ | 0.0 MΩ | ±0.3 MΩ | P |
| | 10 MΩ | 9.97 MΩ | 0.0 MΩ | ±0.5 MΩ | P |
| | 20 MΩ | 19.8 MΩ | -0.2 MΩ | ±1.0 MΩ | P |
| | 50 MΩ | 49.8 MΩ | -0.2 MΩ | ±2.5 MΩ | P |
| | 100 MΩ | 99.6 MΩ | -0.4 MΩ | ±5.0 MΩ | P |
| | 200 MΩ | 197 MΩ | -3.0 MΩ | ±10.0 MΩ | P |
| | 500 MΩ | 494 MΩ | -6.0 MΩ | ±25.0 MΩ | P |
| | 1000 MΩ | 992 MΩ | -8.0 MΩ | ±50.0 MΩ | P |
| | 2000 MΩ | 1991 MΩ | -9.0 MΩ | ±100.0 MΩ | P |

## 六、绝缘电阻开路测试电压 Insulation resistance open circuit test voltage

| 标称值 Nominal value | 实测值 Measured value | 误差 Error | 允差 MPE | 结论 Conclusion |
|---|---|---|---|---|
| 0.500 kV | 0.498 kV | 0.002 kV | ±0.025 kV | P |
| 1.000 kV | 0.992 kV | 0.008 kV | ±0.050 kV | P |
| 1.500 kV | 1.485 kV | 0.015 kV | ±0.075 kV | P |

EXHIBIT 5



深圳品信檢測科技有限公司
Shenzhen Pinxin Detection Technology Co., LTD.

# 校 准 结 果
## RESULTS OF CALIBRATION

**证书编号：** PS202112210006
Certificate No.

**七、接地电阻输出电流调节误差 Grounding resistance output current adjustment error**

| 量程<br>Range | 标称值<br>Nominal value | 实测值<br>Measured value | 误差<br>Error | 允差<br>MPE | 结论<br>Conclusion |
|---|---|---|---|---|---|
| 50 A | 10.00 A | 9.987 A | 0.013 A | ±0.500 A | P |
| | 20.00 A | 19.968 A | 0.032 A | ±1.000 A | P |
| | 30.00 A | 29.932 A | 0.068 A | ±1.500 A | P |
| | 40.00 A | 39.867 A | 0.133 A | ±2.000 A | P |
| | 50.00 A | 49.821 A | 0.179 A | ±2.500 A | P |

**八、接地电阻示值相对误差 Relative error of ground resistance indication**

| 量程<br>Range | 标准值<br>Standard value | 示值<br>Indication | 误差<br>Error | 允差<br>MPE | 结论<br>Conclusion |
|---|---|---|---|---|---|
| 300 mΩ | 50.0 mΩ | 49.8 mΩ | -0.2 mΩ | ±2.5 mΩ | P |
| | 100.0 mΩ | 99.5 mΩ | -0.5 mΩ | ±5.0 mΩ | P |
| | 150.0 mΩ | 149.3 mΩ | -0.7 mΩ | ±7.5 mΩ | P |
| | 200.0 mΩ | 199.0 mΩ | -1.0 mΩ | ±10.0 mΩ | P |
| | 250.0 mΩ | 248 mΩ | -2 mΩ | ±12.5 mΩ | P |
| | 300.0 mΩ | 296 mΩ | -4 mΩ | ±15.0 mΩ | P |
| | 350.0 mΩ | 348 mΩ | -2 mΩ | ±17.5 mΩ | P |
| | 400.0 mΩ | 397 mΩ | -3 mΩ | ±20.0 mΩ | P |
| | 450.0 mΩ | 446 mΩ | -4 mΩ | ±22.5 mΩ | P |
| | 500.0 mΩ | 498 mΩ | -2 mΩ | ±25.0 mΩ | P |
| | 550.0 mΩ | 546 mΩ | -4 mΩ | ±27.5 mΩ | P |
| | 600.0 mΩ | 597 mΩ | -3 mΩ | ±30.0 mΩ | P |

**说明Note:**

1.本次示值误差测量结果的扩展不确定度分析依据《JJF1059.1-2012 测量不确定度评定与表示》：
Based on JJF1059.1-2012 Evaluation & expression of uncertainty in measurement:
DCV： $U_{rel}$= 0.8%, ACI： $U_{rel}$= 1.2%
IR： $U_{rel}$= (1.5～2.5)%, 时间： $U_{rel}$= 1.4%
GND-I： $U_{rel}$= 1.2%, GND-R： $U_{rel}$= 1.2%  (k=2)

2.按照所依据技术文件的规定：建议复校时间间隔不超过一年
Suggested date for the next calibration:No more one year.

以 下 空 白
(The below is blank)

第5页，共5页

**EXHIBIT 5**

CÔNG TY TNHH VICTOR NĂNG LƯỢNG MỚI
Km 34+500 Quốc lộ 10, Xã Quốc Tuấn, Huyện An Lão, Thành phố Hải Phòng

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
Độc lập - Tự do - Hạnh phúc

# BẢNG KÊ

### DANH MỤC MÁY MÓC

| STT | Tên thiết bị, thông số kỹ thuật chính | Đơn vị tính | Số lượng | Xuất xứ | Nguồn gốc hàng hóa | Ghi chú | Tỷ giá | Trị giá hóa đơn/ tờ khai | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | USD | VND |
| 1 | Máy ép tấm pin năng lượng mặt trời. MODEL: TDCT-Y11.MACHINE SERIAL NO: 1095Y1132.Điện áp 380V-35KW | Bộ | 1 | Ningbo Victor Solar Technology Co.,LTD | Nhập khẩu | Tờ khai 101992064163 ngày 07/05/2018 | 22,730 | 30,000.00 | 681,900,000 |
| 2 | Máy ép tấm pin năng lượng mặt trời. MODEL: BSL22220B .Điện áp 380V-54KW | Bộ | 1 | Ningbo Victor Solar Technology Co.,LTD | Nhập khẩu | Tờ khai 101992064163 ngày 07/05/2018 | 22,730 | 30,000.00 | 681,900,000 |
| 3 | Máy đóng thùng ( đóng gói) sản phẩm.MODEL: 1ZXGY01C00 MACHINE SERIAL NO: WHZK12Y112 .Điện áp 380V-1.5KW | Bộ | 1 | Ningbo Victor Solar Technology Co.,LTD | Nhập khẩu | Tờ khai 101992064163 ngày 07/05/2018 | 22,730 | 5,000.00 | 113,650,000 |
| 4 | Máy kiểm tra chất lượng sản phẩm (kiểm tra thông mạch viên pin) của tấm pin năng lượng mặt trời .MODEL: GSMT-H-B.MACHINE SERIAL NO: 110125018..Điện áp 220V-2KW | Bộ | 1 | Ningbo Victor Solar Technology Co.,LTD | Nhập khẩu | Tờ khai 101992064163 ngày 07/05/2018 | 22,730 | 10,000.00 | 227,300,000 |
| 5 | Máy kiểm tra (thông mạch pin) tấm pin năng lượng mặt trời.Model: WS-FX/A,Machine serial no:693WS-FX/A ,điện áp 220V-50/60Hz-1000W,Năm sản xuất Apr 2016.Hàng đã qua sử dụng | Bộ | 2 | Ningbo Victor Solar Technology Co.,LTD | Nhập khẩu | Tờ khai 102391263704 ngày 18/12/2018 | 23240 | 1,000 | 23,240,000 |
| 6 | Máy hàn tấm pin năng lượng mặt trời.Model: GCH-800A ;Machine serial no: 0068;điện áp380V-50Hz-7500W,Năm sản xuất Jan/2016.Hàng đã qua sử dụng | Bộ | 1 | Ningbo Victor Solar Technology Co.,LTD | Nhập khẩu | Tờ khai 102391263704 ngày 18/12/2018 | 23240 | 10,000 | 232,400,000 |
| 7 | Máy cắt tấm pin năng lượng mặt trời bằng laser ( hoạt động bằng điện).Model: SFS20  Machine serial no:SGA1150416, điện áp 220V-50Hz-2.5KVA-20W, Năm sản xuất 2015.Hàng đã qua sử dụng | Bộ | 1 | Ningbo Victor Solar Technology Co.,LTD | Nhập khẩu | Tờ khai 102391263704 ngày 18/12/2018 | 23240 | 1,000 | 23,240,000 |
| 8 | Máy in lưới dùng để sx tấm mạch in của pin mặt trời, kết nối với máy sử lý dữ liệu tự động;Model:CDF-7210B, nhãn hiệu:Despatch,c/s:61,7 kw, 380V-3PH, 50/60Hz | Bộ | 2 | Ningbo Heyu International Trading Co.LTD | Nhập khẩu | Tờ khai 102673622701 ngày 30/05/2019 | 23,330 | 72,500.00 | 1,691,425,000 |
| 9 | Khuôn để in mạch điện tử cho tấm pin năng lượng mặt trời model ZJKG hiệu chữ Trung Quốc, mới 100%. | Chiếc | 35 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102711258531 ngày 25/06/2019 | 23245 | 1,750 | 40,678,750 |
| 10 | Máy chụp quang (EL Test) dùng để kiểm tra tấm pin năng lượng mặt trời có bị nứt gãy hay không. Nhãn hiệu: WESUN, model: Wesun-EL, điện áp: 220V, công suất: 0.5KW, mới 100% | Bộ | 1 | Ningbo Heyu International Trading Co.LTD | Nhập khẩu | Tờ khai 102799631540 ngày 06/08/2019 | 23145 | 3,000 | 69,435,000 |
| 11 | Máy kiểm tra module tấm pin năng lượng mặt trời. Nhãn hiệu: WESUN, model: WS-ZJ/A, điện áp 240V, công suất: 5KW, mới 100% | Bộ | 1 | Ningbo Heyu International Trading Co.LTD | Nhập khẩu | Tờ khai 102799631540 ngày 06/08/2019 | 23145 | 4,300 | 99,523,500 |
| 12 | Máy kiểm tra, phân loại tế bào quang điện. Nhãn hiệu: AUTO-ONE, model: GDF-812W, điện áp 220V, công suất: 5KW, mới 100% | Bộ | 1 | Ningbo Heyu International Trading Co.LTD | Nhập khẩu | Tờ khai 102799631540 ngày 06/08/2019 | 23145 | 35,000 | 810,075,000 |
| 13 | Máy chụp quang (EL) dùng để kiểm tra sai khác về màu sắc của tấm pin năng lượng mặt trời . Nhãn hiệu: ZHEWEI JIANCE, model: CEA-270D, điện áp: 380V, công suất: 3KW, mới 100% | Bộ | 1 | Ningbo Heyu International Trading Co.LTD | Nhập khẩu | Tờ khai 102901166320 ngày 01/10/2019 | 23140 | 39,500 | 914,030,000 |

**EXHIBIT 5**

| 14 | Máy hàn tự động dùng để sản xuất tấm pin năng lượng mặt trời. Nhãn hiệu: SUNNYWORLD, model: H730-, điện áp: 380V, công suất: 5KW, mới 100% | Bộ | 1 | Ningbo Heyu International Trading Co.LTD | Nhập khẩu | Tờ khai 102901166320 ngày 01/10/2019 | 23140 | 10,000 | 231,400,000 |
| 15 | Máy sấy tấm bán dẫn silicon nhiệt độ cao dùng để làm tấm pin năng lượng mặt trời, ký hiệu: DS-300, Hiệu: SC, 380v/50hz - 135KVA | Chiếc | 2 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102941138317 ngày 23/10/2019 | 23,145 | 84,000.00 | 1,944,180,000 |
| 16 | Máy làm mát nước,dùng để cung cấp nước mát cho hệ thống tảo nhiệt của máy sấy tấm pin năng lượng mặt trời:380v - 12KW + 9.06Kw+0.75Kw,ký hiệu:2BDSL-15W-15, hiệu Baoda | Chiếc | 2 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102941138317 ngày 23/10/2019 | 23,145 | 4,000.00 | 92,580,000 |
| 17 | Máy phủ bạc, nhôm và sấy tấm pin năng lượng mặt trời: 01cái loại (KH:Dek-J GLB-300(2), Hiệu: DEK, 380v-30KVA , hàng đã qua sử dụng, (đã bao gồm tủ điều khiển) | Chiếc | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102941138317 ngày 23/10/2019 | 23,145 | 42,150.00 | 975,561,750 |
| 18 | Máy phủ bạc, nhôm và sấy tấm pin năng lượng mặt trời, KH:CF-7210B, hiệu: Despatch, 380v - 55,3Kw +25Ka +5Ka, hàng đã qua sử dụng, (đã bao gồm tủ điều khiển) | Chiếc | 3 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102941138317 ngày 23/10/2019 | 23,145 | 126,450.00 | 2,926,685,250 |
| 19 | Máy tẩy rửa và khắc tấm bán dẫn dẫn silicon, dùng để sản xuất tấm pin năng lượng mặt trời, ký hiệu: PPV13121, Hiệu: Kuttler, 380v/50hz -95KW | Chiếc | 4 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102941138317 ngày 23/10/2019 | 23,145 | 140,000.00 | 3,240,300,000 |
| 20 | Máy phủ lớp chất bán dẫn lên tấm bán dẫn silicon, dùng để sản xuất tấm pin năng lượng mặt trời, Ký hiệu: SRD-20160019, Hiệu: PECVD, 380V-100KW | Chiếc | 2 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102941138317 ngày 23/10/2019 | 23,145 | 83,000.00 | 1,921,035,000 |
| 21 | Máy kiểm tra công suất, phân loại tấm pin năng lượng mặt trời, 380V-10KW, Model: 3730, hiệu: Chroma | Chiếc | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102941138317 ngày 23/10/2019 | 23,145 | 30,000.00 | 694,350,000 |
| 22 | Máy sấy tấm bán dẫn silicon ở nhiệt độ thấp, dùng để sản tấm pin năng lượng mặt trời, 380v-6KW, hiệu: Shenggang, model: DRY08 | Chiếc | 2 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102941138317 ngày 23/10/2019 | 23,145 | 2,000.00 | 46,290,000 |
| 23 | Máy lọc không khí hấp phụ xử lý khí thải bằng than hoạt tính (nhãn hiệu ARS, model: ARD-250, điện áp: 380V, công suất: 22KW) Dùng trong sản xuất tấm pin năng lượng mặt trời. Mới 100% | Bộ | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 102973419840 ngày 07/11/2019 | 23150 | 35,000 | 810,250,000 |
| 24 | Máy nén khí trục vít, không có bình chứa khí đi kèm ( Model: HZ-100VA, điện áp 380V, công suất: 75kW) dùng trong sản xuất tấm pin năng lượng mặt trời. Mới: 100%. | Chiếc | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 103001342030 ngày 21/11/2019 | 23140 | 6,642.86 | 153,715,780 |
| 25 | Máy nén khí trục vít, không có bình chứa khí đi kèm ( Model: HZ-75VA, điện áp 380V, công suất: 55kW) dùng trong sản xuất tấm pin năng lượng mặt trời. Mới: 100%. | Chiếc | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 103001342030 ngày 21/11/2019 | 23140 | 5,857.14 | 135,534,220 |
| 26 | Máy sấy khí nén ( Model: CPC-180FN, điện áp 380V, công suất: 3.5kW) dùng trong sản xuất tấm pin năng lượng mặt trời. Mới: 100%. | Chiếc | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 103001342030 ngày 21/11/2019 | 23140 | 1,500 | 34,710,000 |
| 27 | Máy hàn tự động dùng để sản xuất tấm pin năng lượng mặt trời. Nhãn hiệu: GUANGYUANCORP, model: GCH-800A , điện áp: 380V, công suất: 7500W, năm sản xuất:2019, mới 100% | Bộ | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 103086208520 ngày 03/01/2020 | 23110 | 7,000 | 161,770,000 |
| 28 | Máy cắt Laser, cắt nguyên vật liệu  bằng tia laser (hoạt động bằng điện).Model:1610, điện áp:220V,Công suất:2000W,Năm sản xuất:2020.Nhà sản xuất: Yuyao Jiewei Laser Equipment Co., Ltd..Mới 100% | Bộ | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 103505576160 ngày 31/08/2020 | 23090 | 7,240 | 167,171,600 |
| 29 | Máy hàn tự động dùng trong sản xuất tấm pin năng lượng mặt trời. Nhãn hiệu: AUTO-ONE, model: GCH-1600A , điện áp: 220V, công suất: 9500W, năm sản xuất:2020, mới 100% (hàng đồng bộ tháo rời) | Bộ | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 103606603330 ngày 21/10/2020 | 23090 | 40,000 | 923,600,000 |

**EXHIBIT 5**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Máy nén khí trục vít,không có bình chứa khí đi kèm(Model:TK-50AY,hiệu:TOKA,điệnáp:380V,c'suất:37kW)ns x:Shenzhen Huitong Jidian She Beiyong Company,dùng trong sx tấm pin NLMT,nsx2020,Mới100%. | Bộ | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 103684293640 ngày 27/11/2020 | 23090 | 4,153.7 | 95,908,933 |
| 31 | Máy sấy khí nén,Model:CPC-50FN,hiệu:Copcouf,điệnáp:220-380V,c'suất:1.3kW)nsx:Copco Super(Guangdong)Jieneng Technology Development Co., Ltd,dùng trong sx tấm pin NLMT,nsx2020, Mới100%. | Bộ | 1 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 103684293640 ngày 27/11/2020 | 23090 | 692.3 | 15,985,207 |
| 32 | Máy bơm chân không (Model:2X-70,điện áp:380V,c'suất:5.5kW)nsx:Sichuan South Vacuum Equipment Co., Ltd.,dùng trong sx tấm pin NLMT,nsx2020,Mới100%. | Chiếc | 2 | Victor New Energy Co., LTD | Nhập khẩu | Tờ khai 103723972700 ngày 16/12/2020 | 23040 | 1,600 | 36,864,000 |
| 33 | Máy cắt Laser,cắt nguyên vật liệu bằng tia laser.Model:SFS30AD-2000V19,C'suất:220V-3KW,NămS'xuất:2020.Nhà s'xuất:Wuhan Sunic Intelligent Equipment Manufacture Co.,LTD.Mới100% | Chiếc | 1 | Ningbo Vwin New Energy Technology Co., LTD | Nhập khẩu | Tờ khai 103768733130 ngày 06/01/2021 | 23035 | 6,000 | 138,210,000 |
| 34 | Máy hàn tự động dùng trong sản xuất tấm pin năng lượng mặt trời. Nhãn hiệu: AUTO-ONE, model: GCH-1600A , điện áp: 220V, công suất: 9500W, năm sản xuất:2021, mới 100% (hàng đồng bộ tháo rời) | Bộ | 1 | Ningbo Vwin New Energy Technology Co., LTD | Nhập khẩu | Tờ khai 103985771520 ngày 27/04/2021 | 22985 | 40,000 | 919,400,000 |
| 35 | Máy phun keo dùng trong sản xuất tấm pin năng lượng mặt trời.Model:BD03,hiệu:Yinglun CNC,điện áp:220V,công suất:1.7kW,năm sản xuất:2021, mới 100% | Bộ | 1 | Ningbo Vwin New Energy Technology Co., LTD | Nhập khẩu | Tờ khai 104025335740 ngày 15/05/2021 | 22970 | 11,000 | 252,670,000 |
| 36 | Máy hàn tấm pin năng lượng mặt trời ,model: H1600, công suất:15KW/380V/30A, năm sản xuất: 2021,NSX: SHENZHEN XINHONGHUA TECHNOLOGY CO.,LTD,hàng đã qua sử dụng,Số seri: 20210301; 20210302; 20210303. | Chiếc | 3 | Ningbo Vwin New Energy Technology Co., LTD | Nhập khẩu | Tờ khai 104665312360 ngày 23/04/2022 | 22,760 | 62,614.80 | 1,425,112,848 |
| 37 | Máy ép kim loại dùng trong sản xuất tấm pin năng lượng mặt trời.Model:XK202204P027,Công suất:0.35KW,Điện áp:220V,Nhà s'xuất:Xinkun new energy science and technology,năm s'xuất:2022.Mới 100% | Bộ | 1 | Ningbo Vwin New Energy Technology Co., LTD | Nhập khẩu | Tờ khai 104792230540 ngày 20/06/2022 | 23,090 | 6,604.00 | 152,486,360 |
| 38 | Máy phun keo dùng trong sản xuất tấm pin năng lượng mặt trời.Model:BD03,hiệu:Yinglun CNC,điện áp:220V,công suất:1.7KW,năm sản xuất:2022,Mới 100% | Bộ | 1 | Ningbo Vwin New Energy Technology Co., LTD | Nhập khẩu | Tờ khai 104792230540 ngày 20/06/2022 | 23,090 | 13,208.00 | 304,972,720 |
| 39 | Bình CO2 + tem kiểm định | Bình | 18 | | | | | | |
| 40 | Bình MFZ4 + tem kiểm định | Bình | 33 | Công ty TNHH Thương mại cơ khí Hoàng Hải | Việt Nam | Hóa đơn 0000230 ngày 11/5/2020 | 1 | | 21,103,500 |
| 41 | Kệ để bình loại 2 quả | Cái | 3 | | | | | | |
| 42 | Kệ để bình loại 3 quả | Cái | 15 | | | | | | |
| 43 | Hệ thống trạm bơm phòng cháy chữa cháy | Công trình | 1 | Công ty TNHH Thương mại cơ khí Hoàng Hải | Việt Nam | Hóa đơn 0000289 ngày 3/2/2021 | 1 | | 304,657,746 |
| 44 | Kim thu sét | Công trình | 1 | Công ty TNHH Thương mại cơ khí Hoàng Hải | Việt Nam | Hóa đơn 0000231 ngày 11/5/2020 | 1 | | 6,091,800 |
| 45 | Hệ thống phòng cháy chữa cháy | Công trình | 1 | Công ty TNHH Thương mại cơ khí Hoàng Hải | Việt Nam | Hóa đơn 0000297 ngày 1/3/2021 | 1 | | 2,709,476,550 |
| 46 | Máy nén khí trục vít | Chiếc | 1 | Công ty TNHH Thương mại thiết bị điện máy Thành Tín Việt Nam | Việt Nam | Hóa đơn 0000071 ngày 22/1/2019 | 1 | | 75,900,000 |
| 47 | Bình chứa khí | Chiếc | 1 | | | | | | |
| 48 | Máy sấy | Chiếc | 1 | | | | | | |
| 49 | Máy nén khí | Chiếc | 1 | Công ty TNHH Thương mại thiết bị điện máy Thành Tín Việt Nam | Việt Nam | Hóa đơn 0000099 ngày 20/8/2019 | 1 | | 265,045,000 |
| 50 | Máy làm lạnh | Chiếc | 2 | | | | | | |
| 51 | Bình chứa khí | Chiếc | 2 | | | | | | |
| 52 | Máy sấy | Chiếc | 1 | | | | | | |

**EXHIBIT 5**

| 53 | Hệ thống ống gió | Công trình | 1 | Công ty TNHH cơ khí Mai Phương | Việt Nam | Hóa đơn 0000146 ngày 26/8/2019 | 1 | | 208,295,000 |
| | TỔNG | | | | | | | | 27,000,110,514 |

**CÔNG TY TNHH VICTOR NĂNG LƯỢNG MỚI**

EXHIBIT 5

Production line option

## BIỂU KIỂM TRA KHÂU ĐIỆN CAO ÁP, ĐIỆN TRỞ NỐI ĐẤT
### (Victor New Energy Company Limited)
### Tháng 08 Năm 2022

Đơn vị/ QC Dept

| Ngày sx/ .......... | Chủng Loại sx/ .......... | Wet insulation-resistance test 1800V in 5s ( ...................... ) | | | ( ...................... ) | | | Ký tên ( .......... ) | Người thực hiện ( .......... ) |
|---|---|---|---|---|---|---|---|---|---|
| | | Số lượng kiểm tra ( .......... ) | Số lượng hỏng ( .......... ) | Nguyên nhân ( .......... ) | Số lượng kiểm tra ( .......... ) | Số lượng hỏng ( .......... ) | Nguyên nhân ( .......... ) | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**EXHIBIT 5**

深圳摩迪国际检测认证有限公司
Shenzhen Modi International Testing Certification Co.,Ltd.

# 质量管理体系认证证书

证书编号：**59520Q00313R0S**

兹 证 明

## 威克特新能源有限公司

注册地址：越南海防市安老区国团公社 10 公里 Km 34 + 500

生产/经营地址：越南海防市安老区国团公社 10 公里 Km 34 + 500

质量管理体系符合

## GB/T19001-2016/ISO9001:2015

认证覆盖范围

### 太阳能电池板及其组件的生产

发证日期：2020 年 12 月 15 日          证书有效期：2023 年 12 月 14 日





签 发

注：每年 12 月 14 日前进行年度审核确认，经年度审核合格并于证书上加贴年审通过标签后此证书方持
续有效。证书有效状态请扫描二维码查询，亦可登录机构网站 http://www.modi-testing.com 或国家认
证认可监督管理委员会官网 http://www.cnca.gov.cn 查询确认。本证书在国家规定的各类相关资质及行
政许可有效期内使用方为有效。

批准号：CNCA-R-2020-595 电话：07  EXHIBIT 5  ：0755-86664099 邮箱：SZmodi@126.com



深圳摩迪国际检测认证有限公司
Shenzhen Modi International Testing Certification Co.,Ltd.

# CERTIFICATE OF QUALITY MANAGEMENT SYSTEM

**Certificate No. 59520Q00313R0S**

### This is to certify that

## VICTOR NEW ENERGY COMPANY LIMITED

Registration Address: Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao
District, Hai Phong City, Vietnam
Produce/Business Address: Km 34 + 500 Highway 10, Quoc Tuan Commune, An Lao
District, Hai Phong City, Vietnam

### Which is in conformity with

## GB/T19001-2016/ISO9001:2015

### Scope of Certification

### Solar panels and Components of production to related management activities

Issue date: Dec 15, 2020          Term of validity: Dec 14, 2023





*Wangcanlin*

**Issue**

**Note:** The annual audit is confirmed before Dec-14 every year.To query the certificate's valid
state, please scan the QR code or access the center website : (http://www.modi-testing.com)
or CNCA official website : (http://www.cnca.gov.cn).This certificate is valid during the validity
period of the state-regulated relevant qualifications and administrative licenses.



Approval No.: CNCA-R-2020-595   TEL:0755-86664099   FAX:0755-86664099   E-mali:SZmodi@126.com
Address: Room 406, building C, Xinxing Industrial Park, no. 3151, Shahe West Road, Shuguang Community, Xili

EXHIBIT 5



**Total Quality. Assured.**

DATE FILED
September 30, 2025 3:59 PM
FILING ID: DDF49397F245B
CASE NUMBER: 2025CV30778

# FOLLOW-UP SERVICE
# INSPECTION REPORT

**Manufacturer:** Victor New Energy Company Limited

**Order Numer:** 5023982

**Date:** 05-Jan-2023



This report is for the exclusive use of Intertek's Client and is provided pursuant to the Certification Agreement between Intertek and its Client. Intertek's responsibility and liability are limited to the terms and conditions of the agreement. Intertek assumes no liability to any party, other than to the Client in accordance with the agreement, for any loss, expense or damage occasioned by the use of this report. Only the Client is authorized to permit copying or distribution of this report and then only in its entirety. Any use of the Intertek name or one of its marks for the sale or an advertisement of the inspected/tested material, product or service must first be approved in writing by Intertek. This report by itself does not demonstrate that the material, product, or service is, or has ever been, eligible to bear an Intertek certification mark. Initial Factory Assessments and Follow up Services are for the purpose of assuring appropriate usage of the Certification mark in accordance with the agreement, they are not for the purposes of production quality control and do not relieve the Client of their obligations in this respect

**EXHIBIT 6**



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

### ETL FOLLOW-UP SERVICE
### INSPECTION REPORT

Manufacturer _Victor New Energy Company Limited_         Page ___1___ of ___2___

Factory Address _KM34 + 500 Highway 10 Quoc Tuan Commun AN LAO DISTRIC Hai Phong VIETNAM_    Time of Arrival: _7:30 am_    Departure: _11:30 am_

Date _05-Jan-2023_                            (Day / Month / Year)    ☐1Qtr ☐2Qtr ☐3Qtr ☑4Qtr ☐IPI/IFA ☐Other

Intertek Representative _Khoa Duong_          Order Number _5023982_

**Directions to Intertek Representative**: Verify that products comply with all items specified in the Listing Report/CDR and production line tests and procedures specified are being conducted. All variations should be noted on F1, F2, and F3B and conveyed by email to the Regional Follow-up Service Center. Please write "Variance" on subject line of email.

| THE FOLLOWING ITEMS WERE REVIEWED WITH THE MANUFACTURER: | | |
|---|---|---|
| a. Is the use of listing label controlled? | Yes ☑ No ☐ | f. Were changes, additions, options, accessories, etc. made to listed products? Yes ☐ No ☑ |
| b. Labeling Method: ☐ Separable Labels (supplied by Intertek) ☑ Direct Imprint (by Client) ☐ Both | | g. Have changes occurred to the manufacturing process or quality system that affects listed products Yes ☐ No ☑ |
| c. Are product markings per Listing Report? | Yes ☑ No ☐ | h. Were variations noted on the last inspection report? Yes ☐ No ☑ |
| d. Is production line testing required? | Yes ☑ No ☐ | **If yes**, has the client responded? Yes ☐ No ☐ |
| **If yes**: Is testing being performed as required? | Yes ☑ No ☐ | Have all variations been resolved? **If yes**, include details on F2. Yes ☐ No ☐ |
| Is equipment calibrated? | Yes ☑ No ☐ | i. Has the procedure or records for customer complaints/field failures been reviewed? Yes ☑ No ☐ |
| Proper functionality of test equipment was verified/witnessed? | Yes ☑ No ☐ | j. Were there any reports of product failures resulting in personal injury or property damage? **If yes**, include details on F2. Yes ☐ No ☑ |
| e. Qty of ETL labeled product shipped since last inspection: 2813 pcs | | k. Have any products, approved for Intertek certification, been involved with a product recall or similar corrective action? **If yes**, include details on F2. Yes ☐ No ☑ |

| VARIANCES | |
|---|---|
| Number of variances found during this inspection: None (explain on the F2) | Do any variances warrant a product hold? Yes ☐ No ☑ |
| Variations accepted per phone/email communication with: | |
| Variations NOT accepted per phone/email communication with: | |
| Labels removed by manufacturer? | Yes ☐ No ☐ |

I acknowledge receipt of a copy of this inspection report issued by Intertek Testing Services NA Inc.

_____          05-Jan-2023          _____
Factory Representative's Signature              Date              Intertek Representative's Signature

Factory Representative's (printed name)

**EXHIBIT 6**



545 East Algonquin Road
Arlington Heights, IL 60005
Telephone: +1 847 439 5667
Facsimile: +1 866 262 2753
www.intertek.com

**ETL Follow-up Service
Inspection Report**

Manufacturer _Victor New Energy Company Limited_     Page ___2___ of ___2___

Listing Report No. _210901251HAN-001S_   Issue/Rev. Date _29-Aug-2022_   Date ___05-Jan-2023___

                                          DAY / MONTH / YEAR

Product _Flat Plate Photovoltaic Modules_      ☐1Qtr ☐2Qtr ☐3Qtr ☑4Qtr ☐IPI/IFA ☐Other

Intertek Representative _Khoa Duong_      Order No. _5023982_

| VN | PAGE | ITEM | COMPLIES | | | COMMENTS |
|----|------|------|-----|-----|-----|----------|
| | | | YES | NO | N/A | |
| | 1 | All | ☑ | ☐ | ☐ | Factory Information Was Checked |
| | 2-5 | All | ☑ | ☐ | ☐ | Product Description: |
| | | | ☐ | ☐ | ☐ | Product: Flat Plate Photovoltaic Modules |
| 5023982 | | | ☐ | ☐ | ☐ | Brand Name: LUMOS |
| | | | ☐ | ☐ | ☐ | Models: L72-405-08-PM |
| | | | ☐ | ☐ | ☐ | Ratings: 48.70 VOC, 10.08 A, 405 W, 1500 V |
| | 6-10 | All | ☑ | ☐ | ☐ | Product Photographs |
| | 11-12 | All | ☑ | ☐ | ☐ | Critical Components Were Check |
| | 13 | All | ☐ | ☐ | ☑ | No Critical Unlisted CEC Components |
| | 14-16 | All | ☑ | ☐ | ☐ | Critical Features |
| | 17-30 | All | ☑ | ☐ | ☐ | Illustrations |
| | 31-32 | All | ☑ | ☐ | ☐ | Test Summary |
| | 33 | All | ☐ | ☐ | ☑ | No Correlation Page For Multiple Listings |
| | 34-35 | All | ☑ | ☐ | ☐ | General Information |
| | 36-37 | All | ☑ | ☐ | ☐ | Manufacturing and Production Tests: |
| | | | ☐ | ☐ | ☐ | Wet insulation-resistance test: 1800V in 5s |
| | 38 | All | ☑ | ☐ | ☐ | Module Output Power Test, Bypass Diode Functionality Test, Visual Inspection |
| | | | ☐ | ☐ | ☐ | Revision Summary |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | Remark: |
| | | | ☐ | ☐ | ☐ | 1. It is a sample was checked from the warehouse. |
| | | | ☐ | ☐ | ☐ | 2. Checked the BOM, specification sheet, design drawings, conforms to the critical |
| | | | ☐ | ☐ | ☐ | component list, no variation found. |
| | | | ☐ | ☐ | ☐ | 3. The ETL Label will not be applied at this factory, confirmed by RIO. |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |

**EXHIBIT 6**



555 Aspen Ridge Drive
Lafayette, Colorado 80026
(303) 449 2394

April 24, 2024

DATE FILED
September 30, 2025 3:59 PM
FILING ID: DDF49397F245B
CASE NUMBER: 2025CV30778

Dear Lumos Customer,

I am writing today about the Vision Module Recall we issued on April 4, 2024 and to provide a more comprehensive update on this situation and share the information we have at this time.

Since Lumos was founded in 2006 we have had the good fortune to supply our products to thousands of beautiful and functional architectural solar projects. We are one of the oldest, continuously operating solar module manufacturers on the market. In our 18 years of business, we have never had a quality issue like this nor had to issue a product recall. This is a limited manufacturing defect and absolutely not a reflection on the quality of our electrical design or specification.

**Background**
On March 20, 2024, our customer Cherry Street Energy in Atlanta, Georgia reported arcing from a module resulting in the glass breaking. That module failure prompted an inspection of the balance of the array and (4) more modules out of (861) on the array were found to be exhibiting hot spots and arcing that caused glass failure in (2) additional modules.  Lumos visited the site on March 25, 2024 to inspect the modules and determined that the root cause of the failure were the bypass diodes not being wired correctly in the laminate.

On April 4, 2024, out of an abundance of caution, and after careful consideration of the potential risks to customers properties, we made the decision to recall Vision modules that were manufactured without bypass diodes being wired correctly.  The issue affects modules that are partially shaded, whether from obstructions or soiling.  The manufacturing defect was contained to a limited production run of (2400) modules produced between November 11, 2022 and December 22, 2022.

**When will Lumos be replacing defective modules?**
All of our products are built to order and are subject to our standard manufacturing lead times. We have initiated production of replacement modules and expect to have replacement modules available in July. We are 100% focused on rectifying this issue and getting replacements out to affected customers as quickly as we can.

**Will Lumos be doing anything for installers and end users beyond our warranty?**
Our primary focus is on providing replacements for defective modules. We understand and recognize that this recall has financial impacts for installers and end users. A claim has been filed with our insurance carrier and our intention and goal is to make the replacement process as painless and streamlined as possible and we will provide an update on the replacement plan as soon as possible.

**EXHIBIT 7**

**LUMOS**

555 Aspen Ridge Drive
Lafayette, Colorado 80026
(303) 449 2394

**What changes has Lumos made in our manufacturing process to ensure modules are being produced according to our quality and performance requirements?**

1. We have implemented additional QA/ QC controls with our contract manufacturing partner, above and beyond those required by our UL 61730 certification, including a 100% testing of bypass diode functionality.
2. We will provide flash test data and a completed QA/ QC Checklist for the relevant production run upon customer request.

This manufacturing defect is an isolated issue and based on our track record, we are 100% confident that we have the controls in place to keep it isolated.

**Will Lumos be able to support resolving this recall?**
Yes. We have been in business for over 18 years and intend to continue doing so  indefinitely. We are a healthy and profitable company with sufficient insurance coverage to protect our business and our potential liabilities.

Since this issue came to light, we have been communicating information as soon as we have it and will continue to do so. We understand and appreciate the impact this defect has had on our customers and are doing everything we can to rectify this situation.

Your continued trust and confidence in Lumos is of the utmost importance to us.

Respectfully,

Scott Franklin
President/ CEO
Lumos Solar, Inc.

**EXHIBIT 7**

<table>
<tr><td colspan="2">

**DISTRICT COURT, BOULDER COUNTY, COLORADO**
Boulder County Justice Center
1777 6th Street
Boulder, Colorado 80302
Tel: (303) 441-3740

</td></tr>
</table>

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br>Boulder County Justice Center<br>1777 6th Street<br>Boulder, Colorado 80302<br>Tel: (303) 441-3740 | |
| **Plaintiff:** LUMOS SOLAR, INC., a Delaware corporation,<br><br>**v.**<br><br>**Defendant:** INTERTEK TESTING SERVICES NA, INC., a New York corporation. | ▲**COURT USE ONLY**▲ |
| ***Attorneys for Plaintiff:***<br>Rudy E. Verner, Atty. Reg. # 34286<br>Andrew Fischer, Atty. Reg. # 55054<br>BERG HILL GREENLEAF RUSCITTI LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>Tel: (303) 402-1600<br>Email: rev@bhgrlaw.com<br>Email: andrew.fischer@bhgrlaw.com | Case No.: 2025CV30778<br><br><br><br><br><br>Div.: 2 |
| **SUMMONS** | |

**TO THE ABOVE-NAMED DEFENDANT: INTERTEK TESTING SERVICES NA, INC.**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated this 16th day of October, 2025.

BERG HILL GREENLEAF RUSCITTI LLP

_____

Rudy E. Verner
*Attorneys for Plaintiff Lumos Solar, Inc.*

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended.  A copy of the Complaint must be served with this Summons.  This form should not be used where service by publication is desired.**

**WARNING**:  A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal.  The plaintiff has 14 days from the date this summons was served on you to file the case with the court.  You are responsible for contacting the court to find out whether the case has been filed and obtain the case number.  If the plaintiff files the case within this time, then you must respond as explained in this summons.  If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

**☒FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL
PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY
COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| District Court **BOULDER** _____ County, Colorado<br>Court Address: 1777 6th Street, Boulder County Justice Center<br>Boulder, CO 80302<br><br>_____<br>Plaintiff(s): LUMOS SOLAR, INC.<br>v.<br>Defendant(s): INTERTEK TESTING SERVICES NA, INC. | DATE FILED<br>September 15, 2025 3:05 PM<br>FILING ID: 42371283D066D<br>CASE NUMBER: 2025CV30778<br><br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Rudy E. Verner, Atty Reg #34286, Andrew C. Fischer, Atty Reg #55054<br>Berg Hill Greenleaf Ruscitti LLP, 1712 Pearl St., Boulder, CO 80302<br>Phone Number: (303) 402-1600          E-mail: rev@bhgrlaw.com<br>FAX Number: (303) 401-1601          Atty. Reg. #: | Case Number: |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF
COMPLAINT,
COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT
AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☒ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

    > By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

    **Or**

    ☐  Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.  ☒  This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

**Date:** _____

    _____
    **Signature of Party**

**Date:** \_\_\_\_\_09/15/2025\_\_\_\_\_

    _____
    **Signature of Attorney for Party (if any)**
    **RUDY E. VERNER, Counsel for Plaintiff**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.